# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

ANTONIO CORREIA
   Plaintiff,

V.

CITY OF BOSTON,
WILLIAM FEENEY,
ANGEL FIGUEROA,
STACEY HIGHTOWER,
   Defendant.

2004 JUN 30 A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04c 11335 RCL**

TO: (Name and address of Defendant)

Angel Figueroa
City of Boston- Boston Police Dept. Headquarters
One Schroeder Plaza
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark E. Burke
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, MA   01803

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



# AFFIDAVIT OF SERVICE

**State of Massachusetts**     **County of Suffolk**     **U.S.D.C. Court**

Case Number: 04CV11335RCL

Plaintiff:
**ANTONIO CORREIA**

vs.

Defendant:
**CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA AND STACEY HIGHTOWER**

For:
MARK E. BURKE ESQ
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803-4870

Received by STOKES & LEVIN, LLP to be served on **ANGEL FIGUEROA, CITY OF BOSTON- BOSTON POLICE DEPT. HEADQUARTERS, ONE SCHROEDER PLAZA, BOSTON, MA.**

I, James Campbell, being duly sworn, depose and say that on the **21st day of June, 2004** at **4:15 pm**, I:

SERVED A STATE AGENCY BY DELIVERING A TRUE COPY OF THIS **SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT AND JURY DEMAND** WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, TO OFFICER CLAYTON AS OFFICER IN CHARGE OF THE WITHIN NAMED AGENCY, TO WIT: BOSTON POLICE DEPARTMENT AND INFORMING SUCH PERSON OF THEIR CONTENTS.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Black, Height: 5'10, Weight: 185, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of June, 2004 by the affiant who is personally known to me.

James Campbell
Process Server/ Constable