# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ MASSACHUSETTS

ANTONIO CORREIA,
    Plaintiff

V.

City of Boston,
William Feeney,
Angel Figueroa,
Stacey Hightower
    Defendants.

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**04 CV 11335 RCL**

TO: (Name and address of Defendant)

City of Boston
City Clerk's Office
City Hall - Suite 601
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark E. Burke
Law Office of Mark E. Burke
111 South Bedford street, Suite 208
Burlington, MA  01803

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

# AFFIDAVIT OF SERVICE

**State of Massachusetts**　　　　County of Suffolk　　　　U.S.D.C. Court

Case Number: 04CV11335RCL

Plaintiff:
**ANTONIO CORREIA**

vs.

Defendant:
**CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA AND STACEY HIGHTOWER**

For:
MARK E. BURKE ESQ
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA  01803-4870

Received by STOKES & LEVIN, LLP to be served on **CITY OF BOSTON, CITY CLERK'S OFFICE, CITY HALL, SUITE 601, BOSTON, MA 02110**.

I, James Campbell, being duly sworn, depose and say that on the **21st day of June, 2004** at **2:00 pm, I:**

SERVED A STATE AGENCY BY DELIVERING A TRUE COPY OF THIS **SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT AND JURY DEMAND** WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, TO DARLENE BRYANT AS LEGAL ASSISTANT OF THE WITHIN NAMED AGENCY, TO WIT: BOSTON CITY HALL AND INFORMING SUCH PERSON OF THEIR CONTENTS.

**Description** of Person Served:  Age: 40,  Sex: F,  Race/Skin Color: Black,  Height: 5'2,  Weight: 140, Hair: Black,  Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of June, 2004 by the affiant who is personally known to me.

**James Campbell**
Process Server/ Constable