# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

ANTONIO CORREIA
   Plaintiff,

V.

CITY OF BOSTON,
WILLIAM FEENEY,
ANGEL FIGUEROA,
STACEY HIGHTOWER,
   Defendant.

FILED
CLERKS OFFICE

2004 JUN 30  A 11: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **04-11335 RCL**

TO: (Name and address of Defendant)

Stacey Hightower
Boston Police Dept. - District B2
135 Dudley Street
Roxbury, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark E. Burke
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, MA   01803

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

# AFFIDAVIT OF SERVICE

**State of Massachusetts**     **County of Suffolk**     **U.S.D.C. Court**

Case Number: 04CV11335RCL

Plaintiff:
**ANTONIO CORREIA**

vs.

Defendant:
**CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA AND STACEY HIGHTOWER**

For:
MARK E. BURKE ESQ
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA  01803-4870

Received by STOKES & LEVIN, LLP to be served on **STACEY HIGHTOWER, BOSTON POLICE DEPT., DISTRICT B2, 135 DUDLEY STREET, ROXBURY, MA**.

I, James Campbell, being duly sworn, depose and say that on the **21st day of June, 2004 at 4:15 pm, I**:

SERVED A STATE AGENCY BY DELIVERING A TRUE COPY OF THIS **SUMMONS IN A CIVIL CASE** WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, TO OFFICER CLAYTON PRESSLEY AS OFFICER IN CHARGE OF THE WITHIN NAMED AGENCY, TO WIT: BOSTON POLICE DEPARTMENT AND INFORMING SUCH PERSON OF THEIR CONTENTS.

**Description** of Person Served:  Age: 38,  Sex: M,  Race/Skin Color: Black,  Height: 5'10,  Weight: 185,  Hair: Black,  Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of June, 2004 by the affiant who is personally known to me.

_James Campbell_
**James Campbell**
Process Server/ Constable