UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

### DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FED.R.CIV.P. 6(B).

NOW COME the Defendants, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file a responsive pleading. As grounds for his motion, the Defendants state that:

1. The Defendants' Feeney, Figueroa and Hightower have not yet been appointed counsel at this time and until that appointment has occurred the Defendants' Counselors cannot initiate their representation.

2. The Plaintiff has assented to the Defendants' request for more time to file responsive pleadings (Rule 7.1 certification included below);

3. Undersigned counsel requires additional time to investigate the Complaint and draft responsive pleadings;

4. The Defendants request an extension until August 15, 2004, to file responses to Plaintiff's Complaint; and,

5. Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension to file responsive pleadings to Plaintiff's Complaint will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before August 15, 2004.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,

Merita A. Hopkins
Corporation Counsel

By their attorney:

_____
Kate Cook
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
BBO# 650698

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document was served upon counsel of record for the Plaintiff via U.S. Mail to Law Office of Mark Burke, 111 South Bedford Street, Suite 208, Burlington, MA 01803.

7/6/04    Kate Cook
Date

## 7.1 Certification

Undersigned counsel certifies that on July 1, 2004, pursuant to LR, D. Mass. 7.1(a)(2), she spoke with Plaintiff's counsel Mark E. Burke, Esq., who assented to the Defendants' request for more time to file responsive pleadings.

Date: 7/6/04

_Kate Cook_
Kate Cook, Esq.