UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

**DEFENDANT CITY OF BOSTON'S ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.**

NOW COMES City of Boston, Defendant in the above-entitled action, and hereby answers the Complaint of the Plaintiff, as follows:

**I.  PRELIMINARY STATEMENT**

1. The introductory paragraph of Plaintiff's Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Complaint, and as such does not require a response. To the extent that the Plaintiff's preliminary statement states any claim against Defendant, City of Boston, it is denied.

**II.  JURISDICTION**

2. Paragraph Two of the Plaintiff's Complaint contains the Plaintiff's statement of jurisdiction, and as such does not

require a response. To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, City of Boston, it is denied.

### III. PARTIES

3. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Complaint, and therefore neither admits nor denies said allegations.

4. Defendant, City of Boston, admits the allegations contained in Paragraph Four of the Complaint.

5. Defendant, City of Boston, admits that William Feeney is an individual who was employed as a police officer by the City of Boston at all relevant times.

6. Defendant, City of Boston, admits that Angel Figueroa is an individual who is employed as a police officer by the City of Boston. Defendant, City of Boston denies that Angel Figueroa is a female.

7. Defendant, City of Boston, admits that Stacey Hightower is an individual who is employed as a police officer by the City of Boston. Defendant, City of Boston, denies that Stacey Hightower is a male.

IV. **FACTS**

8.  Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eight and therefore neither admits nor denies said allegations.

9.  Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nine and therefore neither admits nor denies said allegations.

10. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten and therefore neither admits nor denies said allegations.

11. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven and therefore neither admits nor denies said allegations.

12. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twelve and therefore neither admits nor denies said allegations.

13. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirteen of the Complaint, and therefore neither admits nor denies said allegations.

14. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fourteen of the Complaint, and therefore neither admits nor denies said allegations.

15. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifteen of the Complaint, and therefore neither admits nor denies said allegations.

16. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixteen of the Complaint, and therefore neither admits nor denies said allegations.

17. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventeen of the Complaint, and therefore neither admits nor denies said allegations.

18. Defendant, City of Boston, admits that Boston Police Officers transported Antonio Correia to the Police Station for booking.  The Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Eighteen, and therefore neither admits nor denies said allegation.

19. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nineteen and therefore neither admits nor denies said allegations.

20. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty of the Complaint, and therefore neither admits nor denies said allegations.

21. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of

the allegations contained in Paragraph Twenty-One and therefore neither admits nor denies said allegations.

22. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Complaint, and therefore neither admits nor denies said allegations.

## COUNT I
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

23. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Two, above, as if fully set forth herein.

Paragraphs Twenty-Four and Twenty-Five are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, City of Boston does not respond to said Paragraphs.

## COUNT II
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

26. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Five, above, as if fully set forth herein.

Paragraphs Twenty-Seven and Twenty-Eight are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, City of Boston does not respond to said Paragraphs.

## COUNT III
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

29. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Nine, above, as if fully set forth herein.

Paragraphs Thirty and Thirty-One are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, City of Boston does not respond to said Paragraphs.

## COUNT IV
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I
### AGAINST ALL DEFENDANTS

32. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

Paragraph Thirty-Three is the subject of the Defendant, City of Boston's, Motion to Dismiss. Accordingly the Defendant, City of Boston does not answer the allegations contained in Paragraph Thirty-Three.

## COUNT V
### ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

34. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Three, above, as if fully set forth herein.

Paragraph Thirty-Five is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Five makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT VI
### ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA

36. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Six, above, as if fully set forth herein.

Paragraph Thirty-Seven of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Seven makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT VII
### ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER

38. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Seven, above, as if fully set forth herein.

Paragraph Thirty-Nine of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Nine makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT VIII
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY

40. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Nine, above, as if fully set forth herein.

Paragraph Forty-One of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-One makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT IX
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA

42. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-One, above, as if fully set forth herein.

Paragraph Forty-Three of the Plaintiff's Complaint is directed against another defendant, and as such does not require a

response. To the extent that Paragraph Forty-Three makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT X
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

44. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

Paragraph Forty-Five of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Five makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT XI
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH.12,§ 11I AGAINST DEFENDANT, FEENEY

46. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Five, above, as if fully set forth herein.

Paragraph Forty-Seven of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Seven makes an

allegation directed against Defendant, City of Boston, it is denied.

### COUNT XII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FIGUEROA

48. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Seven, above, as if fully set forth herein.

Paragraph Forty-Nine of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Nine makes an allegation directed against Defendant, City of Boston, it is denied.

### COUNT XIII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12,§ 11I AGAINST DEFENDANT, HIGHTOWER

50. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Nine, above, as if fully set forth herein.

Paragraph Fifty-One of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-One makes an

allegation directed against Defendant, City of Boston, it is denied.

### COUNT XIV
### NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258
### AGAINST DEFENDANT CITY OF BOSTON

Paragraphs Fifty-Two through Fifty-Four are the subject of the Defendant, City of Boston's Motion to Dismiss. Accordingly, Defendant, City of Boston, does not answer the allegations contained in Paragraphs Fifty-Two through Fifty-Four.

### COUNT XV
### 43 U.S.C. § 1983 AGAINST CITY OF BOSTON

55. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.

56. Paragraph Twenty-Four of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Four alleges facts each and every allegation is denied.

57. Paragraph Twenty-Four of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Four alleges facts each and every allegation is denied.

## **AFFIRMATIVE DEFENSES**

### *First Affirmative Defense*

The Complaint fails to state a claim against Defendant, City of Boston, upon which relief may be granted.

### *Second Affirmative Defense*

Defendant, City of Boston, states that there is no factual connection between any unconstitutional municipal custom, policy or practice and the alleged violation of the Plaintiff's constitutional rights.

### *Third Affirmative Defense*

Defendant, City of Boston, states that at all relevant times, it acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### *Fourth Affirmative Defense*

Defendant, City of Boston, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

### *Fifth Affirmative Defense*

Defendant, City of Boston, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by the Defendant City of Boston.

### Sixth Affirmative Defense

Defendant City of Boston, states that it is not liable for any intentional conduct by an employee pursuant to G.L. c.258 §10(c).

### Seventh Affirmative Defense

Defendant, City of Boston, states that it is a municipality against which punitive damages may not be assessed.

### Eighth Affirmative Defense

Defendant, City of Boston, states that the injuries and damages alleged were caused by the Plaintiffs' own intentional conduct and not the conduct of the Defendant, City of Boston.

### Ninth Affirmative Defense

Defendant, City of Boston, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against the City of Boston.

### Tenth Affirmative Defense

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

### JURY CLAIM

Defendant, City of Boston, demands a trial by jury on all claims.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By its attorneys:

*/s/ Kate Cook*
James M. Chernetsky, Esq.
BBO# 638152
Kate Cook, Esq.
BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048 (Chernetsky)
(617) 635-4022  (Cook)