UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

## DEFENDANT WILLIAM FEENEY IN HIS INDIVIDUAL CAPACITY, ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.

NOW COMES William Feeney, Defendant in the above-entitled action, and hereby answers the Complaint of the Plaintiff, as follows:

I. **PRELIMINARY STATEMENT**

1. The introductory paragraph of Plaintiff's Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Complaint, and as such does not require a response. To the extent that the Plaintiff's preliminary statement states any claim against Defendant, William Feeney, it is denied.

II. **JURISDICTION**

2. Paragraph Two of the Plaintiff's Complaint contains the Plaintiff's statement of jurisdiction, and as such does not

require a response. To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, William Feeney, it is denied.

### III. PARTIES

3. Defendant, William Feeney, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Complaint, and therefore neither admits nor denies said allegations.

4. Defendant, William Feeney, admits the allegations contained in Paragraph Four of the Complaint.

5. Defendant, William Feeney, admits that he is an individual who was employed as a police officer by the City of Boston at all relevant times.

6. Defendant, William Feeney, admits that Angel Figueroa is an individual who is employed as a police officer by the City of Boston. Defendant, William Feeney denies that Angel Figueroa is a female.

7. Defendant, William Feeney, admits that Stacey Hightower is an individual who is employed as a police officer by the City of Boston. Defendant, William Feeney, denies that Stacey Hightower is a male.

IV.  **FACTS**

8. Defendant, William Feeney, admits the allegations contained in Paragraph Eight.

9. Defendant, William Feeney, admits the allegations contained in Paragraph Nine.

10. Defendant, William Feeney admits that Antonio Corriea returned to West Cottage Street. Defendant, William Feeney, denies that Antonio Correia was could not access his home at any time.

11. Defendant, William Feeney, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven and therefore neither admits nor denies said allegations.

12. Defendant, William Feeney, admits the allegations contained in Paragraph Twelve.

13. Defendant, William Feeney, admits that he reached into Antonio Correia's vehicle. Defendant, William Feeney, denies that he grabbed and twisted Antonio Correia's arm. Defendant, William Feeney, admits that after Antonio Correia bit his arm Defendant William Feeney punched

Antonio Correia in the face and neck area. Defendant, William Feeney, denies the allegation in Paragraph Thirteen that alleges he punched Antonio Correia in the body and head.

14. Defendant, William Feeney, denies the allegation in Paragraph Fourteen that he choked Antonio Corriea while in the vehicle. Defendant, William Feeney, admits that he opened the driver's side door of Antonio Correia's vehicle. Defendant, William Feeney, denies the allegation in Paragraph Fourteen that he kicked Antonio Correia repeatedly.

15. Defendant, William Feeney, denies each and every allegation contained in Paragraph Fifteen.

16. Defendant, William Feeney, denies each and every allegation contained in Paragraph Sixteen.

17. Defendant, William Feeney, denies each and every allegation contained in Paragraph Seventeen.

18. Defendant, William Feeney, denies the allegation that Boston Police Officers chained Antonio Correia's feet. Defendant, William Feeney, denies that Boston Police Officers refused to afford Antonio Correia medical

attention. Defendant, William Feeney, admits that Boston Police Officers transported Antonio Correia to the Police Station for booking.

19. Defendant, William Feeney, denies each and every allegation contained in Paragraph Nineteen.

20. Defendant, William Feeney, denies each and every allegation contained in Paragraph Twenty.

21. Defendant, William Feeney, denies each and every allegation contained in Paragraph Twenty-One.

22. Defendant, William Feeney, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Complaint, and therefore neither admits nor denies said allegations.

## COUNT I
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

23. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Two, above, as if fully set forth herein.

Paragraphs Twenty-Four and Twenty-Five are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, William Feeney, does not respond to said Paragraphs.

## COUNT II
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

26. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Five, above, as if fully set forth herein.

Paragraphs Twenty-Seven and Twenty-Eight are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, William Feeney, does not respond to said Paragraphs.

## COUNT III
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

29. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Eight, above, as if fully set forth herein.

Paragraphs Thirty and Thirty-One are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, William Feeney, does not respond to said Paragraphs.

## COUNT IV
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I
### AGAINST ALL DEFENDANTS

32. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

Paragraph Thirty-Three is the subject of Defendant Feeney, Figueroa and Hightower's Motion to Dismiss. Accordingly, Defendant, William Feeney, does not answer the allegations contained in Paragraph Thirty-Three.

## COUNT V
### ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

34. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Three, above, as if fully set forth herein.

35. Paragraph Thirty-Five of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-Five alleges facts each and every allegation is denied.

## COUNT VI
### ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA

36. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Six, above, as if fully set forth herein.

Paragraph Thirty-Seven of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Seven makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT VII
### ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER

38. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Seven, above, as if fully set forth herein.

Paragraph Thirty-Nine of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Nine makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT VIII
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY

40. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Nine, above, as if fully set forth herein.

41. Paragraph Forty-One of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Forty-One alleges facts each and every allegation is denied.

## COUNT IX
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA

42. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-One, above, as if fully set forth herein.

Paragraph Forty-Three of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Three makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT X
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

44. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

Paragraph Forty-Five of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Five makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XI
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12,§ 11I AGAINST DEFENDANT, FEENEY

46. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Five, above, as if fully set forth herein.

47. Paragraph Forty-Seven of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Forty-Seven alleges facts each and every allegation is denied.

## COUNT XII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FIGUEROA

48. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Seven, above, as if fully set forth herein.

Paragraph Forty-Nine of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Nine makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XIII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, HIGHTOWER

50. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Nine, above, as if fully set forth herein.

Paragraph Fifty-One of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-One makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XIV
### NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258
### AGAINST DEFENDANT CITY OF BOSTON

Paragraphs Fifty-Two through Fifty-Four are the subject of the Defendants' Motion to Dismiss.  Accordingly Defendant, William Feeney, does not answer the allegations contained in Paragraphs Fifty-Two through Fifty-Four.

## COUNT XV
### 43 U.S.C. § 1983 AGAINST CITY OF BOSTON

55.   Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.


Paragraphs Fifty-Six and Fifty-Seven of the Plaintiff's Complaint are directed against another defendant, and as such do not require a response.  To the extent that Paragraphs Fifty-Six and Fifty-Seven make an allegation directed against Defendant, William Feeney, they are denied.

## **AFFIRMATIVE DEFENSES**

### *First Affirmative Defense*

The Complaint fails to state a claim against Defendant, William Feeney, upon which relief may be granted.

### *Second Affirmative Defense*

Defendant, William Feeney, states that he is a public employee entitled to immunity for negligent conduct committed during the scope of his employment pursuant to the Massachusetts Torts Claims Act.

### *Third Affirmative Defense*

Defendant, William Feeney, states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### *Fourth Affirmative Defense*

Defendant, William Feeney, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

### *Fifth Affirmative Defense*

Defendant, William Feeney, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by him.

### *Sixth Affirmative Defense*

Defendant, William Feeney, states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of Defendant, William Feeney.

### Seventh Affirmative Defense

Defendant, William Feeney, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against William Feeney.

### Eighth Affirmative Defense

Defendant, William Feeney, states that he is entitled to qualified immunity.

### Ninth Affirmative Defense

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

### JURY CLAIM

Defendant, William Feeney, demands a trial by jury on all claims.

Respectfully submitted,

DEFENDANT WILLIAM FEENEY
Merita A. Hopkins
Corporation Counsel

By his attorneys:

_/s/ Kate Cook_
Kate Cook, Esq.
BBO# 650698
James M. Chernetsky, Esq.
BBO# 638152
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022 (Cook)
(617) 635-4048 (Chernetsky)