UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

### DEFENDANT ANGEL FIGUEROA IN HIS INDIVIDUAL CAPACITY, ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.

NOW COMES Angel Figueroa, Defendant in the above-entitled action, and hereby answers the Complaint of the Plaintiff, as follows:

I.   **PRELIMINARY STATEMENT**

1. The introductory paragraph of Plaintiff's Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Complaint, and as such does not require a response. To the extent that the Plaintiff's preliminary statement states any claim against Defendant, Angel Figueroa, it is denied.

II.   **JURISDICTION**

2. Paragraph Two of the Plaintiff's Complaint contains the Plaintiff's statement of jurisdiction, and as such does not

require a response. To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, Angel Figueroa, it is denied.

### III. PARTIES

3. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Complaint, and therefore neither admits nor denies said allegations.

4. Defendant, Angel Figueroa, admits the allegations contained in Paragraph Four of the Complaint.

5. Defendant, Angel Figueroa, admits that Defendant William Feeney, is an individual who was employed as a police officer by the City of Boston at all relevant times.

6. Defendant, Angel Figueroa, admits that he is an individual who is employed as a police officer by the City of Boston. Defendant, Angel Figueroa denies that he is a female.

7. Defendant, Angel Figueroa, admits that Stacey Hightower is an individual who is employed as a police officer by the City of Boston. Defendant, Angel Figueroa, denies that Stacey Hightower is a male.

IV.  **FACTS**

8.  Defendant, Angel Figueroa, admits the allegations contained in Paragraph Eight.

9.  Defendant, Angel Figueroa, admits the allegations contained in Paragraph Nine.

10. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten of the Complaint, and therefore neither admits nor denies said allegations.

11. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven of the Complaint, and therefore neither admits nor denies said allegations.

12. Defendant, Angel Figueroa, admits that Antonio Correia parked his vehicle near his residence on West Cottage. Defendant Angel Figueroa is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore neither admits nor denies said allegations.

13. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirteen of the Complaint, and therefore neither admits nor denies said allegations.

14. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fourteen of the Complaint, and therefore neither admits nor denies said allegations.

15. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifteen of the Complaint, and therefore neither admits nor denies said allegations.

16. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixteen of the Complaint, and therefore neither admits nor denies said allegations.

17. Defendant, Angel Figueroa, admits that several Boston Police Officers held Antonio Correia face down, while

securing his hands behind him with handcuffs. Defendant Angel Figueroa is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations therefore neither admits nor denies said allegations.

18. Defendant, Angel Figueroa, admits that Boston Police Officers transported Antonio Correia to the Police Station for booking. Defendant, Angel Figueroa denies the allegation that Boston Police Officers chained Antonio Correia's feet. Defendant Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore neither admits nor denies said allegations.

19. Defendant, Angel Figueroa, denies the allegations contained in Paragraph Nineteen in their entirety.

20. Defendant, Angel Figueroa, denies the allegations contained in Paragraph Twenty.

21. Defendant, Angel Figueroa, denies the allegations that he denied medical attention to Antonio Correia at the scene. Defendant, Angel Figueroa is without knowledge or information sufficient to form a belief as to the truth of

the remaining allegations, and therefore neither admits nor denies said allegations.

22. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Complaint, and therefore neither admits nor denies said allegations.

## COUNT I
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

23. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Two, above, as if fully set forth herein.

Paragraphs Twenty-Four and Twenty-Five are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, Angel Figueroa, does not respond to said Paragraphs.

## COUNT II
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

26. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Five, above, as if fully set forth herein.

Paragraphs Twenty-Seven and Twenty-Eight are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, Angel Figueroa, does not respond to said Paragraphs.

## COUNT III
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

29. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Nine, above, as if fully set forth herein.

Paragraphs Thirty and Thirty-One are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, Angel Figueroa, does not respond to said Paragraphs.

## COUNT IV
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I
## AGAINST ALL DEFENDANTS

32. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

Paragraph Thirty-Three is the subject of Defendant Feeney, Figueroa and Hightower's Motion to Dismiss. Accordingly, Defendant, Angel Figueroa, does not answer the allegations contained in Paragraph Thirty-Three.

## COUNT V
### ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

34. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Four, above, as if fully set forth herein.

Paragraph Thirty-Five of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Five makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT VI
### ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA

36. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Six, above, as if fully set forth herein.

37. Paragraph Thirty-Seven of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-Seven alleges facts each and every allegation is denied.

## COUNT VII
### ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER

38. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Seven, above, as if fully set forth herein.

Paragraph Thirty-Nine of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Nine makes an allegation directed against Defendant, Angel Figueroa, it is denied.

**COUNT VIII**
**FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY**

40. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Nine, above, as if fully set forth herein.

Paragraph Forty-One of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-One makes an allegation directed against Defendant, Angel Figueroa, it is denied.

**COUNT IX**
**FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA**

42. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-One, above, as if fully set forth herein.

43. Paragraph Forty-Three of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Forty-Three alleges facts each and every allegation is denied.

## COUNT X
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

44. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

Paragraph Forty-Five of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Five makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT XI
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FEENEY

46. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Five, above, as if fully set forth herein.

Paragraph Forty-Seven of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Seven makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT XII
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FIGUEROA

48. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Seven, above, as if fully set forth herein.

49. Paragraph Forty-Nine of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Forty-Nine alleges facts each and every allegation is denied.

## COUNT XIII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L.CH. 12, § 11I AGAINST DEFENDANT, HIGHTOWER

50. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Nine, above, as if fully set forth herein.

Paragraph Fifty-One of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-One makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT XIV
### NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258 AGAINST DEFENDANT CITY OF BOSTON

Paragraphs Fifty-Two through Fifty-Four are the subject of Defendants' Motion to Dismiss. Accordingly Defendant, Angel Figueroa does not answer the allegations contained in Paragraphs Fifty-Two through Fifty-Four.

## COUNT XV
### 43 U.S.C. § 1983 AGAINST CITY OF BOSTON

55.  Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.

Paragraphs Fifty-Six and Fifty-Seven of the Plaintiff's Complaint are directed against another defendant, and as such do not require a response.  To the extent that Paragraphs Fifty-Six and Fifty-Seven make allegations directed against Defendant, Angel Figueroa, they are denied.

## AFFIRMATIVE DEFENSES

### *First Affirmative Defense*

The Complaint fails to state a claim against Defendant, Angel Figueroa, upon which relief may be granted.

### *Second Affirmative Defense*

Defendant, Angel Figueroa, states that he is a public employee entitled to immunity for negligent conduct committed during the scope of his employment pursuant to the Massachusetts Torts Claims Act.

### *Third Affirmative Defense*

Defendant, Angel Figueroa, states that at all relevant times, he acted in good faith and in accordance with the

Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### Fourth Affirmative Defense

Defendant, Angel Figueroa, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

### Fifth Affirmative Defense

Defendant, Angel Figueroa, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by him.

### Sixth Affirmative Defense

Defendant, Angel Figueroa, states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of the Defendant, Angel Figueroa.

### Seventh Affirmative Defense

Defendant, Angel Figueroa, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against Angel Figueroa.

### Eighth Affirmative Defense

Defendant, Angel Figueroa, states that he is entitled to qualified immunity.

### Ninth Affirmative Defense

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

### JURY CLAIM

Defendant, Angel Figueroa, demands a trial by jury on all claims.

Respectfully submitted,
DEFENDANT ANGEL FIGUEROA
Merita A. Hopkins
Corporation Counsel

By his attorneys:

*/s/ Kate Cook*

Kate Cook, Esq.
BBO# 650698
James M. Chernetsky, Esq.
BBO# 638152
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022 (Cook)
(617) 635-4048 (Chernetsky)