UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

## DEFENDANT STACEY HIGHTOWER'S IN HER INDIVIDUAL CAPACITY, ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.

NOW COMES Stacey Hightower, Defendant in the above-entitled action, and hereby answers the Complaint of the Plaintiff, as follows:

I. **PRELIMINARY STATEMENT**

1. The introductory paragraph of Plaintiff's Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Complaint, and as such does not require a response. To the extent that the Plaintiff's preliminary statement states any claim against Defendant, Stacey Hightower, it is denied.

II. **JURISDICTION**

2. Paragraph Two of the Plaintiff's Complaint contains the Plaintiff's statement of jurisdiction, and as such does not

require a response. To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, Stacey Hightower, it is denied.

## III. PARTIES

3.  Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Complaint, and therefore neither admits nor denies said allegations.

4.  Defendant, Stacey Hightower, admits the allegations contained in Paragraph Four of the Complaint.

5.  Defendant, Stacey Hightower, admits that Defendant William Feeney, is an individual who was employed as a police officer by the City of Boston at all relevant times.

6.  Defendant, Stacey Hightower, admits that Defendant Angel Figueroa is an individual who is employed as a police officer by the City of Boston. Defendant, Stacey Hightower denies that Angel Figueroa is a female.

7.  Defendant, Stacey Hightower, admits that she is an individual who is employed as a police officer by the City of Boston. Defendant, Stacey Hightower, denies that she is a male.

**FACTS**

8. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eight of the Complaint, and therefore neither admits nor denies said allegations.

9. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nine of the Complaint, and therefore neither admits nor denies said allegations.

10. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten of the Complaint, and therefore neither admits nor denies said allegations.

11. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven of the Complaint, and therefore neither admits nor denies said allegations.

12. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twelve of the Complaint, and therefore neither admits nor denies said allegations.

13. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirteen of the Complaint, and therefore neither admits nor denies said allegations.

14. Defendant, Stacey Hightower, admits that Antonio Correia's driver's side door was open. Defendant, Stacey Hightower is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Fourteen of the Complaint, and therefore neither admits nor denies said allegations.

15. Defendant, Stacey Hightower, denies that Defendant Feeney slammed Antonio Correia to the ground outside the vehicle. Defendant Stacey Hightower, admits that Antonio Correia was handcuffed with his arms behind his back. Defendant Stacey Hightower is without knowledge or information sufficient to form a belief as to whether it was Defendant Feeney who so

handcuffed Antonio Correia and therefore neither admits nor denies said allegation.

16. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixteen of the Complaint, and therefore neither admits nor denies said allegations.

17. Defendant, Stacey Hightower, admits that several Boston Police Officers held Antonio Correia face down, placing their knees in the center of his back while securing his hands behind him with handcuffs. Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations and therefore neither admits nor denies said allegations.

18. Defendant, Stacey Hightower, admits that Boston Police Officers transported Antonio Correia to the Police Station for booking. Defendant Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore neither admits nor denies said allegations.

19. Defendant, Stacey Hightower, denies the allegations contained in Paragraph Nineteen in their entirety.

20. Defendant, Stacey Hightower, admits the allegations contained in Paragraph Twenty.

21. Defendant, Stacey Hightower, denies the allegations in Paragraph Twenty-One in their entirety.

22. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Complaint, and therefore neither admits nor denies said allegations.

## COUNT I
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

23. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Two, above, as if fully set forth herein.

Paragraphs Twenty-Four and Twenty-Five are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, Stacey Hightower, does not respond to said Paragraphs.

## COUNT II
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

26. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Five, above, as if fully set forth herein.

Paragraphs Twenty-Seven and Twenty-Eight are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, Stacey Hightower, does not respond to said Paragraphs.

## COUNT III
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

29. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Eight, above, as if fully set forth herein.

Paragraphs Thirty and Thirty-One are the subject of Defendants' Motion for a More Definite Statement, and therefore Defendant, Stacey Hightower, does not respond to said Paragraphs.

## COUNT IV
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I
### AGAINST ALL DEFENDANTS

32. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

Paragraph Thirty-Three is the subject of Defendant Feeney, Figueroa and Hightower's Motion to Dismiss. Accordingly, Defendant, Stacey Hightower, does not answer the allegations contained in Paragraph Thirty-Three.

## COUNT V
### ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

34. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Four, above, as if fully set forth herein.

Paragraph Thirty-Five of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Five makes an allegation directed against Defendant, Stacey Hightower, it is denied.

## COUNT VI
### ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA

36. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Six, above, as if fully set forth herein.

Paragraph Thirty-Seven of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Seven makes an allegation directed against Defendant, Stacey Hightower, it is denied.

## COUNT VII
### ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER

38. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Seven, above, as if fully set forth herein.

39. Paragraph Thirty-Nine of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-Nine alleges facts each and every allegation is denied.

## COUNT VIII
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY

40. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Nine, above, as if fully set forth herein.

Paragraph Forty-One of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-One makes an allegation directed against Defendant, Stacey Hightower, it is denied.

## COUNT IX
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA

42. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-One, above, as if fully set forth herein.

Paragraph Forty-Three of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Three makes an allegation directed against Defendant, Stacey Hightower, it is denied.

## COUNT X
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

44. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

45. Paragraph Forty-Five of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Forty-Five alleges facts each and every allegation is denied.

## COUNT XI
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FEENEY

46. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Five, above, as if fully set forth herein.

Paragraph Forty-Six of the Plaintiff's Complaint is directed against another defendant, and as such does not require a

response. To the extent that Paragraph Forty-Six makes an allegation directed against Defendant, Stacey Hightower, it is denied.

### COUNT XII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L.CH. 12, § 11I AGAINST DEFENDANT, FIGUEROA

48. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Seven, above, as if fully set forth herein.

Paragraph Forty-Nine of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Nine makes an allegation directed against Defendant, Stacey Hightower, it is denied.

### COUNT XIII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, HIGHTOWER

50. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty, above, as if fully set forth herein.

51. Paragraph Fifty-One of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Fifty-One alleges facts each and every allegation is denied.

## COUNT XIV
### NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258
### AGAINST DEFENDANT CITY OF BOSTON

Paragraphs Fifty-Two through Fifty-Four are the subject of the Defendants' Motion to Dismiss.  Accordingly Defendant, Stacey Hightower, does not answer the allegations contained in Paragraphs Fifty-Two through Fifty-Four.

## COUNT XV
### 43 U.S.C. § 1983 AGAINST CITY OF BOSTON

55.   Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.

Paragraphs Fifty-Six and Fifty-Seven of the Plaintiff's Complaint are directed against another defendant, and as such do not require a response.  To the extent that Paragraphs Fifty-Six and Fifty-Seven make allegations directed against Defendant, Stacey Hightower, they are denied.

## AFFIRMATIVE DEFENSES

### *First Affirmative Defense*

The Complaint fails to state a claim against Defendant, Stacey Hightower, upon which relief may be granted.

### *Second Affirmative Defense*

Defendant, Stacey Hightower, states that she is a public employee entitled to immunity for negligent conduct committed during the scope of his employment pursuant to the Massachusetts Torts Claims Act.

*Third Affirmative Defense*

Defendant, Stacey Hightower, states that at all relevant times, she acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

*Fourth Affirmative Defense*

Defendant, Stacey Hightower, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

*Fifth Affirmative Defense*

Defendant, Stacey Hightower, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by her.

*Sixth Affirmative Defense*

Defendant, Stacey Hightower, states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of Defendant, Stacey Hightower.

*Seventh Affirmative Defense*

Defendant, Stacey Hightower, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against Stacey Hightower.

*Eighth Affirmative Defense*

Defendant, Stacey Hightower, states that she is entitled to qualified immunity.

*Ninth Affirmative Defense*

Plaintiffs did not make valid presentment of their claim pursuant to G.L. c. 258, §4.

**JURY CLAIM**

Defendant, Stacey Hightower, demands a trial by jury on all claims.

          Respectfully submitted,
          DEFENDANT STACEY HIGHTOWER
          Merita A. Hopkins
          Corporation Counsel

          By her attorneys:

          _/s/ Kate Cook_
          Kate Cook, Esq.
          BBO# 650698
          James M. Chernetsky, Esq.
          BBO# 638152
          Assistant Corporation Counsel
          City of Boston Law Department
          Room 615, City Hall
          Boston, MA 02201
          (617) 635-4022 (Cook)
          (617) 635-4048 (Chernetsky)