UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

### DEFENDANT WILLIAM FEENEY, ANGEL FIGUEROA AND STACEY HIGHTOWER'S MOTION TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT.

NOW COME the Defendants, William Feeney, Angel Figueroa, and Stacey Hightower, and move this Honorable Court pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss Count IV of the Plaintiff's Complaint.

As grounds therefore, the Defendants Feeney, Figueroa and Hightower state that:

1. Count IV alleges a violation of the Massachusetts Civil Rights Act, M.G.L. ch. 12, §11I, against all defendants.

2. Count XI alleges a violation of the Massachusetts Civil Rights Act, M.G.L. ch. 12, §11I, against Defendant, William Feeney.

3. Count XII alleges a violation of the Massachusetts Civil Rights Act, M.G.L. ch. 12, §11I, against Defendant, Angel Figueroa.

4. Count XIII alleges a violation of the Massachusetts Civil Rights Act, M.G.L. ch. 12, §11I, against Defendant, Stacey Hightower.

5. Accordingly, Count IV and Counts XI, XII, and XIII are redundant. There being no additional facts alleged to support the superfluous counts alleging violations of the Massachusetts Civil Rights Action, the Defendants Feeney, Figueroa, and Hightower move to dismiss Count IV against them.

6. Moreover, no additional relief is possible by twice alleging the same cause of action though there are two counts. There being no additional facts, and no additional relief possible, the count is superfluous.

7. Further, to the extent the court agrees that these counts as to the individual defendants are redundant, the City has moved to dismiss count IV on separate grounds; therefore, it makes sense to dismiss count IV rather than Counts XI, XII, and XIII.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By its attorneys:

*/s/ Kate Cook*

James M. Chernetsky, Esq.
BBO# 638152
Kate Cook, Esq.
BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048 (Chernetsky)
(617) 635-4022  (Cook)

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that undersigned counsel for the Defendant, City of Boston, discussed the above motion with Mark E. Burke via telephone on August 12, 2004, both in a good faith effort to resolve and narrow the issues presented by said motion, but that counsel were unable to confer or to resolve the issues prior to filing of the motion.

_8/13/04_
Date

_Kate Cook_
Kate Cook