UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

### DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS COUNTS IV AND XIV OF PLAINTIFF'S COMPLAINT.

NOW COMES the Defendant, City of Boston, and moves this Honorable Court pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss Counts IV AND XIV of the Plaintiff's Complaint to the extent direct against it.

As grounds therefore, the Defendant states that:

1. Count IV should be dismissed because municipalities are not persons within the meaning of the Massachusetts Civil Rights Act; and,

2. Count XIV should be dismissed because plaintiff failed to comply with the statutory presentment requirements entailed in M.G.L. ch. 258, the

Massachusetts Tort Claims Act, and because public employers are not liable for intentional torts allegedly committed by their employees pursuant to G.L. c. 258.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By its attorneys:

/s/ Kate Cook
James M. Chernetsky, Esq.
BBO# 638152
Kate Cook, Esq.
BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048 (Chernetsky)
(617) 635-4022  (Cook)

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that undersigned counsel for the Defendant, City of Boston, discussed the above motion with Mark E. Burke via telephone on August 12, 2004, both in a good faith effort to resolve and narrow the issues presented by said motion, but that counsel were unable to confer or to resolve the issues prior to filing of the motion.

8/13/04
Date

Kate Cook