**EXHIBIT A**

| Complaint #: 4832 | Date: 07-06-01 | Day: FRI | Military Time: 14:20 | Location Complaint Received: IAD | How Complaint Received: ☒ In Person ☐ Mail ☐ Telephone |

Complaint (see code on reverse):
A. PHYSICAL ABUSE
B.

| Area/Dist. of Occurrence: DIST. B-2 | Date: 07-05-01 | Day: THURS | Military Time: 15:30 | Address/Location: BROOK AVE, W COTTAGE ST. ROX | Result of: ☐ Parking Violation ☐ Arrest ☐ Traffic Citation ☐ Injury ☐ Other |

**Complainant**
- Name (Last, First, Middle Initial): CORREIA, ANTONIO
- Sex: ☒ M ☐ F
- Race: 
- D.O.B/Age: 04-25-50  51
- Address: 30 WEST COTTAGE ST. ROXBURY, MA
- Marital Status:
- Occupation:
- Place of Employment:
- Telephone #: (H) (617) 427-3069  (W) (617) 331-9793 CELL#
- Hours:

**Persons**
- Name of Employee Complained Against: WILLIAM FEENEY
- Status: ☐ S ☐ C
- Rank: SGT. DET.
- I.D. #: 10259
- Badge:
- Area/Dist./Unit: B-2
- Sex: ☒ M ☐ F

Narrative:
COMPLAINANT ALLEGES THAT SGT. DET. FEENEY USED EXCESSIVE FORCE WHEN THE OFFICER PLACED HIM UNDER ARREST FOR FAILING TO SUBMIT. COMPLAINANT STATES HE WAS REPEATEDLY PUNCHED IN THE FACE AND KICKED IN THE BODY

Attachment #1

Original 1920 must be forwarded to I.A.D. on the day received
Complainant Should Sign at End of Narrative:

PD Form 1920 form6 rev. 2/89

Original - Internal Affairs  Green - Commanding Officer of Individual Complained Against  Blue - Investigating Officer  Pink - Complainant