UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as an attorney of record for the Defendants, City of Boston, William Feeney, Angel Figueroa, and Stacey Hightower in the above-entitled action.

    Respectfully submitted,
    DEFENDANTS, CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, AND STACEY HIGHTOWER,
    Merita A. Hopkins
    Corporation Counsel

    By their attorney,

    /s/ Kate Cook
    Kate Cook– BBO# 650698
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, Massachusetts 02201
    (617) 635-4022

## CERTIFICATE OF SERVICE

I, Kate Cook, hereby certify that I served my *Notice of Appearance*, by mailing a copy, postage prepaid, to Mark E. Burke, & Nicholas DiMauro, 111 South Bedford Street, Suite 208, Burlington, MA 01803.

8/16/04
Date

_Kate Cook_ (signature)
Kate Cook