UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ANTONIO CORREIA**
    **Plaintiff,**              **CIVIL ACTION NO.: 04-CV11335-RCL**
**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
    **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, Antonio Correia and the Defendants, City of Boston, William Feeney, Angel Figueroa and Stacey Hightower, to the above-referenced matter and respectfully request this Honorable Court to allow the Assented-to Motion to Amend Complaint. As grounds for this Assented-to Motion the above-referenced parties state the following:

1. In an effort to resolve and review the issues presented by the Defendant's Motions, the parties have Assented-to the Motion to Amend the Complaint.

WHEREFORE, the Parties respectfully request that this Honorable Court grant their Assented-to Motion to Amend Complaint.

The proposed Amended Complaint is submitted herewith.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| The Plaintiff, Antonio Correia | The Defendant, City of Boston |
| By his attorneys, | By its attorney, |
| _____ | _____ |
| Nicholas J. Di Mauro – BBO#564241 | James M. Chernetsky – BBO# |
| Law Offices of Nicholas J. Di Mauro | City of Boston |
| 111 South Bedford Street, Suite 208 | Law Department – City Hall, Room 614 |
| Burlington, MA 01803 | Boston, MA 02201 |
| (781) 273-3801 | (617) 635-4034 |

_____
Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801