UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

**DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS COUNTS IV AND XIV OF PLAINTIFF'S AMENDED COMPLAINT.**

NOW COMES the Defendant, City of Boston, and moves this Honorable Court pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss Counts IV AND XIV of the Plaintiff's Amended Complaint to the extent direct against it.

As grounds therefore, the Defendant states that:

1. Count IV should be dismissed against the City of Boston because municipalities are not persons within the meaning of the Massachusetts Civil Rights Act; and,

2. Count XIV should be dismissed because plaintiff failed to comply with the statutory presentment requirements entailed in M.G.L. c. 258, the 'Massachusetts Tort Claims Act.'

1

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By its attorneys:


s/ Kate Cook
_____
James M. Chernetsky, Esq.
BBO# 638152
Kate Cook, Esq.
BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048 (Chernetsky)
(617) 635-4022  (Cook)

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    I hereby certify that Kate Cook, Esq., co-counsel for the City of Boston, discussed the bases for this motion with counsel for the Plaintiff by telephone on November 22, 2004, but that counsel have been unable to resolve the issues presented by this motion prior to its filing.


11/29/04                              s/ James M. Chernetsky
_____                            _____
Date                                  James M. Chernetsky