## CARDINALE & DI MAURO, LLC

ATTORNEYS AT LAW
655 SUMMER STREET
BOSTON, MASSACHUSETTS 02210

(617) 345-5400
FAX (617) 345-0900

ANTHONY M. CARDINALE
NICHOLAS J. DI MAURO

January 30, 2002

Ms. Alicia S. McDonald, Esq.
Office of Legal Advisor
City Of Boston Police Department
1 Schroeder Plaza
Boston, MA 02120-2014

Re: **Commonwealth v. Antonio Correia**
    Docket No. 0102 CR 10643

Dear Ms. McDonnell:

In addition to my Opposition, filed upon you on January 29, 2002, please be advised that this correspondence shall serve as official notice that my client intends to file a claim based on the medical and emotional damage he incurred at the hands of the Boston Police pursuant to the Massachusetts Tort Claims Act. Please inform me if any future filings regarding this matter should be forwarded to your attention.

If you have any further questions regarding this matter, please contact my office.

Sincerely,

Nicholas J. Di Mauro

cc: Suffolk County District Attorney's Office