UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    <u>Plaintiff</u>,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    <u>Defendants</u>.

### <u>DEFENDANT CITY OF BOSTON'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT, WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.</u>

NOW COMES City of Boston, Defendant in the above-entitled action, and hereby answers the Complaint of the Plaintiff, as follows:

**I. <u>PRELIMINARY STATEMENT</u>**

1. The introductory paragraph of Plaintiff's Amended Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Amended Complaint, and as such does not require a response. To the extent that the Plaintiff's preliminary statement states any claim against Defendant, City of Boston, it is denied.

**II. <u>JURISDICTION</u>**

2. Paragraph Two of the Plaintiff's Amended Complaint contains the Plaintiff's statement of jurisdiction, and as such does

1

not require a response.  To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, City of Boston, it is denied.

### III. PARTIES

3. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Amended Complaint, and therefore neither admits nor denies said allegations.

4. Defendant, City of Boston, admits the allegations contained in Paragraph Four of the Complaint.

5. Defendant, City of Boston, admits that William Feeney is an individual who was employed as a police officer by the City of Boston at all relevant times.

6. Defendant, City of Boston, admits that Angel Figueroa is an individual who is employed as a police officer by the City of Boston.  Defendant, City of Boston denies that Angel Figueroa is a female.

7. Defendant, City of Boston, admits that Stacey Hightower is an individual who is employed as a police officer by the City of Boston.  Defendant, City of Boston, denies that Stacey Hightower is a male.

**IV.  FACTS**

8. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eight and therefore neither admits nor denies said allegations.

9. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nine and therefore neither admits nor denies said allegations.

10. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten and therefore neither admits nor denies said allegations.

11. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven and therefore neither admits nor denies said allegations.

12. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twelve and therefore neither admits nor denies said allegations.

13. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

14. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fourteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

15. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

16. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

17. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventeen of the Amended Complaint, and therefore neither admits nor denies said allegations.

18. Defendant, City of Boston, admits that Boston Police Officers transported Antonio Correia to the Police Station for booking. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Eighteen, and therefore neither admits nor denies said allegation.

19. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nineteen and therefore neither admits nor denies said allegations.

20. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty of the Amended Complaint, and therefore neither admits nor denies said allegations.

21. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of

the allegations contained in Paragraph Twenty-One and therefore neither admits nor denies said allegations.

22. Defendant, City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Amended Complaint, and therefore neither admits nor denies said allegations.

23. Paragraph Twenty-Three of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Three alleges facts each and every allegation is denied.

24. Paragraph Twenty-Four of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Four alleges facts, Defendant City of Boston, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Four of the Amended Complaint, and therefore neither admits nor denies said allegations.

25. Paragraph Twenty-Five (a)-(c) of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Five alleges facts each and every allegation is denied.

26. Paragraph Twenty-Six of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Six alleges facts each and every allegation is denied.

## COUNT I
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

27. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Six, above, as if fully set forth herein.

Paragraphs Twenty-Eight and Twenty-Nine of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Twenty-Eight and Twenty-Nine make allegations directed against Defendant, City of Boston, they are denied.

## COUNT II
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

30. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Nine, above, as if fully set forth herein.

Paragraphs Thirty[1] and Thirty-One of the Plaintiff's Amended Complaint are directed against another defendant, and as such do

---

[1] Defendant adopts Plaintiff's misnumbered paragraphs for the purposes of answering the Plaintiff's Amended Complaint.

7

not require a response.  To the extent that Paragraphs Thirty and Thirty-One make allegations directed against Defendant, City of Boston, they are denied.

### COUNT III
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

32. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

Paragraphs Thirty-Three and Thirty-Four of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response.  To the extent that Paragraphs Thirty-Three and Thirty-Four make allegations directed against Defendant, City of Boston, they are denied.

### COUNT IV
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I
### AGAINST ALL DEFENDANTS

35. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Four, above, as if fully set forth herein.

Paragraph Thirty-Six is the subject of the Defendant, City of Boston's, Motion to Dismiss.  Accordingly the Defendant, City of Boston does not answer the allegations contained in Paragraph Thirty-Six.

8

## COUNT V
### ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

37. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Six, above, as if fully set forth herein.

Paragraph Thirty-Eight is directed against another defendant, and as such does not require a response. To the extent that Paragraph Thirty-Eight makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT VI
### ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA

39. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Nine, above, as if fully set forth herein.

Paragraph Forty of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT VII
### ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER

41. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty, above, as if fully set forth herein.

Paragraph Forty-Two of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Two makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT VIII
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY

43.   Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Two, above, as if fully set forth herein.

Paragraph Forty-Four of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Four makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT IX
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA

45.   Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

Paragraph Forty-Six of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require

a response.  To the extent that Paragraph Forty-Six makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT X
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

47. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Six, above, as if fully set forth herein.

Paragraph Forty-Eight of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Eight makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT XI
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH.12,§ 11I AGAINST DEFENDANT, FEENEY

49. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Eight, above, as if fully set forth herein.

Paragraph Fifty of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Fifty makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT XII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FIGUEROA

51. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty, above, as if fully set forth herein.

Paragraph Fifty-Two of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-Two makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT XIII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12,§ 11I AGAINST DEFENDANT, HIGHTOWER

53. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Nine, above, as if fully set forth herein.

Paragraph Fifty-Four of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-Four makes an allegation directed against Defendant, City of Boston, it is denied.

## COUNT XIV
## NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258
## AGAINST DEFENDANT CITY OF BOSTON

Paragraphs Fifty-Five through Sixty are the subject of the Defendant, City of Boston's Motion to Dismiss.  Accordingly, Defendant, City of Boston, does not answer the allegations contained in Paragraphs Fifty-Five through Sixty.

## COUNT XV
## 43 U.S.C. § 1983 AGAINST CITY OF BOSTON

61. Defendant, City of Boston, hereby incorporates and reasserts the answers set forth in Paragraphs One through Sixty, above, as if fully set forth herein.

62. Paragraph Sixty-Two of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Sixty-Two alleges facts each and every allegation is denied.

63. Paragraph Sixty-Three of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Sixty-Three alleges facts each and every allegation is denied.

64. Paragraph Sixty-Four of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a

response.  To the extent that Paragraph Sixty-Four alleges facts each and every allegation is denied.

## AFFIRMATIVE DEFENSES

### *First Affirmative Defense*

The Complaint fails to state a claim against Defendant, City of Boston, upon which relief may be granted.

### *Second Affirmative Defense*

Defendant, City of Boston, states that there is no factual connection between any unconstitutional municipal custom, policy or practice and any alleged violation of the Plaintiff's constitutional rights.

### *Third Affirmative Defense*

Defendant, City of Boston, states that at all relevant times, it acted in good faith and in accord with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### *Fourth Affirmative Defense*

Defendant, City of Boston, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

*Fifth Affirmative Defense*

Defendant, City of Boston, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by the Defendant City of Boston.

*Sixth Affirmative Defense*

Defendant City of Boston, states that it is not liable for any intentional conduct by an employee pursuant to G.L. c. 258 §10(c).

*Seventh Affirmative Defense*

Defendant, City of Boston, states that it is a municipality against which punitive damages may not be assessed.

*Eighth Affirmative Defense*

Defendant, City of Boston, states that the injuries and damages alleged were caused by the Plaintiffs' own intentional conduct and not the conduct of the Defendant, City of Boston.

*Ninth Affirmative Defense*

Defendant, City of Boston, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against the City of Boston.

*Tenth Affirmative Defense*

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

**JURY CLAIM**

Defendant, City of Boston, demands a trial by jury on all claims.

```
                              Respectfully submitted,
                              DEFENDANT, CITY OF BOSTON
                              Merita A. Hopkins
                              Corporation Counsel

                              By its attorneys:


                              s/ Kate Cook
                              _____
                              James M. Chernetsky, Esq.
                              BBO# 638152
                              Kate Cook, Esq.
                              BBO# 650698
                              Assistant Corporation Counsel
                              City of Boston Law Department
                              Room 615, City Hall
                              Boston, MA 02201
                              (617) 635-4048 (Chernetsky)
                              (617) 635-4022  (Cook)
```