UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
 Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
 Defendants.

### DEFENDANT WILLIAM FEENEY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.

NOW COMES William Feeney, Defendant in the above-entitled action, and hereby answers the Amended Complaint of the Plaintiff, as follows:

**I. PRELIMINARY STATEMENT**

1. The introductory paragraph of Plaintiff's Amended Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Amended Complaint, and as such does not require a response. To the extent that the Plaintiff's preliminary statement states any claim against Defendant, William Feeney, it is denied.

**II. JURISDICTION**

2. Paragraph Two of the Plaintiff's Amended Complaint contains the Plaintiff's statement of jurisdiction, and as such does

not require a response.  To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, William Feeney, it is denied.

### III. PARTIES

3. Defendant, William Feeney, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Amended Complaint, and therefore neither admits nor denies said allegations.

4. Defendant, William Feeney, admits the allegations contained in Paragraph Four of the Amended Complaint.

5. Defendant, William Feeney, admits that he is an individual who was employed as a police officer by the City of Boston at all relevant times.

6. Defendant, William Feeney, admits that Angel Figueroa is an individual who is employed as a police officer by the City of Boston.  Defendant, William Feeney denies that Angel Figueroa is a female.

7. Defendant, William Feeney, admits that Stacey Hightower is an individual who is employed as a police officer by the City of Boston.  Defendant, William Feeney, denies that Stacey Hightower is a male.

**IV.  FACTS**

8.   Defendant, William Feeney, admits the allegations contained in Paragraph Eight.

9.   Defendant, William Feeney, admits the allegations contained in Paragraph Nine.

10.  Defendant, William Feeney admits that Antonio Corriea returned to West Cottage Street.  Defendant, William Feeney, denies that Antonio Correia was could not access his home at any time.

11.  Defendant, William Feeney, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven and therefore neither admits nor denies said allegations.

12.  Defendant, William Feeney, admits the allegations contained in Paragraph Twelve.

13.  Defendant, William Feeney, admits that he reached into Antonio Correia's vehicle.  Defendant, William Feeney, denies that he grabbed and twisted Antonio Correia's arm.  Defendant, William Feeney, admits that after Antonio Correia bit his arm Defendant William Feeney punched

Antonio Correia in the face and neck area. Defendant, William Feeney, denies that he punched Antonio Correia in the body and head.

14. Defendant, William Feeney, denies the allegation in Paragraph Fourteen that he choked Antonio Corriea while in the vehicle. Defendant, William Feeney, admits that he opened the driver's side door of Antonio Correia's vehicle. Defendant, William Feeney, denies the allegation in Paragraph Fourteen that he kicked Antonio Correia repeatedly.

15. Defendant, William Feeney, denies each and every allegation contained in Paragraph Fifteen.

16. Defendant, William Feeney, denies each and every allegation contained in Paragraph Sixteen.

17. Defendant, William Feeney, denies each and every allegation contained in Paragraph Seventeen.

18. Defendant, William Feeney, denies the allegation that Boston Police Officers chained Antonio Correia's feet. Defendant, William Feeney, denies that Boston Police Officers refused to afford Antonio Correia medical attention. Defendant, William Feeney, admits that Boston

> Police Officers transported Antonio Correia to the Police Station for booking.

19. Defendant, William Feeney, denies each and every allegation contained in Paragraph Nineteen.

20. Defendant, William Feeney, denies each and every allegation contained in Paragraph Twenty.

21. Defendant, William Feeney, denies each and every allegation contained in Paragraph Twenty-One.

22. Defendant, William Feeney, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Amended Complaint, and therefore neither admits nor denies said allegations.

23. Paragraph Twenty-Three of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Three alleges facts each and every allegation is denied.

24. Paragraph Twenty-Four of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Four alleges

facts, Defendant Feeney admits that other Boston Police Officers responded to the scene of Mr. Correia's arrest.

25. Paragraph Twenty-Five a-c of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Five alleges facts each and every allegation is denied.

26. Paragraph Twenty-Six of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Six alleges facts each and every allegation is denied.

## COUNT I
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

27. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Six, above, as if fully set forth herein.

28. Paragraph Twenty-Eight of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Eight alleges facts each and every allegation is denied.

29. Paragraph Twenty-Nine of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Nine alleges facts each and every allegation is denied.

## COUNT II
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

30. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Nine, above, as if fully set forth herein.

Paragraphs Thirty and Thirty-One[1] of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Thirty and Thirty-One make allegations directed against Defendant, William Feeney, they are denied.

## COUNT III
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

32. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

Paragraphs Thirty-three and Thirty-four of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs

---

[1] Defendant adopts Plaintiff's misnumbering in the Amended Complaint.

Thirty-Three and Thirty-Four make allegations directed against Defendant, William Feeney, they are denied.

## COUNT IV
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I
### AGAINST ALL DEFENDANTS

35. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-four, above, as if fully set forth herein.

36. Defendant Feeney states that Paragraph Thirty-Six states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-Six alleges facts, each and every allegation is denied.

## COUNT V
### ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

37. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Six, above, as if fully set forth herein.

38. Paragraph Thirty-Eight of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-Eight alleges facts each and every allegation is denied.

**COUNT VI**
**ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA**

39. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Eight, above, as if fully set forth herein.

Paragraph Forty of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty makes an allegation directed against Defendant, William Feeney, it is denied.

**COUNT VII**
**ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER**

41. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty, above, as if fully set forth herein.

Paragraph Forty-Two of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Two makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT VIII
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY

43. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Two, above, as if fully set forth herein.

44. Paragraph Forty-One of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Forty-Four alleges facts each and every allegation is denied.

## COUNT IX
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA

45. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

Paragraph Forty-Six of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Six makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT X
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

47.  Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Seven, above, as if fully set forth herein.

Paragraph Forty-Eight of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Eight makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XI
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11*I* AGAINST DEFENDANT, FEENEY

49.  Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Eight, above, as if fully set forth herein.

50.  Paragraph Fifty of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Fifty alleges facts each and every allegation is denied.

## COUNT XII
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11*I* AGAINST DEFENDANT, FIGUEROA

51.  Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty, above, as if fully set forth herein.

11

Paragraph Fifty-Two of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Fifty-Two makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XIII
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, HIGHTOWER

53. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Two, above, as if fully set forth herein.

Paragraph Fifty-Four of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Fifty-Four makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XIV
## NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258 AGAINST DEFENDANT CITY OF BOSTON

55. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.

Paragraphs Fifty-Six through Sixty of the Plaintiff's Amended Complaint are directed against another defendant, and as such do

not require a response.  To the extent that Paragraphs Fifty-Six through Sixty make an allegation directed against Defendant, William Feeney, they are denied.

## COUNT XV
## 43 U.S.C. § 1983 AGAINST CITY OF BOSTON

61.    Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Sixty, above, as if fully set forth herein.

Paragraphs Sixty-Two through Sixty-Four of the Plaintiff's Complaint are directed against another defendant, and as such do not require a response.  To the extent that Paragraphs Sixty-Two through Sixty-Four make an allegation directed against Defendant, William Feeney, they are denied.

### AFFIRMATIVE DEFENSES

#### *First Affirmative Defense*

The Complaint fails to state a claim against Defendant, William Feeney, upon which relief may be granted.

#### *Second Affirmative Defense*

Defendant, William Feeney, states that he is a public employee entitled to immunity for negligent acts committed during

the scope of his employment, pursuant to the Massachusetts Torts Claims Act.

### *Third Affirmative Defense*

Defendant, William Feeney, states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### *Fourth Affirmative Defense*

Defendant, William Feeney, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

### *Fifth Affirmative Defense*

Defendant, William Feeney, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by him.

### *Sixth Affirmative Defense*

Defendant, William Feeney, states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of Defendant, William Feeney.

### *Seventh Affirmative Defense*

Defendant, William Feeney, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against William Feeney.

*Eighth Affirmative Defense*

Defendant, William Feeney, states that he is entitled to qualified immunity.

*Ninth Affirmative Defense*

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

**JURY CLAIM**

Defendant, William Feeney, demands a trial by jury on all claims.

```
                                Respectfully submitted,
                                DEFENDANT WILLIAM FEENEY
                                Merita A. Hopkins
                                Corporation Counsel

                                By his attorneys:

                                s/ Kate Cook

                                _____
                                Kate Cook, Esq.
                                BBO# 650698
                                James M. Chernetsky, Esq.
                                BBO# 638152
                                Assistant Corporation Counsel
                                City of Boston Law Department
                                Room 615, City Hall
                                Boston, MA 02201
                                (617) 635-4022 (Cook)
                                (617) 635-4048 (Chernetsky)
```