UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

**DEFENDANT ANGEL FIGUEROA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.**

NOW COMES Angel Figueroa, Defendant in the above-entitled action, and hereby answers the Complaint of the Plaintiff, as follows:

**I.   PRELIMINARY STATEMENT**

1. The introductory paragraph of Plaintiff's Amended Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Amended Complaint, and as such does not require a response.  To the extent that the Plaintiff's preliminary statement states any claim against Defendant, Angel Figueroa, it is denied.

**II.   JURISDICTION**

2. Paragraph Two of the Plaintiff's Amended Complaint contains the Plaintiff's statement of jurisdiction, and as such does

1

not require a response.  To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, Angel Figueroa, it is denied.

### III. PARTIES

3. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Amended Complaint, and therefore neither admits nor denies said allegations.

4. Defendant, Angel Figueroa, admits the allegations contained in Paragraph Four of the Amended Complaint.

5. Defendant, Angel Figueroa, admits that Defendant William Feeney, is an individual who was employed as a police officer by the City of Boston at all relevant times.

6. Defendant, Angel Figueroa, admits that he is an individual who is employed as a police officer by the City of Boston. Defendant, Angel Figueroa denies that he is a female.

7. Defendant, Angel Figueroa, admits that Stacey Hightower is an individual who is employed as a police officer by the City of Boston.  Defendant, Angel Figueroa, denies that Stacey Hightower is a male.

**IV.   FACTS**

8.   Defendant, Angel Figueroa, admits the allegations contained in Paragraph Eight.

9.   Defendant, Angel Figueroa, admits the allegations contained in Paragraph Nine.

10.  Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten of the Amended Complaint, and therefore neither admits nor denies said allegations.

11.  Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven of the Amended Complaint, and therefore neither admits nor denies said allegations.

12.  Defendant, Angel Figueroa, admits that Antonio Correia parked his vehicle near his residence on West Cottage. Defendant Angel Figueroa is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore neither admits nor denies said allegations.

13. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

14. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fourteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

15. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

16. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

17. Defendant, Angel Figueroa, admits that several Boston Police Officers held Antonio Correia face down, while

4

securing his hands behind him with handcuffs.  Defendant Angel Figueroa is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations therefore neither admits nor denies said allegations.

18. Defendant, Angel Figueroa, admits that Boston Police Officers transported Antonio Correia to the Police Station for booking.  Defendant, Angel Figueroa denies the allegation that Boston Police Officers chained Antonio Correia's feet.  Defendant Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore neither admits nor denies said allegations.

19. Defendant, Angel Figueroa, denies the allegations contained in Paragraph Nineteen.

20. Defendant, Angel Figueroa, denies the allegations contained in Paragraph Twenty.

21. Defendant, Angel Figueroa, denies the allegations that he denied medical attention to Antonio Correia at the scene.  Defendant, Angel Figueroa is without knowledge or information sufficient to form a belief as to the truth of

the remaining allegations, and therefore neither admits nor denies said allegations.

22. Defendant, Angel Figueroa, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Amended Complaint, and therefore neither admits nor denies said allegations.

23. Paragraph Twenty-Three of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Three alleges facts each and every allegation is denied.

24. Paragraph Twenty-Four of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Four alleges facts, Defendant Figueroa admits that other Boston Police Officers responded to the scene of Mr. Correia's arrest.

25. Paragraph Twenty-Five (a)-(c) of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Twenty-Five alleges facts each and every allegation is denied.

26. Paragraph Twenty-Six of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a

response.  To the extent that Paragraph Twenty-Six alleges facts each and every allegation is denied.

## COUNT I
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

27.   Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Six, above, as if fully set forth herein.

Paragraphs Twenty-Eight and Twenty-Nine of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response.  To the extent that Paragraphs Twenty-Eight and Twenty-Nine make allegations directed against Defendant, Angel Figueroa, they are denied.

## COUNT II
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

30.   Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Nine, above, as if fully set forth herein.

30.   Paragraph Thirty[1] of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Thirty alleges facts each and every allegation is denied.

---

[1] Defendant adopts Plaintiff's misnumbering for the purposes of answering the Plaintiff's Amended Complaint.

7

31. Paragraph Thirty-One of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-One alleges facts each and every allegation is denied.

## COUNT III
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

32. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

Paragraphs Thirty-Three and Thirty-Four the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Thirty-Three and Thirty-Four make allegations directed against Defendant, Angel Figueroa, they are denied.

## COUNT IV
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I
## AGAINST ALL DEFENDANTS

35. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Four, above, as if fully set forth herein.

36. Defendant Figueroa states that Paragraph Thirty-Six states a legal conclusion and as such does not require a

response.  To the extent that Paragraph Thirty-Six alleges facts, each and every allegation is denied.

## COUNT V
## ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

37.  Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Seven, above, as if fully set forth herein.

Paragraph Thirty-Eight of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Thirty-Eight makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT VI
## ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA

39.  Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Nine, above, as if fully set forth herein.

40.  Paragraph Forty of the Plaintiff's Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Forty alleges facts each and every allegation is denied.

## COUNT VII
## ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER

41.  Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty, above, as if fully set forth herein.

Paragraph Forty-Two of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Two makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT VIII
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY

43.  Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Two, above, as if fully set forth herein.

Paragraph Forty-Four of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Four makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT IX
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA

45.  Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

46. Paragraph Forty-Six of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Forty-Six alleges facts each and every allegation is denied.

## COUNT X
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

47. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Six, above, as if fully set forth herein.

Paragraph Forty-Eight of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Eight makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT XI
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FEENEY

49. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Eight, above, as if fully set forth herein.

Paragraph Fifty of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty makes an allegation directed against Defendant, Angel Figueroa, it is denied.

## COUNT XII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11*I* AGAINST DEFENDANT, FIGUEROA

51. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty, above, as if fully set forth herein.

52. Paragraph Fifty-Two of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Fifty-Two alleges facts each and every allegation is denied.

## COUNT XIII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L.CH. 12, § 11*I* AGAINST DEFENDANT, HIGHTOWER

53. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Two, above, as if fully set forth herein.

Paragraph Fifty-Four of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-Four makes an allegation directed against Defendant, Angel Figueroa, it is denied.

**COUNT XIV**
**NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258**
**AGAINST DEFENDANT CITY OF BOSTON**

55. Defendant Figueroa hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.

Paragraphs Fifty-Six through Sixty of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Fifty-Six through Sixty make an allegation directed against Defendant Figueroa, they are denied.

**COUNT XV**
**43 U.S.C. § 1983 AGAINST CITY OF BOSTON**

61. Defendant, Angel Figueroa, hereby incorporates and reasserts the answers set forth in Paragraphs One through Sixty, above, as if fully set forth herein.

Paragraphs Sixty-Two through Sixty-Four of the Plaintiff's Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Sixty-Two through Sixty-Four make allegations directed against Defendant, Angel Figueroa, they are denied.

**AFFIRMATIVE DEFENSES**

*First Affirmative Defense*

The Complaint fails to state a claim against Defendant, Angel Figueroa, upon which relief may be granted.

*Second Affirmative Defense*

Defendant, Angel Figueroa, states that he is a public employee entitled to immunity for negligent acts committed during the scope of his employment pursuant to the Massachusetts Torts Claims Act.

*Third Affirmative Defense*

Defendant, Angel Figueroa, states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

*Fourth Affirmative Defense*

Defendant, Angel Figueroa, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

*Fifth Affirmative Defense*

Defendant, Angel Figueroa, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by him.

*Sixth Affirmative Defense*

Defendant, Angel Figueroa, states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of the Defendant, Angel Figueroa.

*Seventh Affirmative Defense*

Defendant, Angel Figueroa, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against Angel Figueroa.

*Eighth Affirmative Defense*

Defendant, Angel Figueroa, states that he is entitled to qualified immunity.

*Ninth Affirmative Defense*

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

**JURY CLAIM**

Defendant, Angel Figueroa, demands a trial by jury on all claims.

```
                              Respectfully submitted,
                              DEFENDANT ANGEL FIGUEROA
                              Merita A. Hopkins
                              Corporation Counsel

                              By his attorneys:


                              s/ Kate Cook
                              _____
                              Kate Cook, Esq.
                              BBO# 650698
                              James M. Chernetsky, Esq.
                              BBO# 638152
                              Assistant Corporation Counsel
                              City of Boston Law Department
                              Room 615, City Hall
                              Boston, MA 02201
                              (617) 635-4022 (Cook)
                              (617) 635-4048 (Chernetsky)
```