UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

**DEFENDANT STACEY HIGHTOWER'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES AND JURY DEMAND.**

NOW COMES Stacey Hightower, Defendant in the above-entitled action, and hereby answers the Amended Complaint of the Plaintiff, as follows:

**I.  PRELIMINARY STATEMENT**

1. The introductory paragraph of Plaintiff's Amended Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Amended Complaint, and as such does not require a response. To the extent that the Plaintiff's preliminary statement states any claim against Defendant, Stacey Hightower, it is denied.

**II.  JURISDICTION**

2. Paragraph Two of the Plaintiff's Amended Complaint contains the Plaintiff's statement of jurisdiction, and as such does

1

not require a response. To the extent that Plaintiff's statement of jurisdiction states any claim against Defendant, Stacey Hightower, it is denied.

### III. PARTIES

3. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three of the Amended Complaint, and therefore neither admits nor denies said allegations.

4. Defendant, Stacey Hightower, admits the allegations contained in Paragraph Four of the Amended Complaint.

5. Defendant, Stacey Hightower, admits that Defendant William Feeney, is an individual who was employed as a police officer by the City of Boston at all relevant times.

6. Defendant, Stacey Hightower, admits that Defendant Angel Figueroa is an individual who is employed as a police officer by the City of Boston. Defendant, Stacey Hightower denies that Angel Figueroa is a female.

7. Defendant, Stacey Hightower, admits that she is an individual who is employed as a police officer by the City of Boston. Defendant, Stacey Hightower, denies that she is a male.

**FACTS**

8. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eight of the Amended Complaint, and therefore neither admits nor denies said allegations.

9. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nine of the Amended Complaint, and therefore neither admits nor denies said allegations.

10. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten of the Amended Complaint, and therefore neither admits nor denies said allegations.

11. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven of the Amended Complaint, and therefore neither admits nor denies said allegations.

12. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twelve of the Amended Complaint, and therefore neither admits nor denies said allegations.

13. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

14. Defendant, Stacey Hightower, admits that Antonio Correia's driver's side door was open. Defendant, Stacey Hightower is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Fourteen of the Complaint, and therefore neither admits nor denies said allegations.

15. Defendant, Stacey Hightower, denies that Defendant Feeney slammed Antonio Correia to the ground outside the vehicle. Defendant Stacey Hightower, admits that Antonio Correia was handcuffed with his arms behind his back. Defendant Stacey Hightower is without knowledge or information sufficient to form a belief as to whether it was Defendant Feeney who so

handcuffed Antonio Correia and therefore neither admits nor denies said allegation.

16. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixteen of the Amended Complaint, and therefore neither admits nor denies said allegations.

17. Defendant, Stacey Hightower, admits that several Boston Police Officers held Antonio Correia face down, placing their knees in the center of his back while securing his hands behind him with handcuffs.  Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations and therefore neither admits nor denies said allegations.

18. Defendant, Stacey Hightower, admits that Boston Police Officers transported Antonio Correia to the Police Station for booking.  Defendant Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore neither admits nor denies said allegations.

19. Defendant, Stacey Hightower, denies the allegations contained in Paragraph Nineteen in their entirety.

20. Defendant, Stacey Hightower, admits the allegations contained in Paragraph Twenty.

21. Defendant, Stacey Hightower, denies the allegations in Paragraph Twenty-One in their entirety.

22. Defendant, Stacey Hightower, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Amended Complaint, and therefore neither admits nor denies said allegations.

23. Paragraph Twenty-Three of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Three alleges facts each and every allegation is denied.

24. Paragraph Twenty-Four of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Four alleges facts, Defendant Hightower admits that Boston Police Officers responded to the scene of Mr. Correia's arrest.

25. Paragraph Twenty-Five (a)-(c) of the Plaintiff's Amended Complaint states a legal conclusion and as such does not

   require a response.  To the extent that Paragraph Twenty-
   Five alleges facts each and every allegation is denied.

26. Paragraph Twenty-Six of the Plaintiff's Amended Complaint
    states a legal conclusion and as such does not require a
    response.  To the extent that Paragraph Twenty-Six alleges
    facts each and every allegation is denied.

## COUNT I
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

27. Defendant, Stacey Hightower, hereby incorporates and
    reasserts the answers set forth in Paragraphs One through
    Twenty-Six, above, as if fully set forth herein.

Paragraphs Twenty-Eight and Twenty-Nine of the Plaintiff's
Amended Complaint are directed against another defendant, and as
such do not require a response.  To the extent that Paragraphs
Twenty-Eight and Twenty-Nine make allegations directed against
Defendant, Stacey Hightower, they are denied.

## COUNT II
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

30. Defendant, Stacey Hightower, hereby incorporates and
    reasserts the answers set forth in Paragraphs One through
    Twenty-Nine, above, as if fully set forth herein.

7

Paragraphs Thirty[1] and Thirty-One of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Thirty and Thirty-One make allegations directed against Defendant, Stacey Hightower, they are denied.

## COUNT III
## 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

32. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-One, above, as if fully set forth herein.

33. Paragraph Thirty-Three of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-Three alleges facts each and every allegation is denied.

34. Paragraph Thirty-Four of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Thirty-Four alleges facts each and every allegation is denied.

---

[1] Defendant adopts Plaintiff's misnumbering for the purposes of answering the Plaintiff's Amended Complaint.

## COUNT IV
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11*I*
## AGAINST ALL DEFENDANTS

35.   Defendant Hightower hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Four, above, as if fully set forth herein.

Defendant Hightower states that Paragraph Thirty-Six states a legal conclusion and as such does not require a response.  To the extent that Paragraph Thirty-Six alleges facts, each and every allegation is denied.

## COUNT V
## ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY

37.  Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Six, above, as if fully set forth herein.

Paragraph Thirty-Eight of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Thirty-Eight makes an allegation directed against Defendant, Stacey Hightower, it is denied.

**COUNT VI**
**ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA**

39.   Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Thirty-Eight, above, as if fully set forth herein.

Paragraph Forty of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty makes an allegation directed against Defendant, Stacey Hightower, it is denied.

**COUNT VII**
**ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER**

41.   Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty, above, as if fully set forth herein.

42.   Paragraph Forty-Two of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Forty-Two alleges facts each and every allegation is denied.

**COUNT VIII**
**FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY**

43.   Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Two, above, as if fully set forth herein.

Paragraph Forty-Four of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Four makes an allegation directed against Defendant, Stacey Hightower, it is denied.

### COUNT IX
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FIGUEROA

45. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.

Paragraph Forty-Six of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Forty-Six makes an allegation directed against Defendant, Stacey Hightower, it is denied.

### COUNT X
### FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, HIGHTOWER

47. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Six, above, as if fully set forth herein.

48. Paragraph Forty-Eight of the Plaintiff's Complaint states a legal conclusion and as such does not require a response.

> To the extent that Paragraph Forty-Eight alleges facts each and every allegation is denied.

### COUNT XI
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, FEENEY

49. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Eight, above, as if fully set forth herein.

Paragraph Fifty of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty makes an allegation directed against Defendant, Stacey Hightower, it is denied.

### COUNT XII
### STATE CIVIL RIGHTS CLAIM UNDER M.G.L.CH. 12, § 11I AGAINST DEFENDANT, FIGUEROA

51. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty, above, as if fully set forth herein.

Paragraph Fifty-Two of the Plaintiff's Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-Two makes an allegation directed against Defendant, Stacey Hightower, it is denied.

## COUNT XIII
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, HIGHTOWER

53. The Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Two, above, as if fully set forth herein.

54. Paragraph Fifty-Four of the Plaintiff's Complaint states a legal conclusion and as such does not require a response. To the extent that Paragraph Fifty-Four alleges facts each and every allegation is denied.

## COUNT XIV
## NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258 AGAINST DEFENDANT CITY OF BOSTON

55. Defendant Hightower hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.

Paragraphs Fifty-Six through Sixty of the Plaintiff's Amended Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Fifty-Six through Sixty make an allegation directed against Defendant Hightower, they are denied.

**COUNT XV**
**43 U.S.C. § 1983 AGAINST CITY OF BOSTON**

61. Defendant, Stacey Hightower, hereby incorporates and reasserts the answers set forth in Paragraphs One through Sixty, above, as if fully set forth herein.

Paragraphs Sixty-Two through Sixty-Four of the Plaintiff's Complaint are directed against another defendant, and as such do not require a response. To the extent that Paragraphs Sixty-Two and Sixty-Four make allegations directed against Defendant, Stacey Hightower, they are denied.

**AFFIRMATIVE DEFENSES**

*First Affirmative Defense*

The Complaint fails to state a claim against Defendant, Stacey Hightower, upon which relief may be granted.

*Second Affirmative Defense*

Defendant, Stacey Hightower, states that she is a public employee entitled to immunity for negligent acts committed during the scope of his employment pursuant to the Massachusetts Torts Claims Act.

*Third Affirmative Defense*

Defendant, Stacey Hightower, states that at all relevant times, she acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

*Fourth Affirmative Defense*

Defendant, Stacey Hightower, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

*Fifth Affirmative Defense*

Defendant, Stacey Hightower, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by her.

*Sixth Affirmative Defense*

Defendant, Stacey Hightower, states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of Defendant, Stacey Hightower.

*Seventh Affirmative Defense*

Defendant, Stacey Hightower, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against Stacey Hightower.

15

*Eighth Affirmative Defense*

Defendant, Stacey Hightower, states that she is entitled to qualified immunity.

*Ninth Affirmative Defense*

Plaintiffs did not make valid presentment of their claim pursuant to G.L. c. 258, §4.

**JURY CLAIM**

Defendant, Stacey Hightower, demands a trial by jury on all claims.

>Respectfully submitted,
>DEFENDANT STACEY HIGHTOWER
>Merita A. Hopkins
>Corporation Counsel
>
>By her attorneys:
>
>s/ Kate Cook
>_____
>Kate Cook, Esq.
>BBO# 650698
>James M. Chernetsky, Esq.
>BBO# 638152
>Assistant Corporation Counsel
>City of Boston Law Department
>Room 615, City Hall
>Boston, MA 02201
>(617) 635-4022 (Cook)
>(617) 635-4048 (Chernetsky)