UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

**VOLUNTARY STIPULATION OF DISMISSAL OF COUNT IV ONLY.**

NOW COME the Parties to the above-entitled action and hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii) to dismiss Count IV of the Plaintiff's Complaint, with prejudice and without costs.

Respectfully submitted,

| PLAINTIFF, ANTONIO CORREIA | DEFENDANT, CITY OF BOSTON |
|---|---|
|  | Merita A. Hopkins |
|  | Corporation Counsel |
| By his attorneys: | By its attorneys: |
| /s/ Mark Burke | /s/ Kate Cook |
|  | James M. Chernetsky, Esq. |
| Nicholas J. Di Mauro, Esq. | BBO# 638152 |
| Law Offices of Nicholas DiMauro | Kate Cook, Esq. |
| BBO# 564241 | BBO# 650698 |
| Mark Burke, Esq. | Assistant Corporation Counsel |
| Law Offices of Mark E. Burke | City of Boston Law Department |
| BBO# 556166 | Room 615, City Hall |
| 111 South Bedford Street, Suite 208 | Boston, MA 02201 |
| Burlington, MA 01803 | (617) 635-4048 (Chernetsky) |
| (781) 273-3801 | (617) 635-4022 (Cook) |