UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

**JOINT STATEMENT PURSUANT TO LR 16.1**

In compliance with Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties to the above captioned action conferred for the purposes of preparing an agenda of matters to be discussed at the scheduling conference; preparing a proposed pretrial schedule, including a discovery plan; and considering the option of trying this case before a magistrate judge.

The parties have conferred, pursuant to Local Rule 16.1(b)(3), and do not consent to trial of this action before a Magistrate Judge.

In addition, pursuant to Local Rule 16.1(C), Plaintiff made a written settlement proposal to Defendants' counsel and is willing to mediate this matter.

The certificate required by Local Rule 16.1(D)(3), from Plaintiff will be provided under separate cover. The Defendants have filed their 16.1(D)(3) certificate.

## LOCAL RULE 16.1(D) PROPOSED PRETRIAL SCHEDULE

I. Discovery schedule

A. Mandatory disclosures by a party pursuant to Rule 26 will be made by April 1, 2005.

B. Written Discovery must be served by June 30, 2005.

C. Depositions must be completed by January 31, 2006.

D. The parties will identify any expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a) (2), by June 30, 2005, or sooner as may be required pursuant to Fed. R. Civ. P. 26, 33 or 34.

E. The parties will identify any rebuttal expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a) (2), no later than July 31, 2005.

II. Motion Scheduling

A. The parties shall file all dispositive motions, including Rule 56 Motions, together with supporting documents, by February 28, 2006.

B. The Court will schedule a pre-trial conference after April 15, 2006.

Respectfully submitted,

The Plaintiff,
By his Attorneys

s/Mark Burke

---

Mark Burke
BBO # 556166
Nicholas J. DiMauro
BBO #564241
111 South Bedford Street,
Suite 208
Burlington, MA 01803
(781) 273-3801

The Defendants
By their Attorneys

s/ Kate Cook

---

Kate Cook
BBO #650698
James M. Chernetsky
BBO #638152
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022 (Cook)