UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    <u>Plaintiff</u>,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
    <u>Defendants</u>.

## <u>CERTIFICATION OF DEFENDANT WILLIAM FEENEY</u>

I, William Feeney, hereby certify pursuant to Local Rule of Federal Procedure 16.1(D)(3) that I have conferred with counsel:

(a) with a view toward establishing a budget for the costs of conducting the full course – and various courses – of the litigation; and

**(b)** to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                        Merita A. Hopkins
                                        Corporation Counsel

                                        By his attorneys:

_____    _____
William Feeney                              Kate Cook
                                        Assistant Corporation Counsel
                                        City of Boston Law Department
                                        Room 615, City Hall
                                        Boston, MA 02201
                                        (617) 635-4022
                                        BBO# 650698

_____
James M. Chernetsky
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048
BBO# 638152