UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

### CERTIFICATION OF DEFENDANT ANGEL FIGUEROA

I, Angel Figueroa, hereby certify pursuant to Local Rule of Federal Procedure 16.1(D)(3) that I have conferred with counsel:

(a) with a view toward establishing a budget for the costs of conducting the full course - and various courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Merita A. Hopkins
Corporation Counsel

By his attorneys:

_____
Kate Cook
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
BBO# 650698

_____
Angel Figueroa

                                      /s/ James M. Chernetsky
_____
James M. Chernetsky
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048
BBO# 638152