UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

## CERTIFICATION OF DEFENDANT STACEY HIGHTOWER

I, Stacey Hightower, hereby certify pursuant to Local Rule of Federal Procedure 16.1(D)(3) that I have conferred with counsel:

(a)   with a view toward establishing a budget for the costs of conducting the full course - and various courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                              Merita A. Hopkins
                              Corporation Counsel

                              By her attorneys:

_____      _____
Stacey Hightower                            Kate Cook
                                                    Assistant Corporation Counsel
                                                      City of Boston Law Department
                                                      Room 615, City Hall
                                                      Boston, MA 02201
                                                      (617) 635-4022
                                                      BBO# 650698

                                                */s/ James M. Chernetsky*
James M. Chernetsky
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048
BBO# 638152