**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. **04-CV-11335-RCL**

```
ANTONIO CORREIA,
      Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
      Defendants.
```

**STIPULATION OF THE PARTIES REGARDING PROTECTIVE ORDER.**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Parties to this action, by and through their respective counsel, hereby stipulate that that they have agreed to the terms of the Protective Order attached hereto, and they hereby submit said Protective Order to the Court for endorsement and docketing.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, ANTONIO CORREIA,<br>By his attorney: | DEFENDANTS, WILLIAM FEENEY,<br>ANGEL FIGUEROA, STACEY<br>HIGHTOWER, AND THE CITY OF<br>BOSTON,<br>Merita A. Hopkins<br>Corporation Counsel<br>By their attorneys: |
| __/s/ Nick DiMauro_____<br>Mark E. Burke, BBO# 556166<br>Nick DiMauro, BBO# 564241<br>Law Office of Mark E. Burke<br>Law Office of Nick DiMauro<br>111 South Bedford Street,<br>Suite 208<br>Burlington, MA 01803<br>(781) 273-3801 | ___/s/ Kate Cook _____<br>Kate Cook, BBO # 650698<br>James Chernetsky, BBO # 638152<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4022 (Cook)<br>(617) 635-4048 (Chernetsky) |