UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

| |
|---|
| ANTONIO CORREIA,<br>    <u>Plaintiff</u>,<br><br>v.<br><br>CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,<br>    <u>Defendants</u>. |

**DEFENDANT WILLIAM FEENEY'S MOTION
FOR LEAVE OF COURT TO AMEND HIS ANSWER AND ADD A COUNTERCLAIM**

NOW COMES the Defendant, William Feeney, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 13(f) for leave of court to amend his answer and add a counterclaim. As grounds for his motion, the Defendant states that:

1. The Defendant, William Feeney and his counsel have discovered that a valid counterclaim was omitted through oversight.

2. In preparing Defendant, William Feeney's answers to Plaintiff's Interrogatories, Defendant Feeney discovered a valid counterclaim existed and now seeks to amend his answer by adding said counterclaim.

3. Allowing this motion will not prejudice any party to the action and permitting the Defendant William Feeney to amend his answer and add a counterclaim will further the interests of justice.

WHEREFORE, the Defendant William Feeney respectfully requests that this Honorable Court allow his motion for leave of court to amend his answer and add a counterclaim.

                                        Respectfully submitted,

                                        DEFENDANT, WILLIAM FEENEY

**CERTIFICATE OF SERVICE**     Merita A. Hopkins
                                              Corporation Counsel

I hereby certify that on this day, a copy of this document was served upon counsel of record for the Plaintiff to the Law Office of Nick DiMauro and Mark Burke, 111 South Bedford Street, Suite 208, Burlington, MA 01803.

By his attorney:

/s/ Kate Cook
Kate Cook
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
BBO# 650698

5/25/05   Kate Cook
Date

### 7.1 Certification

Undersigned counsel certifies that on May 20, 2005, pursuant to LR, D. Mass. 7.1(a)(2), she spoke with Plaintiff's counsel Nick DiMauro, Esq., both in a good faith effort to resolve and narrow the issues presented by said motion, but that counsel were unable to resolve the issues prior to filing of the motion.

Date: 5/25/05                         /s/ Kate Cook
                                         Kate Cook, Esq.