**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 04-CV-11335-RCL**

ANTONIO CORREIA,
    <u>Plaintiff</u>,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
    <u>Defendants</u>.

<u>**DEFENDANT WILLIAM FEENEY'S ANSWER TO PLAINTIFF'S AMENDED
COMPLAINT WITH AFFIRMATIVE DEFENSES AND
JURY DEMAND AND COUNTERCLAIM.**</u>

NOW COMES William Feeney, Defendant in the above-entitled action, and hereby answers the Amended Complaint of the Plaintiff, as follows:

**I.  <u>PRELIMINARY STATEMENT</u>**

1.  The introductory paragraph of Plaintiff's Amended Complaint contains a preliminary statement summarizing the Plaintiff's allegations as contained within the numbered paragraphs of his Amended Complaint, and as such does not require a response.  To the extent that the Plaintiff's preliminary statement states any claim against Defendant, William Feeney, it is denied.

**II.  <u>JURISDICTION</u>**

2.  Paragraph Two of the Plaintiff's Amended Complaint contains the Plaintiff's statement of jurisdiction, and as such does

not require a response.  To the extent that Plaintiff's
statement of jurisdiction states any claim against
Defendant, William Feeney, it is denied.

### III. __PARTIES__

3.    Defendant, William Feeney, is without knowledge or
      information sufficient to form a belief as to the truth of
      the allegations contained in Paragraph Three of the Amended
      Complaint, and therefore neither admits nor denies said
      allegations.

4.    Defendant, William Feeney, admits the allegations contained
      in Paragraph Four of the Amended Complaint.

5.    Defendant, William Feeney, admits that he is an individual
      who was employed as a police officer by the City of Boston
      at all relevant times.

6.    Defendant, William Feeney, admits that Angel Figueroa is an
      individual who is employed as a police officer by the City
      of Boston.  Defendant, William Feeney denies that Angel
      Figueroa is a female.

7.    Defendant, William Feeney, admits that Stacey Hightower is
      an individual who is employed as a police officer by the
      City of Boston.  Defendant, William Feeney, denies that
      Stacey Hightower is a male.

IV.   **FACTS**

8.    Defendant, William Feeney, admits the allegations contained
      in Paragraph Eight.

9.    Defendant, William Feeney, admits the allegations contained
      in Paragraph Nine.

10.   Defendant, William Feeney admits that Antonio Corriea
      returned to West Cottage Street.   Defendant, William
      Feeney, denies that Antonio Correia was could not access
      his home at any time.

11.   Defendant, William Feeney, is without knowledge or
      information sufficient to form a belief as to the truth of
      the allegations contained in Paragraph Eleven and therefore
      neither admits nor denies said allegations.

12.   Defendant, William Feeney, admits the allegations contained
      in Paragraph Twelve.

13.   Defendant, William Feeney, admits that he reached into
      Antonio Correia's vehicle.   Defendant, William Feeney,
      denies that he grabbed and twisted Antonio Correia's arm.
      Defendant, William Feeney, admits that after Antonio
      Correia bit his arm Defendant William Feeney punched

Antonio Correia in the face and neck area.  Defendant, William Feeney, denies that he punched Antonio Correia in the body and head.

14.  Defendant, William Feeney, denies the allegation in Paragraph Fourteen that he choked Antonio Corriea while in the vehicle.  Defendant, William Feeney, admits that he opened the driver's side door of Antonio Correia's vehicle. Defendant, William Feeney, denies the allegation in Paragraph Fourteen that he kicked Antonio Correia repeatedly.

15.  Defendant, William Feeney, denies each and every allegation contained in Paragraph Fifteen.

16.  Defendant, William Feeney, denies each and every allegation contained in Paragraph Sixteen.

17.  Defendant, William Feeney, denies each and every allegation contained in Paragraph Seventeen.

18.  Defendant, William Feeney, denies the allegation that Boston Police Officers chained Antonio Correia's feet. Defendant, William Feeney, denies that Boston Police Officers refused to afford Antonio Correia medical attention.  Defendant, William Feeney, admits that Boston

Police Officers transported Antonio Correia to the Police
Station for booking.

19.    Defendant, William Feeney, denies each and every allegation
contained in Paragraph Nineteen.

20.    Defendant, William Feeney, denies each and every allegation
contained in Paragraph Twenty.

21.    Defendant, William Feeney, denies each and every allegation
contained in Paragraph Twenty-One.

22.    Defendant, William Feeney, is without knowledge or
information sufficient to form a belief as to the truth of
the allegations contained in Paragraph Twenty-Two of the
Amended Complaint, and therefore neither admits nor denies
said allegations.

23.    Paragraph Twenty-Three of the Plaintiff's Amended Complaint
states a legal conclusion and as such does not require a
response.  To the extent that Paragraph Twenty-Three
alleges facts each and every allegation is denied.

24.    Paragraph Twenty-Four of the Plaintiff's Amended Complaint
states a legal conclusion and as such does not require a
response.  To the extent that Paragraph Twenty-Four alleges

facts, Defendant Feeney admits that other Boston Police Officers responded to the scene of Mr. Correia's arrest.

25. Paragraph Twenty-Five a-c of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Five alleges facts each and every allegation is denied.

26. Paragraph Twenty-Six of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Six alleges facts each and every allegation is denied.

## COUNT I
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FEENEY

27. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Twenty-Six, above, as if fully set forth herein.

28. Paragraph Twenty-Eight of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Twenty-Eight alleges facts each and every allegation is denied.

29.  Paragraph Twenty-Nine of the Plaintiff's Amended Complaint
     states a legal conclusion and as such does not require a
     response.  To the extent that Paragraph Twenty-Nine alleges
     facts each and every allegation is denied.

### COUNT II
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER FIGUEROA

30.  Defendant, William Feeney, hereby incorporates and
     reasserts the answers set forth in Paragraphs One through
     Twenty-Nine, above, as if fully set forth herein.


Paragraphs Thirty and Thirty-One[1] of the Plaintiff's Amended
Complaint are directed against another defendant, and as such do
not require a response.  To the extent that Paragraphs Thirty and
Thirty-One make allegations directed against Defendant, William
Feeney, they are denied.

### COUNT III
### 42 U.S.C. § 1983 CLAIM AGAINST OFFICER HIGHTOWER

32.  Defendant, William Feeney, hereby incorporates and
     reasserts the answers set forth in Paragraphs One through
     Thirty-One, above, as if fully set forth herein.


Paragraphs Thirty-three and Thirty-four of the Plaintiff's
Amended Complaint are directed against another defendant, and as
such do not require a response.  To the extent that Paragraphs

---

[1] Defendant adopts Plaintiff's misnumbering in the Amended Complaint.

7

Thirty-Three and Thirty-Four make allegations directed against
Defendant, William Feeney, they are denied.


**COUNT IV**
**STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, §11I**
**AGAINST ALL DEFENDANTS**

35.    Defendant, William Feeney, hereby incorporates and reasserts
       the answers set forth in Paragraphs One through Thirty-four,
       above, as if fully set forth herein.


36.    Defendant Feeney states that Paragraph Thirty-Six states a
       legal conclusion and as such does not require a response.  To
       the extent that Paragraph Thirty-Six alleges facts, each and
       every allegation is denied.


**COUNT V**
**ASSAULT AND BATTERY AGAINST DEFENDANT, FEENEY**

37.    Defendant, William Feeney, hereby incorporates and
       reasserts the answers set forth in Paragraphs One through
       Thirty-Six, above, as if fully set forth herein.


38.    Paragraph Thirty-Eight of the Plaintiff's Amended Complaint
       states a legal conclusion and as such does not require a
       response.  To the extent that Paragraph Thirty-Eight
       alleges facts each and every allegation is denied.


8

## COUNT VI
### ASSAULT AND BATTERY AGAINST DEFENDANT, FIGUEROA

39.   Defendant, William Feeney, hereby incorporates and

    reasserts the answers set forth in Paragraphs One through

    Thirty-Eight, above, as if fully set forth herein.

Paragraph Forty of the Plaintiff's Amended Complaint is directed

against another defendant, and as such does not require a

response.  To the extent that Paragraph Forty makes an allegation

directed against Defendant, William Feeney, it is denied.

## COUNT VII
### ASSAULT AND BATTERY AGAINST DEFENDANT HIGHTOWER

41.   Defendant, William Feeney, hereby incorporates and

    reasserts the answers set forth in Paragraphs One through

    Forty, above, as if fully set forth herein.

Paragraph Forty-Two of the Plaintiff's Amended Complaint is

directed against another defendant, and as such does not require

a response.  To the extent that Paragraph Forty-Two makes an

allegation directed against Defendant, William Feeney, it is

denied.

**COUNT VIII**
**FALSE ARREST AND FALSE IMPRISONMENT AGAINST DEFENDANT, FEENEY**

43.   Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Two, above, as if fully set forth herein.


44.   Paragraph Forty-One of the Plaintiff's Amended Complaint states a legal conclusion and as such does not require a response.  To the extent that Paragraph Forty-Four alleges facts each and every allegation is denied.

**COUNT IX**
**FALSE ARREST AND FALSE IMPRISONMENT AGAINST**
**DEFENDANT, FIGUEROA**

45.   Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Forty-Four, above, as if fully set forth herein.


Paragraph Forty-Six of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response.  To the extent that Paragraph Forty-Six makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT X
## FALSE ARREST AND FALSE IMPRISONMENT AGAINST
## DEFENDANT, HIGHTOWER

47.   Defendant, William Feeney, hereby incorporates and

      reasserts the answers set forth in Paragraphs One through

      Forty-Seven, above, as if fully set forth herein.


Paragraph Forty-Eight of the Plaintiff's Amended Complaint is

directed against another defendant, and as such does not require

a response.  To the extent that Paragraph Forty-Eight makes an

allegation directed against Defendant, William Feeney, it is

denied.

## COUNT XI
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12,§ 11I AGAINST
## DEFENDANT, FEENEY

49.   Defendant, William Feeney, hereby incorporates and

      reasserts the answers set forth in Paragraphs One through

      Forty-Eight, above, as if fully set forth herein.


50.   Paragraph Fifty of the Plaintiff's Amended Complaint states

      a legal conclusion and as such does not require a response.

      To the extent that Paragraph Fifty alleges facts each and

      every allegation is denied.

## COUNT XII
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST
## DEFENDANT, FIGUEROA

51.   Defendant, William Feeney, hereby incorporates and

      reasserts the answers set forth in Paragraphs One through

      Fifty, above, as if fully set forth herein.

Paragraph Fifty-Two of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-Two makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XIII
## STATE CIVIL RIGHTS CLAIM UNDER M.G.L. CH. 12, § 11I AGAINST DEFENDANT, HIGHTOWER

53. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Two, above, as if fully set forth herein.

Paragraph Fifty-Four of the Plaintiff's Amended Complaint is directed against another defendant, and as such does not require a response. To the extent that Paragraph Fifty-Four makes an allegation directed against Defendant, William Feeney, it is denied.

## COUNT XIV
## NEGLIGENCE CLAIM PURSUANT TO M.G.L. CH. 258 AGAINST DEFENDANT CITY OF BOSTON

55. Defendant, William Feeney, hereby incorporates and reasserts the answers set forth in Paragraphs One through Fifty-Four, above, as if fully set forth herein.

Paragraphs Fifty-Six through Sixty of the Plaintiff's Amended Complaint are directed against another defendant, and as such do

not require a response.  To the extent that Paragraphs Fifty-Six through Sixty make an allegation directed against Defendant, William Feeney, they are denied.

## COUNT XV
## 43 U.S.C. § 1983 AGAINST CITY OF BOSTON

61.     Defendant, William Feeney, hereby incorporates and

        reasserts the answers set forth in Paragraphs One through

        Sixty, above, as if fully set forth herein.


Paragraphs Sixty-Two through Sixty-Four of the Plaintiff's Complaint are directed against another defendant, and as such do not require a response.  To the extent that Paragraphs Sixty-Two through Sixty-Four make an allegation directed against Defendant, William Feeney, they are denied.


## AFFIRMATIVE DEFENSES

### *First Affirmative Defense*

        The Complaint fails to state a claim against Defendant, William Feeney, upon which relief may be granted.


### *Second Affirmative Defense*

        Defendant, William Feeney, states that he is a public employee entitled to immunity for negligent acts committed during

the scope of his employment, pursuant to the Massachusetts Torts Claims Act.

### Third Affirmative Defense

Defendant, William Feeney, states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### Fourth Affirmative Defense

Defendant, William Feeney, states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of Commonwealth of Massachusetts.

### Fifth Affirmative Defense

Defendant, William Feeney, states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by him.

### Sixth Affirmative Defense

Defendant, William Feeney, states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of Defendant, William Feeney.

### Seventh Affirmative Defense

Defendant, William Feeney, states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against William Feeney.

### *Eighth Affirmative Defense*

Defendant, William Feeney, states that he is entitled to qualified immunity.

### *Ninth Affirmative Defense*

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

### **JURY CLAIM**

Defendant, William Feeney, demands a trial by jury on all claims.

### **DEFENDANT WILLIAM FEENEY'S COUNTER-CLAIM AGAINST PLAINTIFF ANTONIO CORREIA**

The Defendant, William Feeney, asserts as a Counterclaim in accordance with Fed. R. Civ. P. 13, against the Plaintiff, Antonio Correia, the following claims:

1.    William Feeney is named as a Defendant in the above-entitled action.

2.    The Plaintiff, Antonio Corriea, alleges that on or about July 5, 2001, William Feeney assaulted and battered Plaintiff, falsely arrested Plaintiff, and violated Plaintiff's civil rights.

3.    The Plaintiff, Antonio Corriea, in his amended complaint alleges that as a result of William Feeney's conduct he endured physical pain and suffering, requiring the expenditure of money for treatment, and he seeks compensatory and punitive damages against William Feeney.

### **COUNT I**

4.  Defendant and Plaintiff in the Counterclaim, William Feeney, incorporates herein by reference paragraphs 1-3 of his Counterclaim.

15

5.    On or about July 5, 2001, the Plaintiff, and Defendant in the Counterclaim, Antonio Corriea, bit William Feeney in the right forearm with his teeth breaking the skin.

6.    The Defendant and Plaintiff in the Counterclaim, William Feeney, sustained severe personal injuries including a permanent scar as a result of Antonio Correia's assault and battery.

7.    As a result of such injuries, the Defendant and Plaintiff in the Counterclaim, William Feeney, a police officer, endured pain and suffering and emotional distress.

**Wherefore**, the Defendant and Plaintiff in the Counterclaim, William Feeney, demands judgment against the Plaintiff and Defendant in the Counterclaim, Antonio Correia, in the full amount, including interest and costs in the original action.


                              Respectfully submitted,
                              DEFENDANT WILLIAM FEENEY
                              Merita A. Hopkins
                              Corporation Counsel

                              By his attorneys:

                              /s/ Kate Cook
                              _____
                              Kate Cook, Esq.
                              BBO# 650698
                              James M. Chernetsky, Esq.
                              BBO# 638152
                              Assistant Corporation Counsel
                              City of Boston Law Department
                              Room 615, City Hall
                              Boston, MA 02201
                              (617) 635-4022 (Cook)
                              (617) 635-4048 (Chernetsky)


(Certificate of Service on following page)

16

## CERTIFICATE OF SERVICE

I, Kate Cook, hereby certify that I served William Feeney's Amended Answer and Counterclaim, to Mark E. Burke, & Nicholas DiMauro, 111 South Bedford Street, Suite 208, Burlington, MA 01803.


| 5/26/05 | /s/ Kate Cook |
|---|---|
| Date | Kate Cook |