UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************
**ANTONIO CORREIA**
    **Plaintiff,**                       CIVIL ACTION NO.: 04-CV11335-RCL
**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
    **Defendants.**
*******************************

## ASSENTED-TO MOTION TO AMEND SCHEDULING ORDER

The Plaintiff, Antonio Correia, hereby moves that this Honorable Court grant an extension to the discovery deadline, and other deadlines in the scheduling order, pursuant to Federal Rules of Civil Procedure and Local Rule 16.1(F).

As reasons therefore, the Plaintiff states as follows:

1. The discovery deadline in this matter was January 31, 2006.

2. In order to allow the parties to complete depositions and other discovery in the above-referenced case, it is necessary to extend the discovery deadline.

3. Due to scheduling difficulties, it has been difficult to complete all such discovery and depositions within the existing deadline.

4. The Defendant, City of Boston, has assented to the Motion to Amend the Scheduling Order.

5. Accordingly, the Plaintiff's request that the Scheduling Order be extended as follows:

|                                          | Current Scheduling Order Deadline | Extended Scheduling Order Deadline |
|------------------------------------------|-----------------------------------|------------------------------------|
| All discovery completed by:              | 01/31/06                          | 04/30/06                           |
| All motions for summary judgment filed by: | 02/28/06                        | 06/15/06                           |

WHEREFORE, the Plaintiff's hereby request extending the Scheduling Order pursuant to the above-referenced proposed extensions.

Respectfully submitted,
The Plaintiff,
Antonio Correia
By its attorney,

/s Mark E. Burke
_____
Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801


/s Nicholas J. Di Mauro
_____
Nicholas J. Di Mauro – BBO#564241
Law Offices of Nicholas J. Di Mauro
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801