**Law Offices of Nicholas J. Di Mauro**
111 South Bedford Street, Suite 208
Burlington, MA  01803
(781) 273-3801 * (781) 273-2405 (Fax)

May 18, 2006

Lisa Hourihan
Clerk to Judge Reginald C. Lindsay
United States District Court
1 Courthouse Way
Boston, MA  02210

RE:     <u>Antonio Correia vs. The City of Boston, William Feeney, Angel Figueroa, and Stacey Hightower</u>
United States District Court – Docket No.: 04-CV11335-RCL

Dear Ms. Hourihan:

    As discussed, the parties with respect to the above-referenced matter have agreed to mediate this matter before Judge Bowler.  We have spoken with Judge Bowler's Clerk who has informed us that her office requires notice relative to the same.

    If you should have any questions, please do not hesitate to contact me.

    Thank you for your attention to this matter.

Sincerely,

/*Nicholas J. Di Mauro*

Nicholas J. Di Mauro

NJD/pjv

cc:  Mark E. Burke, Esq.
     Kate Cook, Esq.
     James Chernetsky, Esq.