UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONIO CORREIA
  Plaintiff

V.                                  CIVIL CASE NO. 04-11335-RCL

THE CITY OF BOSTON, et al.
  Defendants

### NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a Mediation Hearing on June 14, 2006 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via facsimile at (617) 204-5833 at least 48 hours prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

5/19/2006                                By: /s/ Marc K. Duffy
Date                                         Deputy Clerk

(ADR NOTICE (Correia).wpd - 3/7/2005)