**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO.** 04-CV-11335-RCL

ANTONIO CORREIA,
  Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
  Defendants.

**JOINT MOTION**
**TO EXTEND DEADLINE FOR FILING SUMMARY JUDGMENT MOTIONS**

 NOW COME the Parties to the above-entitled action and jointly request that this Honorable Court extend the deadline for filing summary judgment motions to a date after the parties' engage in a mediation hearing.

 As grounds therefore, the Parties state that:

1. This Honorable Court ordered reference for Alternative Dispute Resolution in the case on May 18, 2006.

2. On May 19, 2006, United States Magistrate Judge Bowler issued a Notice and Order that the parties shall engage in a Mediation Hearing.

3. The current deadline for the parties to file dispositive motions pursuant to Fed. R. Civ. P. 56, is June 15, 2006.

4. Accordingly, the Parties request the Court to allow their motion to extend time to file summary judgment motions,

and set the date for filing any dispositive motions to a date at least thirty days after the scheduled mediation.

5.    There is no prejudice to either party in allowing the instant motion; and,

6.    Counsel for both parties jointly request the extension of the summary judgment motion filing deadline.

WHEREFORE, the Parties jointly request that their Joint Motion to Extend Deadlines to file Summary Judgment Motions be ALLOWED.

Respectfully submitted,

PLAINTIFF, ANTONIO CORREIA

DEFENDANTS, CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,

William F. Sinnott
Corporation Counsel

By their attorney:

By his attorneys:

/s/ Nick DiMauro
Nick DiMauro, BBO# 564241
Mark Burke, BBO#, 556166
111 South Bedford Street, Suite 208
Burlington, MA 01803
(718) 273-3801

/s/ Kate Cook
Kate Cook, BBO# 650698
James Chernetsky, BBO# 638152
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022