UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANTONIO CORREIA**
    **Plaintiff,**          **CIVIL ACTION NO.: 04-CV11335-RCL**

**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
    **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION TO EXTEND TIME FOR MEDIATION

Now come the parties in the above-referenced matter and respectfully request this Honorable Court to allow their Assented-to Motion to Extend Time for Scheduling Mediation. As grounds for this Assented-to Motion the state the following:

1. The mediation of this matter is currently scheduled for June 14, 2006 before the Honorable Judge Bowler.

2. In an effort to complete ongoing discovery, the parties have agreed to extend the date for mediation of this matter.

WHEREFORE, the Parties respectfully request that this Honorable Court grant their Assented-to Motion to Extend Time for Scheduling Mediation until such time that the Court has been advised by the parties that discovery has been completed.

Respectfully submitted,  
The Plaintiff, Antonio Correia  
By his attorneys,

*/Nicholas J. Di Mauro*
_____  
Nicholas J. Di Mauro (BBO#564241)  
Law Offices of Nicholas J. Di Mauro  
111 South Bedford Street, Suite 208  
Burlington, MA  01803  
(781) 273-3801


*/Mark E. Burke*
_____  
Mark E. Burke (BBO#556166)  
Law Office of Mark E. Burke  
111 South Bedford Street, Suite 208  
Burlington, Massachusetts 01803  
(781) 273-3801

Respectfully submitted,  
The Defendant, City of Boston  
By its attorney,

*/James M. Chernetsky*
_____  
James M. Chernetsky (BBO#638152)  
Kate Cook (BBO#650698)  
City of Boston, Law Department  
Room 615, City Hall  
Boston, MA  02201  
(617) 635-4022