UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Thomas Donohue as attorney for the Defendants, City of Boston, William Feeney, Angel Figueroa, and Stacey Hightower in the above-captioned matter.

Respectfully submitted,
FOR THE DEFENDANTS,
By their attorneys:

William F. Sinnott
Corporation Counsel

Thomas R. Donohue
Thomas Donohue, BBO# 643483
Kate Cook, BBO #650698
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 Donohue
(617) 635-4022 Cook

Dated: August 24, 2006