UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

## NOTICE OF WITHDRAWAL

Kindly withdraw my appearance as counsel of record for the Defendant, City of Boston in the above-captioned matter. Successor counsel is filing an appearance herewith.

Respectfully submitted,
FOR THE DEFENDANTS,
By their attorneys:

William F. Sinnott
Corporation Counsel

_____
James M. Chernetsky BBO# 638152
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4048

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by hand/by U.S. mail, first class, postage prepaid.

8/10/06    Kate Cook
Date