UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANTONIO CORREIA**
  Plaintiff,      **CIVIL ACTION NO.: 04-CV11335-RCL**

**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
  Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT REPORT

Now come the parties in this Joint Report to advise this Honorable Court of the following:

1. Thomas Donohue, Esq. has filed his Appearance with the Court and James Chernetsky, Esq. has filed his Motion to Withdraw in this matter.

2. The parties are presently engaged in discovery relative to the medical records.

3. The parties are presently reviewing all of the voluminous medical records, charts and bills in order to confirm the total amount of bills and treatment related to the instant complaint.

4. The parties are also seeking further discovery for outstanding documents that have not yet been produced.

WHEREFORE, the Parties respectfully request that this Honorable Court order the parties to file a further Joint Report in 60 days or request a mediation date at that time.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff, Antonio Correia | The Defendant, City of Boston |
| By his attorneys, | By its attorney, |

*/Nicholas J. Di Mauro*  
_____  
Nicholas J. Di Mauro (BBO#564241)  
Law Offices of Nicholas J. Di Mauro  
111 South Bedford Street, Suite 208  
Burlington, MA 01803  
(781) 273-3801

*/Kate Cook*  
_____  
Thomas Donohue (BBO#643483)  
Kate Cook (BBO#650698)  
City of Boston, Law Department  
Room 615, City Hall  
Boston, MA 02201  
(617) 635-4022

*/Mark E. Burke*  
_____  
Mark E. Burke (BBO#556166)  
Law Office of Mark E. Burke  
111 South Bedford Street, Suite 208  
Burlington, Massachusetts 01803  
(781) 273-3801