UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    Plaintiff,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    Defendants.

NOTICE OF WITHDRAWAL

Kindly withdraw my appearance as counsel of record for the Defendants, City of Boston, William Feeney, Angel Figueroa, and Stacey Hightower in the above-captioned matter.

    Respectfully submitted,

    DEFENDANTS, CITY OF BOSTON,
    WILLIAM FEENEY, ANGEL FIGUEROA,
    AND STACEY HIGHTOWER,

    William F. Sinnott
    Corporation Counsel

    By their attorney:

    /s/ Kate Cook
    _____
    Kate Cook
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4022
    BBO# 650698