UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA,
    <u>Plaintiff</u>,

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,
    <u>Defendants</u>.

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter the appearance of Scott C. Holmes as attorney for the Defendants, City of Boston, William Feeney, Angel Figueroa, and Stacey Hightower in the above-captioned matter.

    Respectfully submitted,
    FOR THE DEFENDANTS,
    By their attorneys:

    William F. Sinnott
    Corporation Counsel

    /s/ Scott C. Holmes
    Scott C. Holmes, BBO# 544545
    Assistant Corporation Counsel
    City of Boston Law Department
    City Hall, Room 615
    Boston, MA 02201
    (617) 635-4042 Holmes
    (617) 635-4039 Donohue

Dated: January 2, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2007.

/s/ Scott C. Holmes