UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Antonio Correia__
         **Plaintiff(s)**

         V.                                         CIVIL CASE NO. 04-11335-RCL

__The City of Boston, et al.__
         **Defendant(s)**

### NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for __a mediation hearing__ on __1/31/2007__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

It is further ORDERED that all PARTIES are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

01/09/2007                              /s/ Marc K. Duffy, Esq.
Date                                    Deputy Clerk

(ADR NOTICE (Correia2).wpd - 3/7/2005)