**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-CV-11335-RCL

```
ANTONIO CORREIA,
      Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
      Defendants.
```

## JOINT STATUS REPORT

The parties are scheduled to mediate this matter before the Honorable Marianne Bowler on January 31, 2007. The parties will inform the Court, as necessary, as to any resolution of this matter.

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANTS, |
|---|---|
| By his attorneys: | By their attorneys: |
| | |
| | William F. Sinnott |
| | Corporation Counsel |
| | |
| /s/ Nicholas j. Di Mauro | /s/ Scott C. Holmes |
| Nicholas J. Di Mauro | Scott C. Holmes, BBO# 544545 |
| BBO # 564241 | Assistant Corporation Counsel |
| Mark E. Burke | City of Boston Law Department |
| BBO # 556166 | City Hall, Room 615 |
| 111 South Bedford Street | Boston, MA 02201 |
| Burlington, MA 01803 | (617) 635-4042 Holmes |
| (781) 273-3801 | (617) 635-4039 Donohue |