**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

   Antonio Correia
         Plaintiff(s)

         V.                      CIVIL ACTION NO. 04-11335-RCL

   City of Boston, et al.
         Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Lindsay

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]   On    01/31/2007    I held the following ADR proceeding:

      _____   SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
      ___X___   MEDIATION                             _____ SUMMARY BENCH / JURY TRIAL
      _____   MINI-TRIAL                            _____ SETTLEMENT CONFERENCE

      All parties were represented by counsel [except _____]
      The parties were / were not present in person or by authorized corporate officer [except _____].
      The case was:

[ ]   Settled. Your clerk should enter a _60_ day order of dismissal.

[x]   There was progress. A further conference has been scheduled for    4/3/2007    unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


01/31/2007                                             /s/ Marianne B. Bowler, USMJ
DATE                                                    ADR Provider