UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ANTONIO CORREIA**
      Plaintiff,                     CIVIL ACTION NO.: 04-CV11335-RCL
**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
      Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION TO CONTINUE MEDIATION

Now come the Plaintiff, Antonio Correia and the Defendants, City of Boston, William Feeney, Angel Figueroa and Stacey Hightower, to the above-referenced matter and respectfully request this Honorable Court to allow their Assented-to Motion to Continue Mediation scheduled for April 3, 2007 to Tuesday, May 22, 2007.

The proposed Assented-to Motion is submitted herewith.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff, Antonio Correia | The Defendant, City of Boston |
| By his attorneys, | By its attorney, |
| | |
| /s *Nicholas J. Di Mauro* | /s *Thomas Donohue* |
| _____ | _____ |
| Nicholas J. Di Mauro – BBO#564241 | Thomas Donohue – BBO#643483 |
| Law Offices of Nicholas J. Di Mauro | City of Boston |
| 111 South Bedford Street, Suite 208 | Law Department – City Hall, Room 614 |
| Burlington, MA 01803 | Boston, MA 02201 |
| (781) 273-3801 | (617) 635-4034 |

/s *Mark E. Burke*
_____
Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801