**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO.** 04-CV-11335-RCL

| |
|---|
| ANTONIO CORREIA,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER,<br>    Defendants. |

### ASSENTED-TO MOTION TO CONTINUE MEDIATION

    NOW COME the Defendants, City of Boston, William Feeney, Angel Figueroa and Stacey Hightower, and the Plaintiff, Antonio Correia, and respectfully request that this Honorable Court allow Defendants' Assented-To Motion To Continue Mediation scheduled for May 22, 2007, until July 10 or 11, 2007.

    As reason for this motion, Defendants state that they need additional time to confer with the physician retained to review Plaintiff's medical records.

    Counsel for Defendants, Tom Donohue, has spoken to Clerk Mark Duffy, and he indicated that the above proposed dates - July 10 or 11, 2007 – are available in the Court's schedule.

    Allowing this assented-to motion will not prejudice any party to the action and will further the interests of justice.

[signatures next page]

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PLAINTIFF, ANTONIO CORREIA<br>By his attorneys: | DEFENDANTS, CITY OF BOSTON,<br>WILLIAM FEENEY, ANGEL FIGUEROA,<br>and STACEY HIGHTOWER, |
| /s/ Nicholas J. DiMaruro<br>Nicholas J. DiMaruro, BBO# 564241<br>Law Offices of Nicholas J. DiMauro<br>111 South Bedford Street, Suite 208<br>Burlington, MA 01803<br>(781) 273-3801 | William F. Sinnott<br>Corporation Counsel<br><br>By their attorney:<br><br>/s/ Thomas Donohue<br>Thomas Donohue, BBO# 643483<br>Assistant Corporation Counsel |
| /s/ Mark E. Burke<br>Mark E. Burke, BBO#556166<br>Law Office of Mark E. Burke<br>111 South Bedford Street, Suite 208<br>Burlington, MA 01803<br>(781) 273-3801 | City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4039 |

### 7.1 CERTIFICATION

Undersigned counsel for Defendants certifies that on May 16, 2007, pursuant to LR, D. Mass. 7.1(a)(2), the parties communicated and Plaintiff assents to this motion.

/s/ Thomas Donohue
Thomas Donohue

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2007.

/s/ Thomas Donohue
Thomas Donohue