## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

```
ANTONIO CORREIA,
     Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
     Defendants.
```

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Kindly enter my appearance as counsel of record for the Defendant, City of Boston, in the above-captioned matter.

                  Respectfully submitted,

                  DEFENDANT, CITY OF BOSTON,
                  William F. Sinnott
                  Corporation Counsel
                  By its attorneys:

                  /s/ Nicole Murati Ferrer
                  _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by EFC.

6/25/07   /s/ Nicole Murati Ferrer

Nicole Murati Ferrer, BBO#661474
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045

L-0046/nmfnoa.doc