**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-CV-11335-RCL

```
ANTONIO CORREIA,
     Plaintiff,

v.

CITY OF BOSTON, WILLIAM
FEENEY, ANGEL FIGUEROA,
and STACEY HIGHTOWER,
     Defendants.
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    please withdraw my appearance as counsel of record for the Defendants, City of Boston, William Feeney, Angel Figueroa, and Stacey Hightower, in the above-captioned matter. All Defendants currently have another counsel of record and successor co-counsel will file an appearance.

    Respectfully submitted,

DEFENDANTS, CITY OF BOSTON,
WILLIAM FEENEY, ANGEL FIGUEROA
AND STACEY HIGHTOWER
William F. Sinnott
Corporation Counsel
By its attorneys:

/s/ Thomas R. Donohue
_____
Thomas R. Donohue, BBO#643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039

2

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2007.

                                 /s/ Thomas R. Donohue
                                 Thomas R. Donohue