**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  ANTONIO CORREIA            </u>
                Plaintiff(s)

            V.                      CIVIL ACTION NO. 04-11335-RCL

<u>  CITY OF BOSTON, et al.       </u>
                Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>   Lindsay   </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>    7/10/2007    </u> I held the following ADR proceeding:

        _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        ___X___ MEDIATION                       _____ SUMMARY BENCH / JURY TRIAL
        _____ MINI-TRIAL                        _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

[ ]    Settled. Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


<u>    7/10/2007    </u>                                      <u>  Marianne B. Bowler, USMJ  </u>
DATE                                                 ADR Provider

(ADR Report (Correia2).wpd - 4/12/2000)                                            [adrrpt.]