UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************
**ANTONIO CORREIA**
    **Plaintiff,**     CIVIL ACTION NO.: 04-CV11335-RCL
**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
    **Defendants.**
*******************************

### MOTION TO WITHDRAW AS COUNSEL
### PURSUANT TO MASS. R. PROF. C. 1.16(b)(3)

Now comes counsel for the Plaintiff, Antonio Correia, and moves this Honorable Court to grant their Motion to Withdraw as Counsel.

As reasons therefore, counsel states that they have attempted to communicate with Mr. Correia relative to their continued representation in this matter since July 10, 2007. Counsel has sent seven written communications to Mr. Correia instructing him to immediately contact the office to discuss important substantive issues relative to settlement, and Judge Bowler's recommendations relative to resolving this matter. On July 20, 2007, counsel sent a final written communication to Mr. Correia informing him that they would be filing a Motion to Withdraw on July 24, 2007 if he (Correia) failed to contact our office. As of July 27, 2007, Mr. Correia has failed, refused and neglected to contact this office. Additionally, the Plaintiff and counsel have irreconcilable differences over issues arising out of the litigation as well as over the management and direction of the litigation. Counsel suggests that under the circumstances, they are unable to represent

the Plaintiff, and therefore we move to withdraw as counsel of record in the above-entitled matter.

Based on the foregoing, counsel respectfully requests that this Honorable Court grant their Motion to Withdraw as Counsel.

                                                Respectfully submitted,

*/Nicholas J. Di Mauro*

Dated:  07/27/07                        _____

Nicholas J. Di Mauro – BBO#564241
Law Offices of Nicholas J. Di Mauro
111 South Bedford Street, Suite 208
Burlington, MA  01803
(781) 273-3801

*/Mark E. Burke*

Dated: 07/27/07                         _____

Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, MA  01803
(781) 273-3801