UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ANTONIO CORREIA**
    **Plaintiff,**                   **CIVIL ACTION NO.: 04-CV11335-RCL**

**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
    **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **CERTIFICATE OF SERVICE**

    I, Nicholas J. Di Mauro, Esq., certify that on this 27th day of July, 2007 served the foregoing Motion to Withdraw Pursuant to Mass. R. Prof. C. 1.16(b)(3) upon Antonio Correia, by causing a copy of the same to be forwarded via Delivery Confirmation Priority Mail, Postage Prepaid to:

                    Antonio Correia
                   30 West Cottage Street
                   Dorchester, MA  02125


                   */Nicholas J. Di Mauro*
          _____
                   Nicholas J. Di Mauro