UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANTONIO CORREIA
    Plaintiff,   CIVIL ACTION NO.: 04-CV11335-RCL
v.

THE CITY OF BOSTON, and
WILLIAM FEENEY, and
ANGEL FIGUEROA, and
STACEY HIGHTOWER,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF MARK E. BURKE

I, Mark E. Burke, hereby depose and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I am a member of the United States District Court for the District of Massachusetts Bar in good standing.

3. I am the attorney of record for Antonio Correia in the above-captioned matter.

4. Mr. Correia and I have irreconcilable differences over issues arising out of this litigation.

5. Mr. Correia and I also have irreconcilable differences over the management and direction of the litigation.

6. I have attempted to resolve these substantive differences with Mr. Correia in the past without success and feel that his present position is entirely imprudent.

7. Commencing on July 10, 2007, Attorney Di Mauro and I sent (with confirmation of receipt) six (6) notices instructing Mr. Correia to immediately contact our office to discuss the management and direction of the case.

8. Since July 10, 2007, Mr. Correia has refused, neglected and failed to contact our office.

9. On July 23, 2007, Attorney Nicholas Di Mauro and I forwarded by overnight mail a notice to Mr. Correia that we intended to file a Motion to Withdraw from the case if he failed yet again to contact our office immediately per our request.

10. As of the date of this Affidavit, Mr. Correia has refused, neglected and failed to contact our office.

11. No injury will result by my withdrawal to Antonio Correia in this action.

Signed under the pains and penalties of perjury this 27 day of July, 2007.

Mark E. Burke