# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANTONIO CORREIA**
  **Plaintiff,**      **CIVIL ACTION NO.: 04-CV11335-RCL**

**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
  **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>AFFIDAVIT OF NICHOLAS J. DI MAURO</u>

I, Nicholas J. Di Mauro, hereby depose and state as follows:

1. I am the attorney of record in the above-captioned matter;

2. Mr. Correia and I have irreconcilable differences over issues arising out of this litigation.

3. Mr. Correia and I have irreconcilable difference over the management and direction of the litigation.

4. I have attempted to resolve these substantive differences with Mr. Correia in the past without success and feel that his present position is entirely imprudent.

5. Commencing on July 10, 2007, Attorney Burke and I sent (with confirmation of receipt) six (6) notices instructing Mr. Correia to immediately contact our office to discuss our irreconcilable differences.

6. Since July 10, 2007, Mr. Correia has refused, neglected and failed to contact our office.

7.     On July 23, 2007, Attorney Mark Burke and I forwarded by overnight mail a notice to Mr. Correia that we intended to file a Motion to Withdraw from the case if he failed yet again to contact our office immediately per our request.

8.     As of the date of this Affidavit, Mr. Correia has refused, neglected and failed to contact our office.

Signed under the pains and penalties of perjury this 27th day of July, 2007.

_____

Nicholas J. Di Mauro