**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 04-CV-11335-RCL**

| |
|---|
| ANTONIO CORREIA <br><br> v. <br><br> CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER |

### DEFENDANTS ANGEL FIGUEROA, STACEY HIGHTOWER AND CITY OF BOSTON'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), defendants Angel Figueroa ("Figueroa"), Stacey Hightower ("Hightower") and the City of Boston (the "City") (collectively referred to as the "Defendants"), hereby move for summary judgment on all counts directed at and related to the actions of Officers Figueroa and Hightower.  In support of their motion, Defendants state Plaintiff's constitutional rights were not violated; Officers Figueroa's and Hightower's actions are protected by qualified immunity; and because of the aforementioned, the City is without liability with respect to the counts against Officers Figueroa and Hightower.  In further support of their motion, Defendants submit the attached Memorandum of Law and Local Rule 56.1 statement.

DEFENDANTS, CITY OF BOSTON, ANGEL FIGUEROA and STACEY HIGHTOWER

William F. Sinnott,
Corporation Counsel

By their attorneys

/s/ Nicole Murati Ferrer
_____
Nicole Murati Ferrer, BBO #661474
Assistant Corporation Counsel
Scott C. Holmes, BBO #544545
Senior Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4045 (Murati Ferrer)
(617) 635-4042 (Holmes)

**CERTIFICATE OF SERVICE**

**I hereby certify that on this day a true copy of the above document was served upon all parties of interest/record by EFC mailing.**

<u>8/15/07</u>   <u>/s/ Nicole Murati Ferrer</u>
**Date     Nicole Murati Ferrer**

2