UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER

### AFFIDAVIT OF COUNSEL

I, Nicole Murati Ferrer, hereby state and depose as follows:

1. I am counsel of record for the Defendants in the above-captioned matter, and make this affidavit on personal knowledge in support of the *Defendants Angel Figueroa, Stacey Hightower and the City of Boston's Motion for Summary Judgment*.

2. I hereby certify that the exhibits attached to *Defendants Angel Figueroa, Stacey Hightower and the City of Boston's Local Rule 56.1 Statement of Facts and Supporting Documentation* are true and accurate copies.

Signed under the pains and penalties of perjury this 15th day of August 2007.

/s/ Nicole Murati Ferrer
Nicole Murati Ferrer