```
                    VOLUME:  I
                    PAGES:   1 - 122
                    EXHIBITS: 1 - 3

       UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS


                  NO. 04-CV11335-RCL
```

- - - - - - - - - - - - - - - - - - x

ANTONIO CORREIA,

    Plaintiff

vs.

THE CITY OF BOSTON, and WILLIAM FEENEY, and
ANGEL FIGUEROA, and STACEY HIGHTOWER,

    Defendants

- - - - - - - - - - - - - - - - - - x

    DEPOSITION of ANGEL FIGUEROA, a witness called on behalf of the Plaintiff, taken pursuant to notice before Robert M. Bramanti, Certified Shorthand Reporter, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Boston City Hall, City of Boston Law Department, City Hall Plaza, Boston, Massachusetts, on Monday, April 10, 2006, commencing at 10:22 a.m.

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE ST., 8TH FLOOR, BOSTON, MA. 02109
TEL: 617.723.7321 / FAX: 617.723.7322
www.bramanti-lyons.com

```
 1   APPEARANCES:

 2     Mark E. Burke, Esq., and
       Nicholas DiMaurao, Esq.
 3     111 South Bedford Street
       Burlington, Massachusetts 01803
 4     Attorneys for the Plaintiff

 5     James M. Chernetsky, Esq., and
       Kate Cook, Esq.
 6     City of Boston
       Boston City Hall, Room 615
 7     Boston, Massachusetts 02201
       Attorneys for the Defendants

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1                          I N D E X

2    Deposition of:                                    Page

3    ANGEL FIGUEROA

4      Examination by Mr. Burke                          4

5      Examination by Mr. DiMauro                       22

6      Further Examination by Mr. Burke                 92

7      Examination by Mr. Chernetsky                   115

8      Further Examination by Mr. DiMauro              116

9

10                          ------

11

12                       E X H I B I T S

13   No.                                               Page

14   1             Street Map                            25

15   2             Interview                             45

16   3             Drawing                               64

17

18

19

20

21

22

23

24

1  A.  Yes, sir.

2  Q.  Detective Feeney then instructs you to go to the
3      corner of Dudley and West Cottage, correct?

4  A.  Yes.

5  Q.  At that point, although conditions remained the
6      same, you were stopping residents at the corner
7      of Dudley and West Cottage, correct?

8           MR. CHERNETSKY:  Objection.

9  A.  Correct.

10 Q.  Now, at some point, sir, were you made aware of
11     something that was going on at the intersection
12     of Brook Ave. and West Cottage?

13 A.  Yes.

14 Q.  How did you become aware of that?

15 A.  Over radio transmission.

16 Q.  Who was that radio transmission from?

17 A.  It was from Sergeant Detective Feeney.

18 Q.  Approximately what time?

19 A.  Sometime after 3 p.m., sir.

20 Q.  What did he say?

21 A.  He was requesting assistance.

22 Q.  Did he say why?

23 A.  He needed assistance, an officer in trouble,
24     assistance call is what it was.

1  Q.  Did you respond, Officer?
2  A.  Yes, sir.
3  Q.  Tell me what you did.
4  A.  I ran from where I was posted at West Cottage
5      and Dudley and I ran right to the intersection
6      of West Cottage and Brook Ave.
7  Q.  How long did it take you to get there?
8  A.  I don't know.
9  Q.  More than five minutes?  Less than five minutes?
10 A.  Less than five minutes.
11 Q.  More than three minutes?  Less than three
12     minutes?
13 A.  Probably less than three minutes.
14 Q.  When you arrived, what did you observe?
15 A.  I observed the vehicle that I had waved off with
16     the same driver/operator at the corner of West
17     Cottage and Dudley at that intersection of West
18     Cottage and Brook Ave.
19 Q.  When you say you observed him, in what capacity?
20     How did you observe him?
21 A.  I observed the vehicle with him.
22 Q.  In relation to the vehicle, where was
23     Mr. Correia?
24 A.  In the vehicle.

1 Q. Where in the vehicle? Were you looking into the
2 vehicle at that point?
3 A. As I was running towards the vehicle.
4 Q. You were looking into the vehicle from the rear
5 or front?
6 A. From the front, sir.
7 Q. As you look into the vehicle from the front,
8 what did you observe?
9 A. I observed Sergeant Detective Feeney, if you
10 will, halfway into the vehicle and the operator
11 of the vehicle more towards the passenger's
12 side.
13 Q. Tell me the position of Mr. Correia. What was
14 his position?
15 A. He was leaning towards his right side.
16 Q. Leaning towards --
17 A. Leaning towards the right side, towards the
18 seat.
19 Q. Was he sitting up?
20 A. No, you can hardly see him.
21 Q. Tell me what did you see, Officer?
22 A. I saw him, I saw Feeney, both of them in the
23 vehicle.
24 Q. Tell me what his position was when you saw him.

1   What was his position?

2           MR. CHERNETSKY:  Him, Correia?

3           MR. DiMAURO:  Mr. Correia, correct.

4   A.  Correia was towards the right side of the
5       vehicle, right side from the inside of the
6       vehicle towards the passenger's side. He leaned
7       towards that side, kind of just about the
8       dashboard of the car, just at about that height
9       with Feeney leaning in.

10  Q.  Was he facing the dashboard?

11  A.  Yes, sir.

12  Q.  His face was up and he was looking towards the
13      dashboard?

14  A.  Not that I can recall, sir.

15  Q.  What was he facing?

16  A.  He was facing -- as I was running, he was facing
17      towards us, towards me running.

18  Q.  Was he facing the windshield?

19  A.  I believe so, yes.

20  Q.  Was his face up looking out of the windshield?

21  A.  No, sir.

22  Q.  What was the position of his face relative to
23      the windshield?

24  A.  In a downward motion.

| | | |
|---|---|---|
| 1 | Q. | His face was in a downward motion so, therefore, |
| 2 | | was it below the dashboard? |
| 3 | A. | It's possible, sir. |
| 4 | Q. | So, in fact, when you say you knew it was |
| 5 | | Mr. Correia, that was impossible, correct? |
| 6 | A. | No. |
| 7 | Q. | Tell me why not. |
| 8 | A. | Because it was the same vehicle that I had just |
| 9 | | waved off three minutes ago. |
| 10 | Q. | Okay. Other than identifying the vehicle, at |
| 11 | | the time you looked into the car, you made no ID |
| 12 | | of Mr. Correia, correct? |
| 13 | A. | That's correct, sir. |
| 14 | Q. | Tell me what happened next. |
| 15 | A. | I approached the vehicle. I approached from the |
| 16 | | passenger's side. When I opened the door, I |
| 17 | | realized then and there it's the same individual |
| 18 | | I just waved off at the intersection. |
| 19 | Q. | Okay. Prior to opening the door, did you look |
| 20 | | in through the passenger window? |
| 21 | A. | Yes. |
| 22 | Q. | What did you see? |
| 23 | A. | I see the individual I have just waved off at |
| 24 | | the intersection now leaning more towards the |

|    |    |    |
|----|----|----|
| 1  |    | floor of the vehicle, leaning on his right side |
| 2  |    | more towards the floor of the vehicle. |
| 3  | Q. | Do you see someone else in the vehicle? |
| 4  | A. | Sergeant Detective Feeney is also in the |
| 5  |    | vehicle, sir. |
| 6  | Q. | What is his position at that point? |
| 7  | A. | Pretty much on top of the operator of the motor |
| 8  |    | vehicle, sir. |
| 9  | Q. | Can you tell me at that point before you open |
| 10 |    | the door, where are Mr. Correia's hands? |
| 11 | A. | I didn't see them at this time. |
| 12 | Q. | Would it be fair to say they were probably |
| 13 |    | underneath him? |
| 14 | A. | That's fair to say. |
| 15 |    | MR. CHERNETSKY: Objection. |
| 16 | Q. | You can answer. |
| 17 | A. | That's fair to say, sir. |
| 18 | Q. | Where were Detective Feeney's hands? |
| 19 | A. | Reaching towards the operator, Correia. |
| 20 | Q. | Was he reaching over the top of him? |
| 21 | A. | I believe so, sir. |
| 22 | Q. | What was he attempting to do, if you noticed? |
| 23 |    | MR. CHERNETSKY: Objection. |
| 24 | A. | I believe he was trying to secure Antonio |

1       Correia.
2   Q.  Did you see at any point Detective Feeney strike
3       Mr. Correia?
4   A.  No, sir.
5   Q.  Tell me what happened next.  Relative to after
6       you looked in the window, what did you do next,
7       passenger' side window?
8   A.  I'm sorry.  Your question again.
9   Q.  After you approached the vehicle and you are
10      looking into the window, you just observed
11      everything you have just told us, correct?
12  A.  Uh-huh.
13  Q.  What did you do next?
14  A.  I opened the door.
15  Q.  What occurred when you opened the door?
16  A.  I started removing the operator, Antonio
17      Correia, from the vehicle.
18  Q.  How did you do that?
19  A.  Pulling him out of the vehicle, sir.
20  Q.  Did you enter the vehicle?
21  A.  I don't think I entered the vehicle at all, sir.
22  Q.  Was Mr. Correia very close at that point to the
23      passenger's door?
24  A.  Yes, sir.

1   Q.   Is that why you did not have to enter the
2        vehicle?
3   A.   That's correct, sir.
4   Q.   At the time you began to remove him from the
5        passenger's side, is he handcuffed?
6   A.   I believe it's possible that there was one
7        handcuff on Mr. Antonio Correia at the time.
8   Q.   You believe there was or you are not sure?
9   A.   I believe there was one.
10  Q.   What hand was the handcuff on?
11  A.   To the best of my knowledge and from my
12       recollection, it's possible it was the left
13       hand.
14  Q.   As you removed him, tell me how you removed him
15       from the vehicle, sir.
16  A.   What do you mean?
17  Q.   Tell me physically what you did to remove him
18       from the vehicle.
19  A.   I pulled him from the vehicle.
20  Q.   Tell me how, what part of your body touched what
21       part of his body?
22  A.   My hands grabbed his hand and I pulled him out
23       of the vehicle.
24  Q.   You had control of both his hands as you pulled

1      him out of the vehicle?
2   A. No, sir.
3   Q. Why don't you describe it then again for me,
4      sir.
5   A. I grabbed him with both of my hands probably
6      from one of his hands and I pulled him out of
7      the vehicle.
8   Q. So you grabbed one of his hands?
9   A. Yes.
10  Q. Was that the hand with the handcuff on it?
11  A. It's possible, sir.
12  Q. What did you do next?
13  A. At this time, if he is removed out of the
14     vehicle, he was on the ground and I tried to
15     secure him.
16  Q. So you immediately placed him on the ground as
17     you pulled him out of the vehicle?
18  A. I believe I did, yes.
19  Q. Prior to doing that, had you secured his second
20     hand?
21  A. It's possible. I don't recall, sir.
22  Q. At the time he was on the ground, I take it he
23     was face down?
24  A. No, sir.