VOLUME: I

PAGES: 1 to 104

EXHIBITS: One

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO CORREIA, | ) |
|     Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| THE CITY OF BOSTON, WILLIAM | ) |
| FEENEY, ANGEL FIGUEROA, and | ) |
| STACEY HIGHTOWER, | ) |
|     Defendants. | ) |

    DEPOSITION of ANTONIO CORREIA, a witness called on behalf of the Defendants, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Myriam A. Maracas, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the City of Boston Law Department, City Hall, Boston, Massachusetts, on Thursday, April 6, 2006, commencing at 11:00 a.m.

# ORIGINAL

APPEARANCES:

    THE LAW OFFICE OF MARK BURKE
        (by Mark Burke, Esq.)
      111 South Bedford Street,
      Suite 208, Burlington, MA  01803;
          -and-
    THE LAW OFFICES OF NICHOLAS J.
    DI MAURO
      (By Nicholas J. Di Mauro, Esq.)
      Corporate Place, 111 South Bedford
      Street, Suite 208, Burlington, MA
      01803, for the Plaintiff.

    CITY OF BOSTON LAW DEPARTMENT
      (by James M. Chernetsky, Esq.; and
      Kate Cook, Esq.)
      City Hall, Boston, MA  02201,
      for the Defendants.

    ALSO PRESENT:   Malvina G. Monteiro,
                Interpreter

```
 1                    I N D E X
 2
      Testimony of:        Direct    Cross
 3

 4

 5   Antonio Correia

 6
     (by Mr. Chernetsky)   7
 7

 8

 9

10                  E X H I B I T S

11

12   No.      Description           Page

13
     1      Map.                      98
14

15

16

17

18

19

20

21

22

23

24
```

1   A.  In this direction here.

2   Q.  The witness is indicating his forearm; is that

3       correct?

4   A.  When he choked me like this, I bit him right

5       here near the forearm, near the elbow.

6   Q.  Did Sergeant Feeney attempt to handcuff you?

7   A.  Then the other officer that was here, the first

8       officer, came towards the car on the right side.

9   Q.  The question was, did Sergeant Feeney attempt to

10      handcuff you?

11  A.  No.  When the other officer came, both of them

12      handcuffed me.  Sergeant Feeney was just

13      punching me.

14  Q.  When you say both of them in your last response,

15      are you referring to Officer Feeney and another

16      officer or two separate officers?

17  A.  Sergeant Feeney and that first police officer,

18      both of them.

19  Q.  At some point, were you removed from the

20      vehicle?

21  A.  Then they handcuffed me on the front and then

22      they opened the door and threw me on the ground

23      like a pig in the middle of the street.

24  Q.  Did you exit the vehicle through the driver's

1      door or the passenger's door?

2           MR. BURKE: Objection.

3  A.  Passenger's side.

4  Q.  Is it your testimony that Sergeant Feeney left
5      the driver's side of the vehicle, came around to
6      the passenger's side and dragged you out of the
7      passenger's side along with another officer?

8           MR. BURKE: Objection.

9  Q.  Is it your testimony that Sergeant Feeney left
10     the left side and came to the passenger's side?
11     Strike that. You've described Officer Feeney as
12     striking you through the passenger's window,
13     correct?

14          MR. BURKE: Objection.

15  Q.  I'm sorry. Strike that. Thus far, you've
16     described Officer Feeney assaulting you through
17     the driver's side window, correct?

18          MR. BURKE: Objection.

19  A.  Yes. On the left side. When he beat me up and
20     then they took me out on the right side.

21  Q.  Okay. You said it was Officer Feeney and
22     another officer who took you out of the
23     passenger's side, correct?

24          MR. BURKE: Objection.

1   A.   Officer Feeney was on top of me inside my car
2        beating me up.
3   Q.   How did Officer Feeney --
4   A.   The other one came from outside.
5   Q.   How did Officer Feeney get around the
6        passenger's side and when, if he did?
7            MR. BURKE:   Objection.
8   A.   He was on top of me beating me up and he had my
9        head down when he was choking me.
10           MR. BURKE:   Can we go off the record
11       for one minute?
12           MR. CHERNETSKY:   Let's go off the
13       record.
14           (Discussion off the record)
15           MR. CHERNETSKY:   We're back on the
16       record.
17  BY MR. CHERNETSKY:
18  Q.   Who pulled you out of the passenger's door?
19  A.   When I was inside the car, I was laying like
20       this.  The sergeant was on top of me.  The first
21       officer, he was looking everywhere.  He couldn't
22       see us.  And he came to the car.  The sergeant
23       was on top of me.  Then he went to the right
24       side and he opened the door.  Then together he

1   handcuffed me. Then they pulled me outside of
2   the car.
3 Q. The last words you said are, "they pulled me
4   outside of the car." Who are the "they"?
5 A. The first officer pulled me out and Sergeant
6   Feeney was on top of me.
7 Q. One person pulled you out of the car and it was
8   the first officer you described, correct?
9       MR. BURKE: Objection.
10 A. Yes; but both of them handcuffed me.
11 Q. Okay. Were you handcuffed inside or outside the
12   vehicle?
13 A. Inside the car.
14 Q. Was the officer who pulled you from the vehicle
15   the Hispanic officer?
16       MR. BURKE: Objection.
17 A. At that moment, I cannot tell you because at
18   that time, I was pretty beat up.
19 Q. So you're not sure who the officer was that
20   pulled you from the vehicle?
21       MR. BURKE: Objection.
22 A. My witness testified that they called the police
23   from down the street to come. When he came, he
24   told the witness that he couldn't see Antonio or

1    anybody.

2  Q.  I'm only asking you about what you yourself saw.

3    Do you know the identity of the officer that

4    pulled you from the vehicle?

5        MR. BURKE: Objection.

6  A.  At that moment, I didn't see anything. I was

7    told.

8  Q.  Do you know who Angel Figueroa is?

9  A.  That's the Spanish one.

10  Q.  Do you understand that you have sued Angel

11    Figueroa in this lawsuit?

12       MR. BURKE: Objection.

13  A.  That I don't know.

14  Q.  Who is Stacey Hightower?

15  A.  I don't know.

16  Q.  Could you understand that you have sued an

17    individual named Stacey Hightower in this

18    lawsuit?

19       MR. BURKE: Objection.

20  A.  Stacey is a woman or a man?

21  Q.  Do you know if Stacey is a woman or a man?

22  A.  I don't know. I'm just asking.

23  Q.  Do you have any understanding of what your

24    allegations against Defendant Stacey Hightower

1    are?
2         MR. BURKE:  Objection.
3    A.   My lawyer would know this better.  Maybe it was
4         that woman that was on top of me.  She was
5         forcing herself on top of me and she was beating
6         me up while I was on the floor.
7    Q.   To this point, you haven't mentioned a woman so
8         tell me about that.  Strike that.  Tell me
9         anything about the incident and handcuffing that
10        you haven't told me already?
11        MR. BURKE:  Objection.
12   A.   When they had me on the floor, 12 other officers
13        came to the scene.  About five or six out of the
14        12 were stepping on me with their shoes.  And
15        there was a woman there that put her knee
16        against my back and I couldn't breath.  I
17        couldn't breath and my mouth was dry and I
18        thought I was about to die.
19   Q.   Did the woman do anything other than put her
20        knee into your back?
21        MR. BURKE:  Objection.
22   A.   The witness told me that she did that, that my
23        hands were handcuffed and they dislocated my
24        shoulder.

1  Q. Only tell me only what you know. What did you
2     observe the woman do?
3  A. The lady had her knee pressed against my back
4     and she was beating me up. I just heard her
5     voice. I couldn't see her. I don't know who
6     she was.
7  Q. What do you mean by she was beating you up?
8  A. Because she was stomping on me with her knee
9     pressed on my back.
10 Q. Well, if her knee pressed on your back and she
11    was simultaneously stomping on you --
12        MR. BURKE: Objection.
13 A. There were five or six stomping on me.
14 Q. *I'm asking only about what the woman did. The
15    woman had her knee in your back, correct?
16 A. First she stomped on me and then she placed her
17    knees on my back. She was pressing while they
18    were trying to take the handcuffs off to turn my
19    hands to my back to handcuff me on the back.
20    That's when they threw my shoulder off.
21 Q. Did the woman do anything other than stomping on
22    you and putting her knees to your back?
23 A. No.
24 Q. What is the name of the witness who told you