VOLUME:  I
PAGES:  1 - 79
EXHIBITS:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.  04-CV11335-RCL


- - - - - - - - - - - - - - - - - x

ANTONIO CORREIA,

        Plaintiff

  vs.

THE CITY OF BOSTON and WILLIAM FEENEY and
ANGEL FIGUEROA and STACEY HIGHTOWER,

        Defendants
- - - - - - - - - - - - - - - - - x


        DEPOSITION of STACEY HIGHTOWER, a witness
called on behalf of the Plaintiff, taken
pursuant to notice before Robert M. Bramanti,
Certified Shorthand Reporter, Registered Merit
Reporter and Notary Public in and for the
Commonwealth of Massachusetts, at the offices of
Boston City Hall, City of Boston Law Department,
City Hall Plaza, Boston, Massachusetts, on
Monday, April 10, 2006, commencing at 2:05 p.m.

        ————————


        BRAMANTI & LYONS COURT REPORTING, INC.
        REGISTERED PROFESSIONAL REPORTERS
    92 STATE ST., 8TH FLOOR, BOSTON, MA. 02109
      TEL:  617.723.7321 / FAX:  617.723.7322
            www.bramanti-lyons.com

1    APPEARANCES:

2    Mark E. Burke, Esq., and
     Nicholas DiMaurao, Esq.
3    111 South Bedford Street
     Burlington, Massachusetts 01803
4    Attorneys for the Plaintiff

5    James M. Chernetsky, Esq., and
     Kate Cook, Esq.
6    City of Boston
     Boston City Hall, Room 615
7    Boston, Massachusetts 02201
     Attorneys for the Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF STACEY HIGHTOWER

1              I N D E X

2    Deposition of:                              Page

3    STACEY HIGHTOWER

4      Examination by Mr. Burke                    4

5      Examination by Mr. DiMauro                  18

6      Further Examination by Mr. Burke           53

7

8

9

10                    - - - - - -

11

12            E X H I B I T S

13   No.                                          Page

14    1              Interview                     28

15

16

17

18

19

20

21

22

23

24

DEPOSITION OF STACEY HIGHTOWER

3642f169-1bd0-4ebb-90b5-d6ffed4b0f5f

1  Q.  Tell me what occurs once you arrive at the
2      passenger window relative to yourself.  What do
3      you do?
4  A.  I try to assist Officer Figueroa with trying to
5      cuff the unknown person.
6  Q.  How did you do that?
7  A.  I tried to grab one of his arms and I believe I
8      was able, along with his help, to get one arm.
9      I believe Angel might have got a cuff on.  I'm
10     not sure whether he got a cuff on or not.
11 Q.  Tell me exactly what you did and how you did it.
12 A.  I just tried grabbing one of his arms reaching
13     through the window.
14 Q.  At that point both you and Officer Figueroa are
15     still in the window?
16 A.  That's correct.
17 Q.  Door has never been opened?
18 A.  That's correct.
19 Q.  Correct?
20 A.  That's correct.
21 Q.  What happens next as you were attempting to do
22     that?
23 A.  Backup arrives.  And I don't know if we had
24     gotten one cuff on or not.  I don't know if he

1      has one cuff on or not at that point.  That's

2      what we were trying to do.  But the backup got

3      there and I kind of got pushed out of the way.

4      The officers got him out of the car.  When he

5      was out of car, he was still, you know, actively

6      resisting arrest and flailing all over the place

7      and --

8   Q.  Let me ask you this, when you say "officers,"

9      did Officer Figueroa, yourself, and Officer

10     Poggi simultaneously all together remove

11     Mr. Correia from the car?

12  A.  I don't believe I removed him from the car.  I

13     believe I was pushed out of the way and a number

14     of male officers removed him from the car.

15  Q.  Who were they?

16  A.  I don't recall who they were.

17  Q.  Is there any reason why you don't recall who

18     they were?

19  A.  Yes.

20  Q.  What is the reason?

21  A.  That was a long time ago and everything was

22     happening so fast and a lot of officers

23     responded to the OT call and that would be a

24     good reason why I wouldn't remember.

1   Q.   So you were not involved in removing him from

2        the vehicle?

3   A.   No.

4   Q.   Was Officer Figueroa involved?

5   A.   I believe so, yes.

6   Q.   And what about Officer Poggi?

7   A.   I don't even recall him being there.

8   Q.   You don't recall him being in the passenger's

9        side of the car with Officer Figueroa?

10   A.   Officer Poggi?

11   Q.   That's correct, ma'am.

12   A.   No.

13   Q.   Who do you recall being on the passenger's side

14        other than Officer Figueroa?

15   A.   Nobody.

16   Q.   No one else?

17   A.   Other officers, but I can't recall who they

18        were.

19   Q.   So tell me after your attempt to place a

20        handcuff on through the window with Officer

21        Figueroa, what did you do next?

22   A.   Well, like I said, I don't know if we got a

23        handcuff on or we didn't get a handcuff on, but

24        during the attempt, backup came, and like I

1    said, I was pushed out of the way and they got

2    him out of the car, and at that point I think I

3    went back over to assist with the handcuffing.

4    I don't know if he was flailing a cuff, one was

5    on or not.  But then they put him down to his

6    knees and laid him down on the ground and was

7    telling him to put his arms behind his back, put

8    his arms behind his back.  They got his arms put

9    around and then I believe I clicked the other

10    cuff closed.

11        And then we were trying to get him up.

12    He didn't want to get up.  He didn't want to

13    stand up.  He was like dead weight.  Some of the

14    officers picked him up and he was, like, keeping

15    his legs like this.

16        I talked to him to try to calm him down

17    and then he kind of calmed down a little bit and

18    then he stood on his own two feet and he was

19    still crying and screaming and stuff.

20  Q.    Let's go back.

21        When he was removed from the car, does he

22    have handcuffs on or not?

23  A.    I'm not sure whether he's got the cuff on or

24    they get a cuff on when he was removed from the

1    car.

2  Q.  Immediately when he was removed from the

3      passenger's side by the unknown officer, unknown

4      other than Officer Figueroa, is he standing or

5      is he on the ground immediately upon his

6      removal?

7  A.  I'm not sure.  I'm not sure.  Everything

8      happened so swiftly.

9  Q.  He could have been standing and jolting about?

10 A.  He kept doing all this, you know, fighting.  He

11     was being aggressive, very aggressive.

12 Q.  When did you place the handcuff on his second

13     hand?

14 A.  That was after he was laying down on the ground

15     and I put my knee down, handcuffing techniques,

16     and put the cuff on.

17 Q.  Let me go back because you may want to change

18     your testimony.

19         Immediately when he was taken out of the

20     car, was he in a standing position or on the

21     ground, ma'am?

22 A.  I told you that I don't recall whether he was

23     standing or on the ground.  He could have been

24     standing at first, you know, flailing and

1   from the shoulder, you know, under his armpits,

2   pick him up and he is just flailing his legs,

3   letting the legs go and making the officers hold

4   him pretty much.

5           Then I started talking to him and telling

6   him, "Hey, you know, you are going to hurt

7   yourself like this.  You need to stand up, put

8   your feet down and stand up."  And then he stood

9   up.

10  Q.  Other than clicking the handcuff on the arm that

11      was brought behind his back by the other

12      officers, what other physical contact did you

13      have with Mr. Correia at that time?

14  A.  I assisted helping him up, as well.

15  Q.  Is there anything else that you did?

16  A.  No.

17  Q.  No other contact?

18  A.  No, handcuffing and assisting him up.

19  Q.  Tell me what contact you had with his body when

20      you were handcuffing him.

21  A.  I kneeled down on his back, in that area, and

22      put the cuff on.

23  Q.  When you say you kneeled down, you kneeled down

24      on top of his back?

1   A.   That's correct.

2   Q.   So you had your knee in his back?

3   A.   In that area, yes.

4   Q.   What was the need for that, ma'am?

5   A.   That's how we are trained in the academy.

6   Q.   Why would you need to put your knee in his back

7        if two or three or four or five other officers,

8        according to your testimony, already had his arm

9        waiting for you?

10       MS. COOK:  Objection.

11  A.   As I stated, that's how we are taught to cuff in

12       the academy.

13  Q.   If his arm was being held there by about three

14       or four or five other officers, why would you be

15       required to drive your knee into his back?

16  A.   I didn't drive my knee into his back.  I kneeled

17       down and cuffed him, standard cuffing techniques

18       by the Boston Police Academy.

19  Q.   What did you do next after that, ma'am?

20  A.   Assisted him up and tried to talk to him, calm

21       him down.

22  Q.   What was Mr. Correia saying at that point?

23  A.   He was just screaming, "You can't do this to

24       me," stuff like that and crying, yelling, you