UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ANTONIO CORREIA**
    **Plaintiff,**                      **CIVIL ACTION NO.: 04-CV11335-RCL**
**v.**

**THE CITY OF BOSTON, and**
**WILLIAM FEENEY, and**
**ANGEL FIGUEROA, and**
**STACEY HIGHTOWER,**
    **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ASSENTED TO MOTION TO EXTEND TIME TO FILE**
**A RESPONSE TO THE DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Now comes counsel for the Plaintiff, Antonio Correia, and moves this Honorable Court to grant an extension to file a response to the Defendants' Motion for Summary Judgment pending a decision on counsels' Motion to Withdraw. As reasons therefore, counsel states that:

1. Antonio Correia, through Attorney Deanna Silva, instructed our office to turn over the file to Silva Law Offices, LLC on July 26, 2007;

2. Nicholas J. Di Mauro and Mark E. Burke filed a Motion to Withdraw on July 27, 2007;

3. Antonio Correia, through Attorney Deanna Silva, sent a correspondence to our office dated August 6, 2007 stating he (Antonio Correia) believed that the attorney-client relationship had been terminated upon the filing of our Motion to Withdraw;

4. Antonio Correia has failed, refused and neglected to personally communicate with our offices since July 11, 2007;

5. Pursuant to Antonio Correia's instruction, the file was hand delivered to Silva Law Offices, LLC on August 9, 2007.

6. The City of Boston filed a Motion for Summary Judgment on August 15, 2007;

7. Counsel for the City of Boston, Scott Holmes, has assented to a brief extension for the filing of a response to the Defendants' Motion for Summary Judgment so that this Honorable Court may rule on counsels' Motion to Withdraw and allow Mr. Correia to retain new counsel of his choosing;

8. Counsel is requesting an expedited hearing on this matter so that successor counsel can file an appearance and respond to the Defendants' Motion for Summary Judgment.

WHEREFORE, for the reasons set forth above, the parties respectfully request this Honorable Court to allow their Assented-to Motion to Extend Time to File a Response to Defendants' Motion for Summary Judgment pending a decision on counsels' Motion to Withdraw.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiff, Antonio Correia | The Defendant, City of Boston |
| By his attorneys, | By its attorney, |
| | |
| */Nicholas J. Di Mauro* | */Scott C. Holmes* |
| Nicholas J. Di Mauro (BBO#564241) | Scott C. Holmes (BBO#544545) |
| Law Offices of Nicholas J. Di Mauro | City of Boston, Law Department |
| 111 South Bedford Street, Suite 208 | Room 615, City Hall |
| Burlington, MA  01803 | Boston, MA  02201 |
| (781) 273-3801 | (617) 635-4034 |

Respectfully submitted,
The Plaintiff, Antonio Correia
By his attorney,

*/Mark E. Burke*

_____
Mark E. Burke (BBO#556166)
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801