UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
******************************
ANTONIO CORREIA
      Plaintiff,                    CIVIL ACTION NO.: 04-CV11335-RCL
v.

THE CITY OF BOSTON, and
WILLIAM FEENEY, and
ANGEL FIGUEROA, and
STACEY HIGHTOWER,
      Defendants.
******************************
```

**CERTIFICATE OF SERVICE**

I, Nicholas J. Di Mauro, Esq., certify that on this 16th day of August, 2007 served the foregoing Assented to Motion to Extend Time to File a Response to the Defendants' Motion for Summary Judgment upon Antonio Correia and Deanna M. Silva, Esq. by causing a copy of the same to be forwarded via Delivery Confirmation Priority Mail, Postage Prepaid to:

Antonio Correia
30 West Cottage Street
Dorchester, MA  02125

and

Deanna M. Silva, Esq.
Silva Law Offices, LLC
671 Adams Street
Boston, MA  02122


*/Nicholas J. Di Mauro*
_____
Nicholas J. Di Mauro
