UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11335-RCL

ANTONIO CORREIA

v.

CITY OF BOSTON, WILLIAM FEENEY, ANGEL FIGUEROA, and STACEY HIGHTOWER

**ASSENTED TO MOTION OF DEFENDANTS ANGEL FIGUEROA, STACEY HIGHTOWER AND CITY OF BOSTON'S TO EXTEND TIME FOR 7.1 CONFERENCE AND TO RENEW DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Defendants, Angel Figueroa, Stacey Hightower and the City of Boston, respectfully move to have the time period for conducting the LR 7.1 Conference in their Motion for Summary Judgment extended until this Court acts upon the motion to withdraw filed by plaintiff's counsel or successor counsel files an appearance. The above-mentioned defendants seek this extension with the purpose of renewing their Motion for Summary Judgment.

On July 27, 2007, Mark E. Burke and Nicholas J. DiMauro, attorneys of record for the plaintiff, Antonio Correia, filed a Motion to Withdraw as Attorneys for Mr. Correia. In that motion, counsel assert that all communications between them and Mr. Correia had broken down and that had not received any response to their efforts to speak with him.

On August 15, 2007, the defendants, Angel Figueroa, Stacey Hightower and the City of Boston, filed their Motion for Summary Judgment pursuant to the Court's June 19, 2007 scheduling order. This order set August 15th as the deadline for filing dispositive motions. The Court set this as a "firm date."

By the time counsel prepared the Defendants' Motion for Summary Judgment, plaintiff's counsel had moved to withdraw. Consequently, the parties could not have a true LR 7.1 conference. In light of their pending Motion to Withdraw, neither Mr. DiMauro nor Mr. Burke was in the position to confer with their client or confer with defendants' counsel with the authority of their client towards the goal of resolving or narrowing the issues, as required in LR 7.1.

As a result, the defendants were confronted with a firm deadline for the filing of their dispositive motion and the inability to have a fruitful LR 7.1 conference with counsel who could effectively communicate with their client and discuss the resolution or narrowing of issues presented in the Defendants' Motion for Summary Judgment.

Therefore, the defendants, Angel Figueroa, Stacey Hightower and the City of Boston, respectfully request that this Court allow additional time to conduct a LR 7.1 conference at a time after the Court's decision on Plaintiff's Counsel's Motion to Withdraw or the filing of a Notice of Appearance by successor counsel and that

the Defendants be allowed to renew their Motion for Summary Judgment after a proper LR 7.1 conference.

        Respectfully submitted,
        DEFENDANTS City of Boston, et al
        By their attorneys:

        William F. Sinnott
        Corporation Counsel

        __/s/ Scott C. Holmes_____
        Scott C. Holmes, BBO#544545
        Senior Assistant Corporation Counsel
        Nicole Murati Ferrer, BBO#661474
        Assistant Corporation Counsel
        City of Boston Law Department
        City Hall, Room 615
        Boston, MA 02201
        (617) 635-4042 (Holmes)
        (617) 635-4045 (Murati Ferrer)

ASSENTED TO: _/s/ Nicholas J. DiMauro_
             NICHOLAS J. DiMAURO, ESQ.
             Counsel of record for the
             Plaintiff, Antonio Correia