# LAW OFFICES OF NICHOLAS J. DI MAURO

OF COUNSEL
MARK E. BURKE

EXECUTIVE PLACE
44 MALL ROAD
BURLINGTON, MASSACHUSETTS 01803

(781) 273-3801
FAX (781) 273-2405
NJDIMAURO@HOTMAIL.COM

October 2, 2007

Lisa Hourihan, Courtroom Clerk
to the Honorable Reginald C. Lindsay
United States Magistrate Judges
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse,
1 Courthouse Way, Suite 8420
Boston, MA  02210

RE:   <u>Antonio Correia v. City of Boston, William Feeney,</u>
      <u>Angel Figueroa and Stacey Hightower</u>
      United States District Court – Case No.: 04CV11335RCL

Dear Madam Clerk:

      Enclosed please find copies from the U.S. Postal Service confirming that Attorney Silva and Mr. Correia received our notice to appear for the Hearing set by the Court relative to the Motion to Withdraw.

Respectfully submitted,

Nicholas J. Di Mauro
Mark E. Burke

NJD/pjv
Enclosures

# LAW OFFICES OF NICHOLAS J. DI MAURO

OF COUNSEL  
MARK E. BURKE

EXECUTIVE PLACE  
44 MALL ROAD  
BURLINGTON, MASSACHUSETTS 01803

(781) 273-3801  
FAX (781) 273-2405  
NJDIMAURO@HOTMAIL.COM

October 2, 2007

**Delivery Confirmation**

Deanna M. Silva, Esq.  
Silva Law Offices, LLC  
671 Adams Street  
Boston, MA 02122

RE:   Antonio Correia v. City of Boston, William Feeney,  
        Angel Figueroa and Stacey Hightower  
        United States District Court – Case No.: 04CV11335RCL

Dear Attorney Silva:

   Pursuant to my correspondence of September 13, 2007, we appeared before the Honorable Reginald C. Lindsay yesterday on our Motion to Withdraw as counsel. Judge Lindsay allowed our motion upon the condition that we advise you as well as Antonio Correia telephonically and by letter that the Court will consider the Defendants' Motion for Summary Judgment ripe for ruling on October 15, 2007. I telephoned Mr. Correia today and left a detailed message relative to the Court's Order. In addition, I telephoned your office and spoke with Richard P. McDonough. Mr. McDonough was fully informed of the Court's Order and the October 15, 2007 date/deadline.

   I am enclosing the Judge's Order for your review.

   Thank you for your attention to this matter.

   Very truly yours,

   Nicholas J. Di Mauro  
   Mark E. Burke

NJD/pjv  
Enclosure



UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **0306 2400 0003 0615 3234**
Status: **Delivered**

Your item was delivered at 8:44 AM on September 15, 2007 in BOSTON, MA 02122.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS       site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# LAW OFFICES OF NICHOLAS J. DI MAURO

OF COUNSEL
MARK E. BURKE

EXECUTIVE PLACE
44 MALL ROAD
BURLINGTON, MASSACHUSETTS 01803

(781) 273-3801
FAX (781) 273-2405
NJDIMAURO@HOTMAIL.COM

October 2, 2007

**DELIVERY CONFIRMATION**

Antonio Correia
30 West Cottage Street – Apt. 1
Dorchester, MA 02125

RE:   Antonio Correia v. City of Boston, William Feeney,
       Angel Figueroa and Stacey Hightower
       United States District Court – Case No.: 04CV11335RCL

Dear Mr. Correia:

Pursuant to my correspondence of September 13, 2007, we appeared before the Honorable Reginald C. Lindsay yesterday on our Motion to Withdraw as counsel. Judge Lindsay allowed our motion upon the condition that we advise you as well as Attorney Silva telephonically and by letter that the Court will consider the Defendants' Motion for Summary Judgment ripe for ruling on October 15, 2007. I telephoned you today and left a detailed message relative to the Court's Order and asked you to contact our office if you should have any questions. In addition, I phoned Attorney Silva's office and spoke with Richard P. McDonough. Mr. McDonough was fully informed of the Court's Order and the October 15, 2007 date/deadline.

I am enclosing the Judge's Order for your review.

Thank you for your attention to this matter.

Very truly yours,

Nicholas J. Di Mauro
Mark E. Burke

NJD/pjv

Enclosure
cc:   Nicholas J. Di Mauro, Esq.



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **0306 2400 0003 0615 3227**
Status: **Delivered**

Your item was delivered at 9:13 AM on September 15, 2007 in BOSTON, MA 02125.

Track & Confirm
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

