IN THE <ins>United States District</ins> COURT ~~OF~~
<ins>~~COUNTY~~ Massachusetts</ins>

<ins>Antonio Correia</ins>
_____,

Plaintiff(s),

vs.                                   CASE NO. <ins>04CV11335RCL</ins>

<ins>City of Boston</ins>
_____,

Defendant(s).
_____/

## SUGGESTION OF BANKRUPTCY

~~Defendant(s)~~ <ins>Plaintiff</ins>, <ins>Antonio Correia</ins>_____, show(s) that ~~Defendant(s)~~ has/~~have~~ filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the <ins>Eastern</ins> District of <ins>Massachusetts</ins> [state] that has been assigned case number <ins>07-16096</ins> and relief was ordered on <ins>September 26, 2007</ins> [date] and suggests that this action has been stayed by the operation of Title 11 U.S.C. §362.

The undersigned certifies that a copy hereof has been furnished to <ins>Nicholas DiMauro and Mark Burke and Nicole Ferrer</ins>, by (X)mail ( )hand delivery on this the <ins>3</ins> day of <ins>October</ins>, 200<ins>7</ins>.

I declare under penalty of perjury that the foregoing is true and correct.

_Antonio Correia_
Signature of ~~Defendant(s)~~ <ins>Plaintiff</ins>
Name: <ins>Antonio Correia</ins>
Address: <ins>30 West Cottage St.</ins>
<ins>Dorchester, MA 02125</ins>
Phone: <ins>617.331.9793</ins>
Defendant(s)

Copyright 1999, 2000 Able Legal
Forms Company, all rights reserved.