November 14, 2007

Hon. Reginald C. Lindsay
United States District Court for
The District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

RE:  Antonio Correia v. City of Boston et al.
     U.S.D.C. Docket No. 04-11335-RCL

Dear Judge Lindsay:

       At the suggestion of Steve York, please accept this letter as a request on behalf of my clients, Stacey Hightower, Angel Figueroa and the City of Boston, for a determination on their pending Motions for Summary Judgment.

       To refresh your recollection, on October 1, 2007 you entered an order in which the Plaintiff was granted fourteen (14) days from the date of the Order, or until October 15, 2007,  to file an opposition to the Motions for Summary Judgment that were filed on behalf Angel Figueroa, Stacey Hightower and the City of Boston. If no opposition was filed, you stated that these motions would be ripe for ruling as of October 15th.  To date, no opposition has been filed to these motions by the Plaintiff or by successor counsel.

       I did note that on September 26, 2007, Mr. Correia filed a Chapter 11 Petition in the United States Bankruptcy Court (Bankruptcy Petition No.07-16096) and filed a Suggestion of Bankruptcy with this Court.  However, my office has learned that his Petition was dismissed on November 6, 2007.  If Mr. Correia's Suggestion of Bankruptcy somehow affected the Court's ability to address the Defendants' motions, we believe that the dismissal of his Petition removes this impediment.

       Thank you for your time and attention to this matter.

                                        Respectfully,
                                        /s/ Scott C. Holmes
                                        Scott C. Holmes
                                        Senior Assistant Corporation Counsel
                                        (617) 635-4042

cc:  Antonio Correia
     30 West Cottage Street
     Dorchester, MA  02125