UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Antonio G. Correia
Debtor,

Chapter: 11
Case No: 07-16096
Judge Robert Somma

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 11/6/07.

Date: 11/6/07

By the Court,

Antonia Alves Baptista
Deputy Clerk
617-565-8955

18

Certified to be a true and
correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: _____
Deputy Clerk
Date: Nov 26th 2007