UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ANTONIO CORREIA**
                **Plaintiff**

   V.                                            CIVIL ACTION

                                                        NO. **04-11335-RCL**

**THE CITY OF BOSTON, ET AL**
                **Defendant**

### JUDGMENT

**LINDSAY, D. J.**

In accordance with the Court's Order dated **November 27, 2007** granting defendants' motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the defendants, The City of Boston and William Feeney.

                                                        By the Court,

| **November 28, 2007** | **/s/ Lisa M. Hourihan** |
|---|---|
| Date | Deputy Clerk |

(Judgmnt1.frm - 09/92)                                                             [jgm.]