UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ANTONIO CORREIA,**
    **Plaintiff**

**v.**     C.A. NO.: 04-CV11335-RCL

**THE CITY OF BOSTON,**
**WILLIAM FEENEY,**
**ANGEL FIGUEROA and**
**STACEY HIGHTOWER,**
    **Defendants**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

The undersigned herewith enters his appearance on behalf of Plaintiff in the above

captioned matter.

    RESPECTFULLY SUBMITTED,
    PLAINTIFFS

    /s/ Leon A. Blais

    _____

    Leon A. Blais, Esq.
    BLAIS and PARENT
    Suite 300
    20 Cabot Blvd.
    Mansfield, MA 02048
    508 618-1280
    866 329-6175
    LBlais@BlaisParent.com

## *Certification*

I herewith certify that on December 25, 2007 I filed this Notice via the ECF system upon all counsel of record.   As such, this document is available for public viewing via the PACER system.

/s/ Leon A. Blais

_____

Leon A. Blais