UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANTONIO CORREIA,**
    **Plaintiff**

**v.**                       C.A. NO.: 04-CV11335-RCL

**THE CITY OF BOSTON,**
**WILLIAM FEENEY,**
**ANGEL FIGUEROA and**
**STACEY HIGHTOWER,**
    **Defendants**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S NOTICE OF APPEAL**

The final Order and Judgment having entered in this case on November 28, 2006 and having been filed on the same day as Docket Entry #69, Plaintiff herewith gives his timely notice of appeal to the United States Court of Appeals, First Circuit of such order in its totality.

RESPECTFULLY SUBMITTED,
PLAINTIFFS

/s/ Leon A. Blais

_____

Leon A. Blais, Esq.
BLAIS and PARENT
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
866 329-6175
LBlais@BlaisParent.com

1

### *Certification*

I herewith certify that on December 25, 2007 I filed this Notice via the ECF system upon all counsel of record.   As such, this document is available for public viewing via the PACER system.

/s/ Leon A. Blais

_____

Leon A. Blais