APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11335-RCL
# Internal Use Only

| | |
|---|---|
| Antonio Correia v. The City of Boston et al | Date Filed: 06/15/2004 |
| Assigned to: Judge Reginald C. Lindsay | Date Terminated: 11/28/2007 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Both |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Antonio Correia**     represented by **Leon A. Blais**
Blais. Parent & Quinn
20 Cabot Boulevard
Suite 300
Mansfield, MA 02048
508 618-1280
Fax: 617-812-0459
Email: lblais@blaisparent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Burke**
Law Office of Mark E. Burke
44 Mall Road
Burlington, MA 01803
781-273-3801
Fax: 781-273-2405
Email: burkes.law1@verizon.net
*TERMINATED: 11/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas J. DiMauro**
Law Offices of Nicholas J. DiMauro
111 So. Bedford St.
Burlington, MA 01803
781-273-3801
Fax: 781-273-2405
Email: njdimauro@hotmail.com
*TERMINATED: 11/26/2007*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Boston, The**          represented by **Kathryn Rebecca Cook**
City of Boston, Law Department
City Hall, room 615
Boston, MA 02201
617-635-4022
Fax: 617-635-3199
Email: kate.cook@cityofboston.gov
*TERMINATED: 12/27/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Murati Ferrer**
City Of Boston Law Department
City Hall
Boston, MA 02201
617-635-4045
Fax: 617-635-3199
Email: Nicole.MuratiFerrer@cityofboston.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott C. Holmes**
City of Boston Law Department
Boston City Hall
One City Hall Plaza
Room 615
Boston, MA 02201
617-635-4042
Fax: 617-635-3199
Email: Scott.Holmes@cityofboston.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: tdonohue@bhpklaw.com

|  |  |
|---|---|
|  | *TERMINATED: 07/12/2007*<br>*ATTORNEY TO BE NOTICED*<br><br>**James M. Chernetsky**<br>City of Boston Law Department<br>Boston City Hall<br>Room 615<br>Boston, MA 02201<br>617-635-4048<br>Fax: 617-635-3199<br>*TERMINATED: 08/25/2006*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **William Feeney** | represented by **Kathryn Rebecca Cook**<br>(See above for address)<br>*TERMINATED: 12/27/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott C. Holmes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas R Donohue**<br>(See above for address)<br>*TERMINATED: 07/12/2007*<br>*ATTORNEY TO BE NOTICED*<br><br>**James M. Chernetsky**<br>(See above for address)<br>*TERMINATED: 08/25/2006*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Angel Figueroa** | represented by **Kathryn Rebecca Cook**<br>(See above for address)<br>*TERMINATED: 12/27/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicole Murati Ferrer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                                **Scott C. Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                **Thomas R Donohue**
(See above for address)
*TERMINATED: 07/12/2007*
*ATTORNEY TO BE NOTICED*

                                **James M. Chernetsky**
(See above for address)
*TERMINATED: 08/25/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stacey Hightower**
*TERMINATED: 01/31/2007*         represented by  **Kathryn Rebecca Cook**
(See above for address)
*TERMINATED: 12/27/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                **Nicole Murati Ferrer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                **Scott C. Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                **Thomas R Donohue**
(See above for address)
*TERMINATED: 07/12/2007*
*ATTORNEY TO BE NOTICED*

                                **James M. Chernetsky**
(See above for address)
*TERMINATED: 08/25/2006*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Marianne B. Bowler**
*TERMINATED: 07/10/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2004 | 1 | COMPLAINT and Jury Demand Filing fee: $ 150. receipt number 56590. filed by Antonio Correia.(Stanhope, Don) (Entered: 06/16/2004) |
| 06/15/2004 |   | Summons Issued as to William Feeney, Angel Figueroa, Stacey Hightower, The City of Boston. (Stanhope, Don) (Entered: 06/16/2004) |
| 06/16/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Stanhope, Don) (Entered: 06/16/2004) |
| 06/30/2004 | 2 | SUMMONS Returned Executed William Feeney served on 6/21/2004, answer due 7/12/2004. (Stanhope, Don) (Entered: 06/30/2004) |
| 06/30/2004 | 3 | SUMMONS Returned Executed Angel Figueroa served on 6/21/2004, answer due 7/12/2004. (Stanhope, Don) (Entered: 06/30/2004) |
| 06/30/2004 | 4 | SUMMONS Returned Executed The City of Boston served on 6/21/2004, answer due 7/12/2004. (Stanhope, Don) (Entered: 06/30/2004) |
| 06/30/2004 | 5 | SUMMONS Returned Executed Stacey Hightower served on 6/21/2004, answer due 7/12/2004. (Stanhope, Don) (Entered: 06/30/2004) |
| 07/07/2004 | 6 | Defendants' Assented to MOTION for Extension of Time to 8/15/04 to File Responsive Pleadings Pursuant to Fed. R. Civ. P. 6(b). by William Feeney, Angel Figueroa, Stacey Hightower, The City of Boston.(Stanhope, Don) (Entered: 07/08/2004) |
| 07/08/2004 |   | Judge Reginald C. Lindsay : Electronic ORDER entered granting 6 Motion for Extension of Time to Answer William Feeney, Angel Figueroa, Stacey Hightower, The City of Boston. (Stanhope, Don) (Entered: 07/08/2004) |
| 08/13/2004 | 7 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by The City of Boston.(Chernetsky, James) (Entered: 08/13/2004) |
| 08/13/2004 | 8 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by William Feeney.(Chernetsky, James) (Entered: 08/13/2004) |
| 08/13/2004 | 9 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Angel Figueroa.(Chernetsky, James) (Entered: 08/13/2004) |
| 08/13/2004 | 10 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Stacey Hightower.(Chernetsky, James) (Entered: 08/13/2004) |
| 08/13/2004 | 11 | MOTION for More Definite Statement by William Feeney, Angel Figueroa, Stacey Hightower, The City of Boston. (Attachments: # 1 Exhibit Exhibit A)(Chernetsky, James) (Entered: 08/13/2004) |
| 08/13/2004 | 12 | MOTION to Dismiss *Count IV* by William Feeney, Angel Figueroa, Stacey Hightower.(Chernetsky, James) (Entered: 08/13/2004) |

| 08/13/2004 | 13 | MOTION to Dismiss *Counts IV and XIV* by The City of Boston.(Chernetsky, James) (Entered: 08/13/2004) |
|---|---|---|
| 08/13/2004 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss *Counts IV and XIV* filed by The City of Boston. (Attachments: # 1 Exhibit Exhibit A)(Chernetsky, James) (Entered: 08/13/2004) |
| 08/18/2004 | 15 | NOTICE of Appearance by Kathryn Rebecca Cook on behalf of William Feeney, Angel Figueroa, Stacey Hightower, The City of Boston (Stanhope, Don) (Entered: 08/23/2004) |
| 08/30/2004 | 16 | Assented to MOTION to Amend 1 Complaint *and Jury Demand* by Antonio Correia. (Attachments: # 1)(Burke, Mark) (Entered: 08/30/2004) |
| 10/17/2004 |  | Judge Reginald C. Lindsay : ORDER entered ORDER entered returning returning 16, assented-to motion to amend complaint, to Nicholas Di Mauro. The electronically filed motion does not contain an electronic signature.(Lindsay, Reginald) (Entered: 10/17/2004) |
| 11/08/2004 | 17 | Assented to MOTION to Amend *Complaint* by Antonio Correia.(Burke, Mark) (Entered: 11/08/2004) |
| 11/19/2004 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 17 Assented to Motion to Amend Complaint (Stanhope, Don) (Entered: 11/19/2004) |
| 11/19/2004 | 18 | AMENDED COMPLAINT against William Feeney, Angel Figueroa, Stacey Hightower, The City of Boston , filed by Antonio Correia.(Stanhope, Don) (Entered: 11/19/2004) |
| 11/19/2004 |  | Motions terminated: 16 Assented to MOTION to Amend 1 Complaint *and Jury Demand* filed by Antonio Correia. (Stanhope, Don) (Entered: 11/19/2004) |
| 11/29/2004 | 19 | MOTION to Dismiss *Counts IV and XIV of Amended Complaint* by The City of Boston.(Chernetsky, James) (Entered: 11/29/2004) |
| 11/29/2004 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss *Counts IV and XIV of Amended Complaint* filed by The City of Boston. (Attachments: # 1 Exhibit Exhibit A)(Chernetsky, James) (Entered: 11/29/2004) |
| 11/29/2004 | 21 | ANSWER to Amended Complaint *with Affirmative Defenses and Jury Demand* by The City of Boston.(Chernetsky, James) (Entered: 11/29/2004) |
| 11/29/2004 | 22 | ANSWER to Amended Complaint *with Affirmative Defenses and Jury Demand* by William Feeney.(Chernetsky, James) (Entered: 11/29/2004) |
| 11/29/2004 | 23 | ANSWER to Amended Complaint *with Affirmative Defenses and Jury Demand* by Angel Figueroa.(Chernetsky, James) (Entered: 11/29/2004) |
| 11/29/2004 | 24 | ANSWER to Amended Complaint *with Affirmative Defenses and Jury Demand* by Stacey Hightower.(Chernetsky, James) (Entered: 11/29/2004) |

| 12/10/2004 | 25 | First Opposition re 19 MOTION to Dismiss *Counts IV and XIV of Amended Complaint (Assented-to)* filed by Antonio Correia. (Burke, Mark) (Entered: 12/10/2004) |
|---|---|---|
| 12/10/2004 | 26 | STIPULATION of Dismissal *As to Count IV of Plaintiff's Amended Complaint* by The City of Boston. (Cook, Kathryn) (Entered: 12/10/2004) |
| 01/14/2005 |  | Judge Reginald C. Lindsay : ElectronicORDER entered granting 12 , MOTION to Dismiss Count IV of William Feeney, Angel Figueroa, Stacey Hightower on the ground that this count is redundant of other counts of the complaint and granting 19 , MOTION to Dismiss Count IV and XIV of the City of Boston on the ground that count IV is redundant of other counts of the complaint and, as to count XIV, the plaintiff failed to make a timey and complete presentment of his claim to the appropriate public official. (Lindsay, Reginald) (Entered: 01/14/2005) |
| 01/19/2005 | 27 | NOTICE of Scheduling Conference Scheduling Conference set for 2/16/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 01/19/2005) |
| 02/09/2005 | 28 | JOINT STATEMENT re scheduling conference. (Chernetsky, James) (Entered: 02/09/2005) |
| 02/09/2005 | 29 | CERTIFICATE OF CONSULTATION *Pursuant to Rule 16.1(D)(3)* by James M. Chernetsky on behalf of William Feeney. (Chernetsky, James) (Entered: 02/09/2005) |
| 02/09/2005 | 30 | CERTIFICATE OF CONSULTATION *Pursuant to L.R. 16.1(D)(3)* by James M. Chernetsky on behalf of Angel Figueroa. (Chernetsky, James) (Entered: 02/09/2005) |
| 02/09/2005 | 31 | CERTIFICATE OF CONSULTATION *Pursuant to L.R. 16.1(D)(3)* by James M. Chernetsky on behalf of Stacey Hightower. (Chernetsky, James) (Entered: 02/09/2005) |
| 02/16/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 2/16/2005. Initial Disclosures due 4/1/05. Expert designations by 6/30/05. Expert Rebuttal designations by 7/31/05. Close of All Discovery by 1/31/06. Dispositive Motions due 2/28/06. Final-Pre Trial to be Scheduled after Court addresses Dispostive Motions. Counsel are to inform Court when Parties are ready to Mediate. (Court Reporter none.) (Stanhope, Don) (Entered: 02/18/2005) |
| 04/19/2005 | 32 | STIPULATION by Antonio Correia, The City of Boston, William Feeney, Angel Figueroa, Stacey Hightower. (Cook, Kathryn) (Entered: 04/19/2005) |
| 04/19/2005 | 33 | EXHIBIT re 32 Stipulation *as to the Protective Order submitted* by Antonio Correia, The City of Boston, William Feeney, Angel Figueroa, Stacey Hightower. (Cook, Kathryn) (Entered: 04/19/2005) |

| 04/22/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered. granting 32 Stipulation filed by The City of Boston,, Antonio Correia,, William Feeney,, Angel Figueroa,, Stacey Hightower, (Stanhope, Don) (Entered: 04/26/2005) |
|---|---|---|
| 04/22/2005 | 34 | Judge Reginald C. Lindsay : ORDER entered. PROTECTIVE ORDER(Stanhope, Don) (Entered: 04/26/2005) |
| 05/26/2005 | 35 | MOTION to Amend 22 Answer to Amended Complaint *to Add a Counterclaim* by William Feeney. (Attachments: # 1 Proposed Amended Answer With CounterClaim)(Cook, Kathryn) (Entered: 05/26/2005) |
| 06/01/2005 | 36 | First Opposition re 35 MOTION to Amend 22 Answer to Amended Complaint *to Add a Counterclaim* filed by Antonio Correia. (Burke, Mark) (Entered: 06/01/2005) |
| 06/04/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered denying as untimely 35 motion of defendant Feeney to amend answer to add counterclaim(Lindsay, Reginald) (Entered: 06/04/2005) |
| 01/23/2006 | 37 | Assented to MOTION to Amend Scheduling Conference, by Antonio Correia.(Burke, Mark) (Entered: 01/23/2006) |
| 01/24/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 37 Motion to Amend Scheduling Order (Hourihan, Lisa) (Entered: 01/24/2006) |
| 01/24/2006 |  | Set/Reset Scheduling Order Deadlines: Discovery to be completed by 4/30/2006. Motions due by 6/15/2006. (Hourihan, Lisa) (Entered: 01/24/2006) |
| 05/18/2006 | 38 | *Agreement for Mediation* Letter/request (non-motion) from Nicholas J. Di Mauro, Esq.. (Burke, Mark) (Entered: 05/18/2006) |
| 05/18/2006 | 39 | Judge Reginald C. Lindsay : ORDER entered. REFERRING CASE to Magistrate Judge Bowler for Alternative Dispute Resolution. (Hourihan, Lisa) (Entered: 05/18/2006) |
| 05/18/2006 |  | Electronic Notice of assignment to ADR Provider. Magistrate Judge Marianne B. Bowler appointed.(Tyler, Rebecca) (Entered: 05/19/2006) |
| 05/19/2006 | 40 | NOTICE of ADR Conference: Mediation Hearing set for 6/14/2006 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are REQUIRED to be submitted to the court via FACSIMILE at (617) 204-5833 TWO BUSINESS DAYS prior to the hearing. (Duffy, Marc) (Entered: 05/19/2006) |
| 05/24/2006 | 41 | Joint MOTION for Extension of Time to after the parties engage in a mediation hearing *to file summary judgment motions* by Antonio Correia, City of Boston, The, William Feeney, Angel Figueroa, Stacey Hightower.(Cook, Kathryn) (Entered: 05/24/2006) |

| | | |
|---|---|---|
| 05/25/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 41 Motion for Extension of Time to File Summary Judgment Motions for 30 days after the mediation process is completed. (Hourihan, Lisa) (Entered: 05/25/2006) |
| 05/31/2006 | 42 | Assented to MOTION for Extension of Time to complete discovery to attend mediation by Antonio Correia.(Burke, Mark) (Entered: 05/31/2006) |
| 05/31/2006 | 43 | Judge Marianne B. Bowler: Electronic ORDER entered granting 42 Motion for Extension of Time for Mediation. The parties are directed to file a joint report regarding the status of discovery sixty (60) days from this date. (Bowler, Marianne) (Entered: 05/31/2006) |
| 08/24/2006 | 44 | NOTICE of Appearance by Thomas R Donohue on behalf of all defendants (Donohue, Thomas) (Entered: 08/24/2006) |
| 08/24/2006 | 45 | NOTICE of Withdrawal of Appearance by Thomas R Donohue *for Attorney James M. Chernetsky* (Donohue, Thomas) (Entered: 08/24/2006) |
| 08/25/2006 | | (Court only) Attorney James M. Chernetsky terminated. (York, Steve) (Entered: 08/25/2006) |
| 09/13/2006 | 46 | First ADDENDUM re 42 Assented to MOTION for Extension of Time to complete discovery to attend mediation *Joint Report* filed by Antonio Correia. (Burke, Mark) (Entered: 09/13/2006) |
| 11/22/2006 | | Judge Reginald C. Lindsay : ELECTRONIC ENDORSEMENT - Counsel to file a joint status report by 1/15/07 (Hourihan, Lisa) (Entered: 11/22/2006) |
| 12/27/2006 | 47 | NOTICE of Withdrawal of Appearance by Kathryn Rebecca Cook (Cook, Kathryn) (Entered: 12/27/2006) |
| 12/27/2006 | | (Court only) Attorney Kathryn Rebecca Cook terminated. (York, Steve) (Entered: 12/27/2006) |
| 01/04/2007 | 48 | NOTICE of Appearance by Scott C. Holmes on behalf of City of Boston, The, William Feeney, Angel Figueroa, Stacey Hightower (Holmes, Scott) (Entered: 01/04/2007) |
| 01/04/2007 | | (Court only) Attorney Scott C. Holmes for City of Boston, The and William Feeney added. (York, Steve) (Entered: 01/04/2007) |
| 01/09/2007 | 49 | NOTICE of ADR Conference. Mediation Hearing set for 1/31/2007 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. All PARTIES are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing. (Duffy, Marc) (Entered: 01/09/2007) |
| 01/12/2007 | 50 | STATUS REPORT *Joint Status Report* by Antonio Correia, City of Boston, The, William Feeney, Angel Figueroa, Stacey Hightower. |

|  |  |  |
|---|---|---|
|  |  | (Holmes, Scott) (Entered: 01/12/2007) |
| 01/31/2007 |  | (Court only) Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Mediation Hearing held on 1/31/2007. (Duffy, Marc) (Entered: 01/31/2007) |
| 01/31/2007 | 51 | REPORT of Alternative Dispute Resolution Provider. The case is retained for further mediation on 4/3/2007 at 10:00 AM. (Duffy, Marc) (Entered: 01/31/2007) |
| 03/26/2007 | 52 | Assented to MOTION to Continue *Mediation* by Antonio Correia.(Burke, Mark) (Entered: 03/26/2007) |
| 03/26/2007 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 52 Motion to Continue. (Bowler, Marianne) (Entered: 03/26/2007) |
| 05/16/2007 | 53 | Assented to MOTION to Continue Mediation to July 10 or 11, 2007 by City of Boston, The, William Feeney, Angel Figueroa.(Donohue, Thomas) (Entered: 05/16/2007) |
| 05/17/2007 |  | Judge Marianne B. Bowler: Electronic ORDER entered granting 53 Motion to Continue until July 10, 2007 at 10:00 a.m. (Bowler, Marianne) (Entered: 05/17/2007) |
| 06/19/2007 |  | Judge Reginald C. Lindsay : ELECTRONIC ENDORSEMENT SCHEDULING ORDER - The Court sets 8/15/07 as the deadline for the filing of dispositive motions. This is a firm date, whether or not, the mediation scheduled for 7/10/07 is completed on that date. (Hourihan, Lisa) (Entered: 06/19/2007) |
| 06/25/2007 | 54 | NOTICE of Appearance by Nicole Murati Ferrer on behalf of City of Boston, The (Murati Ferrer, Nicole) (Entered: 06/25/2007) |
| 06/27/2007 | 55 | NOTICE of Withdrawal of Appearance by Thomas R Donohue (Donohue, Thomas) (Entered: 06/27/2007) |
| 07/10/2007 |  | (Court only) Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Alternative Dispute Resolution Hearing held on 7/10/2007. (Duffy, Marc) (Entered: 07/10/2007) |
| 07/10/2007 | 56 | REPORT of Alternative Dispute Resolution Provider. (Duffy, Marc) (Entered: 07/10/2007) |
| 07/12/2007 |  | (Court only) Attorney Thomas R Donohue terminated. (York, Steve) (Entered: 07/12/2007) |
| 07/27/2007 | 57 | MOTION to Withdraw as Attorney by Antonio Correia. (Attachments: # 1 Certificate of Service# 2 Affidavit of Mark E. Burke# 3 Affidavit of Nicholas J. Di Mauro)(Burke, Mark) (Entered: 07/27/2007) |
| 08/15/2007 | 58 | MOTION for Summary Judgment by City of Boston, The, Angel Figueroa, Stacey Hightower.(Murati Ferrer, Nicole) (Entered: 08/15/2007) |

| | | |
|---|---|---|
| 08/15/2007 | 59 | MEMORANDUM in Support re 58 MOTION for Summary Judgment filed by City of Boston, The, Angel Figueroa, Stacey Hightower. (Murati Ferrer, Nicole) (Entered: 08/15/2007) |
| 08/15/2007 | 60 | Statement of Material Facts L.R. 56.1 re 58 MOTION for Summary Judgment filed by City of Boston, The, Angel Figueroa, Stacey Hightower. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Murati Ferrer, Nicole) (Entered: 08/15/2007) |
| 08/16/2007 | 61 | REDACTION to 60 Statement of Material Facts L.R. 56.1, *Complete (Partial) Version of Exhibit C to Statement of Facts* byCity of Boston, The, Angel Figueroa, Stacey Hightower. (Murati Ferrer, Nicole) (Entered: 08/16/2007) |
| 08/16/2007 | 62 | Assented to MOTION for Extension of Time to File Response/Reply as to 58 MOTION for Summary Judgment by Antonio Correia. (Attachments: # 1 Certificate of Service)(Burke, Mark) (Entered: 08/16/2007) |
| 08/20/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 58 Motion for Summary Judgment without prejudice because the moving party has failed to comply with Local Rule 7.1.(Hourihan, Lisa) (Entered: 08/20/2007) |
| 08/22/2007 | 63 | Assented to MOTION for Extension of Time to A date after the Court decides plaintiff's counsels' motion to withdraw or until successor files an appearance to conduct a LR 7.1 conference and refile/renew Defendants' Motion for Summary Judgment by City of Boston, The, Angel Figueroa, Stacey Hightower.(Holmes, Scott) (Entered: 08/22/2007) |
| 09/11/2007 | | ELECTRONIC NOTICE of Hearing on Motion 57 MOTION to Withdraw as Attorney : Motion Hearing set for 10/1/2007 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. Counsel are ORDERED to give notice to the plaintiff of the hearing date of the motion to withdraw.(Hourihan, Lisa) (Entered: 09/11/2007) |
| 10/01/2007 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Motion Hearing held on 10/1/2007 re 57 MOTION to Withdraw as Attorney filed by Antonio Correia. Mark Burke and Nicholas DiMauro for the plaintiff. Nicole Ferrer and Scott Holmes for the defendants. Arguments on the motion. Court grants 57 Motion to Withdraw as Attorney on the condition that counsel advise their client and Attorney Silva that the Court will consider the motion for summary judgment ripe for ruling 14 days from today or on 10/15/07. Plaintiff to submit letters to the court that he has forwarded this information. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 10/02/2007) |
| 10/02/2007 | 64 | *October 2, 2007* Letter/request (non-motion) from Attorneys Di Mauro and Burke to Antonio Correia and Attorney Silva; U.S. Postal Confirmations. (Burke, Mark) (Entered: 10/02/2007) |

| | | |
|---|---|---|
| 10/04/2007 | 65 | *SEALED* UNEDITED STENO FILE of Motion Hearing held on October 1, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. (Scalfani, Deborah) (Entered: 10/04/2007) |
| 10/04/2007 | 66 | SUGGESTION OF BANKRUPTCY Upon the Record as to Antonio Correia. (York, Steve) (Entered: 10/04/2007) |
| 11/14/2007 | 67 | Letter/request (non-motion) from Scott C. Holmes, Counsel for the Defendants. (Holmes, Scott) (Entered: 11/14/2007) |
| 11/24/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered re 58 MOTION for Summary Judgment filed by City of Boston, Stacey Hightower, Angel Figueroa. If counsel for the defendants are of the view that their motion for summary judgment is ripe for decision and that there is no automatic stay from the bankruptcy court which impedes a ruling on the motion for summary judgment, counsel forthwith must file documentary evidence from the bankruptcy court showing the disposition of the plaintiff's bankruptcy filing. (Lindsay, Reginald) (Entered: 11/24/2007) |
| 11/24/2007 | | Motions terminated: 63 Assented to MOTION for Extension of Time to A date after the Court decides plaintiff's counsels' motion to withdraw or until successor files an appearance to conduct a LR 7.1 conference and refile/renew Defendants' Motion for Summary Judg filed by City of Boston, The, Stacey Hightower, Angel Figueroa, 62 Assented to MOTION for Extension of Time to File Response/Reply as to 58 MOTION for Summary Judgment filed by Antonio Correia. (Lindsay, Reginald) (Entered: 11/24/2007) |
| 11/26/2007 | | (Court only) Attorney Mark E. Burke and Nicholas J. DiMauro terminated. (Hourihan, Lisa) (Entered: 11/26/2007) |
| 11/26/2007 | 68 | *Certified Notice of Dismissal* Letter/request (non-motion) from Bankruptcy Court cerifying dismissal of Plaintiff, Antonio Correia's, Bankruptcy Petition *pursuant to request of Judge Lindsay.* (Holmes, Scott) (Entered: 11/26/2007) |
| 11/27/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 58 MOTION for Summary Judgment filed by City of Boston, Stacey Hightower and Angel Figueroa. This motion became ripe for disposition on October 15, 2007, pursuant to an order entered by the court on October 1, 2007. The motion has not been opposed, and no statement under Local Rule 56.1 has been filed by the plaintiff. Accordingly, pursuant to Local Rule 56.1, the court may take as undisputed the facts as set out in the statement of material facts, filed pursuant to that rule, by the defendants. Based on those facts, the court concludes that the plaintiff cannot establish that his arrest was without probable cause or that the officers used excessive force upon him. Therefore, the court grants summary judgment as to all defendants with respect to the plaintiff's claims of a violation of his rights under the Fourth and Eighth Amendments to the Constitution of the United States. Having dismissed the plaintiff's federal claims, the court declines to exercise jurisdiction of his claims asserted under state |

| | | |
|---|---|---|
| | | law. The clerk shall enter judgment for the defendants dismissing this action and shall terminate this case on the court's docket. (Lindsay, Reginald) (Entered: 11/27/2007) |
| 11/28/2007 | 69 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff(Hourihan, Lisa) (Entered: 11/28/2007) |
| 12/25/2007 | 70 | NOTICE of Appearance by Leon A. Blais on behalf of Antonio Correia (Blais, Leon) (Entered: 12/25/2007) |
| 12/25/2007 | 71 | *Plaintiff's* NOTICE OF APPEAL as to 69 Judgment by Antonio Correia Filing fee $ 455, receipt number 01010000000001790839 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/14/2008. (Blais, Leon) (Entered: 12/25/2007) |