UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11335

Antonio Correia

v.

The City of Boston, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

2-42, 44-64, 66-71

SEALED DOCUMENT 65

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/25/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 14, 2008.

Sarah A. Thornton, Clerk of Court

By _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __1/17/8__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __08-1090__

- 3/06