PlnDue, DsclsDue, FeeDueINST, REOPEN, NTCAPR

# United States Bankruptcy Court
## District of Massachusetts (Boston)
### Bankruptcy Petition #: 07-16096

*Assigned to:* Judge Robert Somma
Chapter 11
Voluntary
Asset

*Date Filed:* 09/26/2007
*Date Reopened ():* 12/04/2007

*Debtor*
**Antonio G. Correia**
30 West Cottage Street
Dorchester, MA 02125
SSN: xxx-xx-3829

represented by **Joseph A. Kuchinski, Jr.**
15 Court Square
Suite 730
Boston, MA 02108
(617) 367-8551
Fax : 617-227-6494
Email: JosephAKuchinski@aol.com

Certified to be a true and correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: /s/ Mary Jane Leary
Deputy Clerk
Date: February 13, 2008

*Assistant U.S. Trustee*
**John Fitzgerald**
Office of the US Trustee
10 Causeway Street
Boston, MA 02222

| Filing Date | # | Docket Text |
|---|---|---|
| 09/26/2007 | 1 | Chapter 11 Voluntary Petition with deficiencies. Filing Fee in the Amount of $0.00 Filed by Antonio G. Correia. (mlm, ) (Entered: 09/26/2007) |
| 09/26/2007 | 3 | List of 20 Largest Creditors. filed by Debtor Antonio G. Correia (mlm, ) (Entered: 09/26/2007) |
| 09/26/2007 | 4 | Application to Pay Filing Fee in Installments filed by Debtor Antonio G. Correia (Attachments: # 1 Proposed Order) (mlm, ) (Entered: 09/26/2007) |
| 09/26/2007 | 5 | Order Approving Payment of Filing Fees In Installments. First Installment Payment due by 10/5/2007. Second Installment Payment due by 11/5/2007. Final Installment Payment due by 12/5/2007. (mlm, ) (Entered: 09/26/2007) |
| 09/26/2007 | 6 | Order to Update RE: 1 Voluntary Petition (Chapter 11) filed by Debtor Antonio G. Correia. Matrix Due 10/1/2007. Certificate of |

| Date | Doc # | Description |
|---|---|---|
| | | Credit Counseling Due: 10/11/2007. Schedules A-J due 10/11/2007. Statement of Financial Affairs due 10/11/2007. Summary of schedules due 10/11/2007. Statement of Current Monthly Income Form 22B Due: 10/11/2007. (mlm, ) (Entered: 09/26/2007) |
| 09/26/2007 | 7 | Court Certificate of Mailing. RE: 6 Order to Update (mlm, ) (Entered: 09/26/2007) |
| 09/28/2007 | 8 | BNC Certificate of Mailing. RE: 5 Application and Order to Pay Filing Fees in Installments Service Date 09/28/2007. (Admin.) (Entered: 09/29/2007) |
| 10/01/2007 | | First Meeting of Creditors scheduled on 341(a) meeting to be held on 11/1/2007 at 01:00 PM at Room 1190, US Trustee Office. (cb, USBC) (Entered: 10/01/2007) |
| 10/09/2007 | 9 | Request for Notice by Citi Residential Lending, Inc., as Servicer, and Citi Residential Lending, Inc., as Servicer. (Swift, Nancy) (Entered: 10/09/2007) |
| 10/11/2007 | | Receipt of First Installment Payment. Receipt Number 611474, Fee Amount $346.00 RE: 5 Application and Order to Pay Filing Fees in Installments (kpm, USBC) (Entered: 10/11/2007) |
| 10/11/2007 | 10 | Matrix RE: 1 Voluntary Petition (Chapter 11) filed by Debtor Antonio G. Correia (kpm, USBC) (Entered: 10/11/2007) |
| 10/11/2007 | 11 | Court's Notice of 341 sent (cw, USBC) (Entered: 10/11/2007) |
| 10/11/2007 | 12 | Certificate of Credit Counseling Re: 1 Voluntary Petition (Chapter 11) filed by Debtor Antonio G. Correia. (aa, USBC) (Entered: 10/12/2007) |
| 10/13/2007 | 13 | BNC Certificate of Mailing - Meeting of Creditors. RE: 11 Court's Notice of 341 sent - 11 Individual Service Date 10/13/2007. (Admin.) (Entered: 10/14/2007) |
| 10/15/2007 | 14 | Notice of Appearance and Request for Notice *for Service in Accordance With Bankruptcy Rule 2002* by Christopher Matheson with certificate of service. filed by Creditor Ocwen Loan Servicing (Matheson, Christopher) (Entered: 10/15/2007) |
| 10/29/2007 | 15 | Motion filed by Creditor Saxon Mortgage Services, Inc. for Relief from Stay Re: 477 Dudley Street, Roxbury, MA 02119 Fee Amount $150, Objections due by 11/13/2007. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Roche, Meghan) (Entered: 10/29/2007) |

| | | |
|---|---|---|
| 10/29/2007 | | Receipt of filing fee for Motion for Relief From Stay(07-16096) [motion,mrlfsty] ( 150.00). Receipt Number 3518616, amount $ 150.00. (U.S. Treasury) (Entered: 10/29/2007) |
| 11/06/2007 | | 341 Meeting Not Held *on November 1, 2007, because debtor did not appear*. (Bradford, Eric) (Entered: 11/06/2007) |
| 11/06/2007 | 16 | Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7 with certificate of service. Fee Amount $15 (Bradford, Eric) (Entered: 11/06/2007) |
| 11/06/2007 | 17 | Order dated 11/6/2007 Dismissing Case. DUE TO THE FAILURE OF THE DEBTOR TO COMPLY WITH THE COURT'S ORDER OF 9/26/2007, IT IS HEREBY ORDERED THAT THE ABOVE-ENTITLED CASE BE AND HEREBY IS DISMISSED. (aa, USBC) (Entered: 11/06/2007) |
| 11/06/2007 | 18 | Notice of Dismissal . (aa, USBC) (Entered: 11/06/2007) |
| 11/06/2007 | 19 | Order dated 11/6/2007 Re: 16 Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7. MOOT: THIS CASE HAS BEEN DISMISSED. (aa, USBC) (Entered: 11/07/2007) |
| 11/08/2007 | 20 | BNC Certificate of Mailing. RE: 18 Notice of Dismissal Service Date 11/08/2007. (Admin.) (Entered: 11/09/2007) |
| 11/08/2007 | 21 | BNC Certificate of Mailing - PDF Document. RE: 17 Order Dismissing Case Service Date 11/08/2007. (Admin.) (Entered: 11/09/2007) |
| 11/09/2007 | 22 | BNC Certificate of Mailing - PDF Document. RE: 19 Order on Motion to Convert Case to Chapter 7 Service Date 11/09/2007. (Admin.) (Entered: 11/10/2007) |
| 11/14/2007 | 23 | Order Dated 11/14/2007 Re: 15 Motion filed by Creditor Saxon Mortgage Services, Inc. for Relief from Stay Re: 477 Dudley Street, Roxbury, MA 02119. MOOT. THIS CASE HAS BEEN DISMISSED. (mem, USBC) (Entered: 11/14/2007) |
| 11/16/2007 | 24 | BNC Certificate of Mailing - PDF Document. RE: 23 Order on Motion For Relief From Stay Service Date 11/16/2007. (Admin.) (Entered: 11/17/2007) |
| 11/19/2007 | | Bankruptcy Case Closed (mem, USBC) (Entered: 11/19/2007) |
| 11/23/2007 | 25 | Opposition filed by Debtor Antonio G. Correia to 16 Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7. |

| | | |
|---|---|---|
| | | (ymw, ) (Entered: 11/26/2007) |
| 11/23/2007 | 26 | Schedules A - J and Statement of Financial Affairs filed by Debtor Antonio G. Correia. (ymw, ) (Entered: 11/26/2007) |
| 11/27/2007 | 27 | Order Dated 11/27/2007 Re: 25 Opposition filed by Debtor Antonio G. Correia to 16 Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7. THIS CASE HAVING BEEN DISMISSED FOR FAILURE OF THE DEBTOR TO FILE CERTAIN DOCUMENTS BY COURT-ESTABLISHED DEADLINES, AND THAT FAILURE BEING ONE OF THE GROUNDS FOR THE U.S. TRUSTEE'S MOTION TO CONVERT THIS CASE TO CHAPTER 7, AND THE DEBTOR HAVING ADDRESSED THAT FAILURE IN THIS OPPOSITION, THE COURT WILL TREAT THIS OPPOSITION AS, IN ADDITION TO AN OPPOSITION TO THE MOTION TO CONVERT, A MOTION TO VACATE THE ORDER OF DISMISSAL. THE COURT WILL SET A HEARING ON THIS MOTION TO VACATE AND ON THE U.S. TRUSTEE'S MOTION TO CONVERT. THE MOTION TO CONVERT WILL BE CONSIDERED ONLY IF THE DISMISSAL IS VACATED. (mem, USBC) (Entered: 11/28/2007) |
| 11/28/2007 | 28 | Hearing Scheduled for 12/4/2007 at 10:00 AM Boston Courtroom 4 - RS RE: 25 Opposition to Motion to Convert and Motion to Vacate Order of Dismissal filed by Debtor Antonio G. Correia and 16 Motion to Convert Case to Chapter 7 filed by Interested Party United States Trustee. (rmb, USBC) (Entered: 11/28/2007) |
| 11/30/2007 | 29 | BNC Certificate of Mailing - Hearing. RE: 28 Hearing Scheduled, Service Date 11/30/2007. (Admin.) (Entered: 12/03/2007) |
| 11/30/2007 | 30 | BNC Certificate of Mailing - PDF Document. RE: 27 Order, , , Service Date 11/30/2007. (Admin.) (Entered: 12/03/2007) |
| 12/04/2007 | 31 | Order Dated 12/4/2007 Re: 16 Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7. HEARING HELD. THE DEBTOR IS DIRECTED TO DELIVER ALL DOCUMENTS REQUESTED BY THE U.S. TRUSTEE FORTHWITH. A FURTHER HEARING WILL BE HELD ON DECEMBER 13, 2007, AT 12:00 NOON TO MONITOR COMPLIANCE WITH THE FOREGOING. (mem, USBC) (Entered: 12/05/2007) |
| 12/04/2007 | 32 | Order Dated 12/4/2007 Re: 25 Motion of the Debtor to Vacate Order of Dismissal. HEARING HELD. IN THE ABSENCE OF ANY OBJECTION AND FOR THE REASONS STATED ON THE RECORD, THE MOTION TO VACATE THE ORDER OF DISMISSAL IS HEREBY GRANTED. (mem, USBC) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 12/05/2007) |
| 12/04/2007 | 🌐 | Bankruptcy Case Reopened. (mem, USBC) (Entered: 12/05/2007) |
| 12/05/2007 | 🌐 | Further Hearing scheduled for 12/13/2007 at 12:00 PM Boston Courtroom 4 - RS RE: 16 Motion to Convert Case to Chapter 7 filed by Interested Party United States Trustee (mem, USBC) (Entered: 12/05/2007) |
| 12/05/2007 | 🌐 | Rescheduled Meeting of Creditors scheduled on 341(a) meeting to be held on 1/10/2008 at 01:00 PM at Room 1190, US Trustee Office. (cb, USBC) (Entered: 12/05/2007) |
| 12/05/2007 | 🌐33 | Court's Notice of 341 sent (cb, USBC) (Entered: 12/05/2007) |
| 12/07/2007 | 🌐34 | Statement *Regarding Compliance/Non-Compliance* with certificate of service (Re: 31 Order on Motion to Convert Case to Chapter 7, ). filed by Interested Party United States Trustee (Attachments: # 1 Exhibit Spreadsheet Summarizing Insurance on Real Properties Listed on Schedule A and Vehicles Listed on Schedule B) (Bradford, Eric) (Entered: 12/07/2007) |
| 12/07/2007 | 🌐35 | BNC Certificate of Mailing - Meeting of Creditors. RE: 33 Court's Notice of 341 sent - 11 Individual Service Date 12/07/2007. (Admin.) (Entered: 12/08/2007) |
| 12/07/2007 | 🌐36 | BNC Certificate of Mailing - PDF Document. RE: 31 Order on Motion to Convert Case to Chapter 7, Service Date 12/07/2007. (Admin.) (Entered: 12/08/2007) |
| 12/07/2007 | 🌐37 | BNC Certificate of Mailing - PDF Document. RE: 32 Order Service Date 12/07/2007. (Admin.) (Entered: 12/08/2007) |
| 12/13/2007 | 🌐38 | Order Dated 12/13/2007 Re: 16 Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7. HEARING HELD. AT THE REQUEST OF THE PARTIES, CONTINUED TO JANUARY 15, 2008, AT 10:00 A.M. (ndl, USBC) (Entered: 12/17/2007) |
| 12/17/2007 | 🌐39 | Court Certificate of Mailing. RE: 38 Order on Motion to Convert Case to Chapter 7 (ndl, USBC) (Entered: 12/17/2007) |
| 12/17/2007 | 🌐40 | Continued Hearing Scheduled for 1/15/2008 at 10:00 AM Boston Courtroom 4 - RS RE: 16 Motion to Convert Case to Chapter 7 filed by Interested Party United States Trustee. (ndl, USBC) (Entered: 12/17/2007) |
|  |  |  |

| 12/19/2007 | 41 | BNC Certificate of Mailing - Hearing. RE: 40 Hearing Scheduled Service Date 12/19/2007. (Admin.) (Entered: 12/20/2007) |
| --- | --- | --- |
| 12/21/2007 | 42 | Notice of Appearance and Request for Notice by Joseph A. Kuchinski Jr.. filed by Debtor Antonio G. Correia (Kuchinski, Joseph) (Entered: 12/21/2007) |
| 01/10/2008 |  | Meeting of Creditors Held and Examination of Debtor *on January 10, 2008*. (Bradford, Eric) (Entered: 01/10/2008) |
| 01/15/2008 | 43 | Order Dated 1/15/08 RE: 16 Motion filed by Interested Party United States Trustee to Convert Case to Chapter 7. HEARING HELD. AT THE REQUEST OF THE PARTIES, THE MOTION TO CONVERT IS HEREBY CONTINUED GENERALLY. (bg, usbc) (Entered: 01/16/2008) |
| 01/18/2008 | 44 | BNC Certificate of Mailing - PDF Document. RE: 43 Order Service Date 01/18/2008. (Admin.) (Entered: 01/19/2008) |
| 01/30/2008 | 45 | Motion filed by Creditor Ameriquest Mortgage Company for Relief from Stay Re: 29 West Cottage Street, Boston (Dorchester District), MA Fee Amount $150, Objections due by 2/12/2008. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Roche, Meghan) (Entered: 01/30/2008) |
| 01/30/2008 |  | Receipt of filing fee for Motion for Relief From Stay(07-16096) [motion,mrlfsty] ( 150.00). Receipt Number 3760543, amount $ 150.00. (U.S. Treasury) (Entered: 01/30/2008) |
| 02/04/2008 | 46 | Application filed by Debtor Antonio G. Correia to Employ Joseph A. Kuchinski, Jr. as Attorney with Affidavit and with certificate of service. (Kuchinski, Joseph) (Entered: 02/04/2008) |
| 02/05/2008 | 47 | Notice of Appearance and Request for Notice by Joseph G. LaRusso with certificate of service. filed by Creditor City of Boston Treasury Department (LaRusso, Joseph) (Entered: 02/05/2008) |
| 02/11/2008 | 48 | Objection with certificate of service filed by Debtor Antonio G. Correia Re: 45 Motion filed by Creditor Ameriquest Mortgage Company for Relief from Stay Re: 29 West Cottage Street, Boston (Dorchester District), MA Fee Amount $150, (Kuchinski, Joseph) (Entered: 02/11/2008) |